UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO.** |
| | : | |
| **v.** | : | **VIOLATION: 18 U.S.C. § 1343** |
| | : | **(Wire Fraud)** |
| | : | |
| **TRACEY MCGUIRE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## INFORMATION

The United States Attorney informs the Court that, at all times material and relevant to this Information:

1. Defendant Tracey McGuire (hereinafter "MCGUIRE") lived at 3234 32nd Avenue, Temple Hills, Maryland.

2. From in or about December, 1993 through in or about May, 2003, MCGUIRE was employed at the Dental Practice of Ralph T. Mazzuca located at 5100 Wisconsin Avenue, N.W, Suite 406, Washington, D.C., eventually becoming an Office Manager.

3. In her capacity as Office Manager MCGUIRE was responsible for many financial aspects of the Dental Practice including billing patients and reconciling accounts.

4. First Data Merchant Services (hereinafter "First Data") provided credit card processing services to Dr. Mazzuca's Dental Practice. Using a device known as a point-of-sale terminal, a merchant such as Dr. Mazzuca could send, via wire, instructions to First Data to debit or credit a particular credit card or bank depository or other account designated by the merchant.

5. Defendant MCGUIRE had access to and control over Dr. Mazzuca's account with FIRST DATA, through the use of the point-of-sale terminal.

### The Scheme

6. Between in or about June, 1998, and continuing through in or about May, 2003, in the District of Columbia and elsewhere, defendant MCGUIRE knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises.

### Purpose of the scheme

7. It was the purpose of the scheme for defendant MCGUIRE to enrich herself by transferring $221,562.75 from her employer Dr. Mazzuca's bank account to her own bank account without Dr. Mazzuca's permission or consent.

### Manner and Means

8. It was part of the scheme that MCGUIRE would use Dr. Mazzuca's point-of-sale terminal to wire money from Dr. Mazzuca's bank account to her own BB&T bank account.

9. It was further a part of the scheme that MCGUIRE would alter the Dental Practice's financial records to reflect that the amounts withdrawn from Dr. Mazzuca's account were credits to customers for overpayments.

### Use of the Wires to Execute the Scheme

10. On or about January 8, 2002, within the District of Columbia and elsewhere, for purposes of executing the above-described scheme to defraud, defendant MCGUIRE caused to be transmitted by interstate commerce by means of a wire communication, certain writings, signals, pictures, and sounds; that is, defendant MCGUIRE used a point-of-sale terminal in Dr. Mazzuca's Washington, D.C., office to debit the bank account of Dr. Mazzuca in the amount of $2,466.00, without his permission, and to credit the same amount to a BB&T bank account controlled by

MCGUIRE outside the District of Columbia.

**(Wire Fraud, in violation of Title 18, United States Code, Section 1343**)

                                               Respectfully submitted,

                                               KENNETH L. WAINSTEIN
                                               UNITED STATES ATTORNEY

                By:     _____

                          Michelle Merola
                          Assistant United States Attorney
                          555 Fourth Street, N.W., Room 5233
                          Washington, DC  20530
                          (202) 353-4862