IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

      vs.                                    :Criminal No.: 05-324
:Judge: Richard J. Leon
:Date: 09/22/05 11:30 a.m. for Plea

TRACEY McGUIRE

      Defendant

### CONSENT MOTION FOR **CONTINUANCE** OF PLEA **HEARING**

COMES NOW, the Defendant, Tracey McGuire, by and through her attorney, JAMES N. PAPIRMEISTER, Esquire of the Law Firm of Keiffer, Johnston & Papirmeister, LLC, and with the consent of the United States, hereby respectfully requests that this Court grant this Motion to continue the plea hearing currently scheduled for September 22, 2005 at 11:30 a..m. before Judge Richard J. Leon, to one of the new dates, which is agreeable to both counsel for the government as well as the undersigned counsel, and as reasons therefore states as follows:

    1.   The above captioned case is based on a single count criminal information, in which a plea agreement has been worked out between the Defendant and the government,, for which the criminal information was very recently filed in this Court.

    2.   It was only yesterday that the undersigned received notice of the September 22, 2005 plea hearing, due to the fact that the notice thereof was sent to a Silver Spring address for the undersigned, which is only a satellite office, which is used infrequently by the undersigned attorney.

    3.   The undersigned is simultaneously herewith entering his

1

RECEIVED
SEP 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

appearance on behalf of the Defendant.

4. More significantly, the undersigned has a conflict on September 22, 2005 in that the undersigned is the sole counsel of record in State of Maryland v. Brandon Silveira, 101405-C, which is scheduled on September 22, 2005 at 9:30 a.m. in the Circuit Court for Montgomery County, Maryland before the Honorable Eric Johnson. The Silveira matter not only requires the undersigned to allocute on his behalf, but because Mr. Silveira has a second matter on which he is pending sentencing at that same time (case number 95573-C), in which he is represented by other counsel, other counsel has to allocute in the same proceeding. There is, therefore, little likelihood the undersigned can be available for the above case on September 22, 2005.

4. The undersigned has personally spoken with Assistant United State's Attorney, Jeannie Rhee, on September 14, 2005, and Ms. Rhee, who is taking the above case over from Assistant United States Attorney, Michelle Merola, with whom the undersigned also spoke on September 14, 2005, and Ms. Rhee, on behalf of the government consents to this Motion and indicates, along with the undersigned, that the following dates would be acceptable to the government and the Defendant for the rescheduling of the plea hearing in this case: October 14, 17, 19, 20, 21, 24, and 27, all day and at anytime.

WHEREFORE, for all of the foregoing reasons, it is respectfully prayed that this Court:,

a. Continue the plea hearing in the above case from

September 22, 2005 at 11:30 a.m. to any one of the proposed dates of October 14, 17, 19, 20, 21, 24 and 27,

    B.    And for such other and further relief as the justice of this cause would require.

Respectfully Submitted,

JAMES N. PAPIRMEISTER, ESQUIRE,
KEIFFER, JOHNSTON
  & PAPIRMEISTER, LLC
ATTORNEY FOR DEFENDANT
DC BAR NO.: 421-366
7127 Allentown Road. Suite 108
Fort Washington, Maryland 20744
(301) 248-7400

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___ day of September 2005, I faxed and mailed, postage prepaid, a copy of the foregoing Entry of Appearance, to Assistant United State's Attorney, Jeannie Rhee and Assistant United State's Attorney, Michelle Merola, at 555 Fourth Street, NW, Room 5233, Washington DC, 20530.

JAMES N. PAPIRMEISTER, ESQUIRE
**ATTORNEY FOR DEFENDANT**

3