IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED 'STATES OF AMERICA

   vs.        :Criminal No.: 05-324
              :Judge: Richard J. Leon
              :Date: 09/22/05 11:30 a.m. for Plea

TRACEY McGUIRE

   Defendant

## ENTRY OF APPEARANCE

COMES NOW, JAMES N. PAPIRMEISTER, Esquire of the Law Firm of Keiffer, Johnston & Papirmeister, LLC, who hereby respectfully enters his appearance on behalf of the Defendant, Tracey McGuire, in the above captioned case.

It is respectfully requested that all criminal notices of any and 'all court dates and orders of the Court be sent to the undersigned counsel at his Fort Washington office at 7127 Allentown Road, Suite 108, Fort Washington, Maryland 20744 and that the Court's record of the undersigned's mailing address be corrected accordingly.

                 Respectfully Submitted,

                 JAMES N. PAPIRMEISTER, ESQUIRE
                 KEIFFER, JOHNSTON
                   & PAPIRMEISTER, LLC
                 ATTORNEY FOR DEFENDANT
                 DC BAR NO.:, 421-366
                 7127 Allentown Road, Suite 108
                 Fort Washington, Maryland 20744
                 (301) 248-7400

**RECEIVED**

SEP 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September 2005, I hand delivered a copy of the foregoing Entry of Appearance, to Assistant United State's Attorney, Jeannie Rhee and Assistant United State's Attorney, Michelle Merola, at 555 Fourth Street, NW, Room 5233, Washington DC, 20530.

_____
JAMES N. PAPIRMEISTER, ESQUIRE
**ATTORNEY FOR DEFENDANT**