UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-00324 |
| | : | |
| v. | : | |
| | : | |
| **TRACEY MCGUIRE** | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Jeannie Rhee, Bar Number 464127, telephone number (202) 514-9832 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
JEANNIE S. RHEE
ASSISTANT UNITED STATES ATTORNEY
Bar No. 464127
555 4th Street, N.W., Room 5255
Washington, DC 20530
(202) 514-9832