FILED
OCT 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 455 (Rev. 5 85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

WAIVER OF INDICTMENT

CASE NUMBER: CR05-324

I, __Tracey Michelle McGuire__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/14/59__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Tracey McGuire_
Defendant

_James Papirmeister, ESQ_
Counsel for Defendant

Before _Leon_