CO-526
(12/86)

**FILED**
OCT 14 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA   NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 05-324
)
Tracey McGuire )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

10/14/05

I consent:

_____
United States Attorney

Approved:

_____
Judge