UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 1343 |
| | : | (Wire Fraud) |
| | : | |
| TRACEY MCGUIRE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**FILED**
OCT 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant, TRACEY MCGUIRE, agrees and stipulates to the following facts in connection with her plea of guilty to 18 U.S.C. § 1343 (wire fraud).

Defendant Tracey McGuire (hereinafter "MCGUIRE") lived at _____ :mple Hills, Maryland. From in or about December, 1993 through in or about May, 2003, MCGUIRE was employed as a temporary employee and later as an Officer Manager at the Dental Practice of Ralph T. Mazzuca located at _____ Suite 406, Washington, D.C. In her capacity as Office Manager MCGUIRE was responsible for certain financial aspects of the Dental Practice including billing patients and reconciling accounts. Thus, Defendant MCGUIRE had access to and some control over a credit card processing service account with First Data Merchant Services, which Dr. Mazzuca had set up to process his clients' credit card payments for dental services.

Between in or about June, 1998, and continuing through in or about May, 2003, MCGUIRE began stealing money directly from Dr. Mazzuca's commercial bank account. Specifically, MCGUIRE would electronically transfer money from Dr. Mazzuca's bank account to her own BB&T bank account. Therefore, MCGUIRE would cause to be transmitted by interstate commerce by means of a wire communication, certain writings, signals, pictures, and sounds; that is MCGUIRE

used the point-of-sale terminal in Dr. Mazzuca's Office to debit the business account, without permission, and to credit a BB&T bank account controlled by MCGUIRE. In order to hide the scheme from Dr. Mazzuca, MCGUIRE would alter the Dental Practice's financial records to reflect that the amounts withdrawn from Dr. Mazzuca's account were credits to customers for overpayments.

In or about May, 2003, following several inquiries from the credit card processing company First Data, Dr. Mazzuca detected the scheme and reported it to law enforcement officials. On at least two occasions, MCGUIRE was interviewed regarding her conduct and admitted defrauding Dr. Mazzuca. MCGUIRE told law enforcement that she converted the funds because Dr. Mazzuca was intentionally overcharging patients for his own personal gain. As a result of her ongoing pattern of conduct, MCGUIRE misappropriated $221,562.75.

Date: 8/18/05

TRACEY MCGUIRE
Defendant

I have read each of the two pages constituting this statement of offense and reviewed and discussed them with my client.

Date: 8/18/05

James Papirmeister
Attorney for the Defendant

2