UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 05-324 (RJL)** |
| v. | : | |
| | : | |
| | : | |
| | : | |
| **TRACY MCGUIRE,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**GOVERNMENT'S MOTION TO CONVERT
SCHEDULED SENTENCING DATE TO STATUS**

The United States of America, by and through its undersigned attorney, the United States Attorney for the District of Columbia, respectfully submits this motion seeking to convert the currently scheduled sentencing date of January 17, 2006, to a status. The defendant, through counsel, consents to this motion. As grounds for this request, the United States represents:

1. Defense counsel provided notice by mail to the government in a letter dated December 16, 2005, that it intended to call Dr. Neil Blumberg, a psychiatrist, as an expert witness at sentencing. The government did not receive actual notice until after the Christmas holiday, and received only the summary of evaluation without the underlying medical records that formed, in substantial part, the basis of Dr. Blumberg's opinion.

2. Upon receipt of notice, the government contacted defense counsel to obtain the underlying records, which counsel graciously agreed to provide by the end of this week. They are voluminous and will take some time to digest in (1) preparation of cross-examining Dr. Blumberg if necessary; and (2) in the government's consideration of what to submit to this Court in aid of sentencing.

3. The parties accordingly at this time seek to convert the scheduled sentencing date to a status either (1) to present and cross-examine the testimony of Dr. Blumberg to aid this Court in sentencing the defendant; or (2) for the parties to represent to this Court that there is no need for such evidence. In the event that the parties seek to present and cross-examine the testimony of Dr. Blumberg, both sides would request additional time after such hearing to submit memorandum in aid of sentencing incorporating the evidence presented.

4. A proposed order is attached.

                                              Respectfully submitted,

                                              KENNETH L. WAINSTEIN
                                              United States Attorney
                                              D.C. Bar Number 451058

BY: _____
       JEANNIE S. RHEE
       D.C. Bar Number 464127
       FRAUD & PUBLIC CORRUPTION SECTION
       ASSISTANT UNITED STATES ATTORNEYS

DATED: January 5, 2006