**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 05-324 (RJL)** |
| v. | : | |
| | : | |
| | : | |
| | : | |
| **TRACEY MCGUIRE,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having considered the government's motion and the defendant's consent to the motion, it is

hereby **ORDERED** that:

The scheduled sentencing date of January 17, 2005, is converted to a status as requested by

the government in its motion.

_____

THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE