UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 05-324 (RJL) |
| v. : | |
| : | |
| TRACEY MCGUIRE : | |
| : | |
| Defendant. : | |
| : | |
| _____ : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney James G. Flood, at telephone number 202-514-7131 and/or email address James.Flood@usdoj.gov. James G. Flood will substitute for Assistant United States Attorney Jeannie Rhee as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
James G. Flood
Assistant United States Attorney
Fraud and Public Corruption Section
Bar No. 435945
555 4th Street, NW, Room 5824
Washington, DC 20530
(202) 514-7131

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been sent by U.S. Mail to counsel for the defendant, James N. Papirmeister, Esq, 7127 Allentown Road, Suite108, Ft. Washington, MD 20744 on this 18th day of April, 2006.

_____
JAMES G. FLOOD
Assistant U.S. Attorney