UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 05-324 (RJL) |
| v. : | |
| : | |
| TRACEY MCGUIRE : | |
| : | |
| Defendant. : | |
| : | |
| _____ : | |

**CONSENT MOTION TO CONTINUE DATE TO FILE
SENTENCING MEMORANDA AND SENTENCING DATE**

The United States of America, by and through its undersigned attorney, the United States Attorney for the District of Columbia, respectfully submits this motion, with the defendant's consent, to continue the sentencing memoranda due date of April 21, 2006 and the sentencing date of April 28, 2006. The parties seek the continuance because of several recent developments in the case affecting both the government and the defendant. As grounds for this request, the parties submit the following:

1. The government has assigned a new prosecutor to this case, undersigned Assistant U.S. Attorney for the District of Columbia, James G. Flood. This was required because of the departure of AUSA Jeannie Rhee from government service. AUSA Rhee handled the case and complicated sentencing matters for approximately the past eight months, but AUSA Flood has been assigned the case for only about two weeks. It will take several weeks for AUSA Flood to properly become familiar with the case, the government's sentencing positions, the defendant's multiple sentencing challenges, and voluminous materials from the defense in order to file an intelligent and useful sentencing memorandum with the Court.

2.       The new AUSA will likewise need additional time because this is not a "simple" sentencing, but rather a complex one in which the defendant seeks to present a psychiatric expert and medical evidence supporting a downward departure.  This includes a report by Dr. Neil Blumberg, M.D., F.A.P.A. and more than 100 pages of medical records and materials reviewed by Dr. Blumberg to reach an opinion on the psychiatric state of the defendant.  The new AUSA must read this material, absorb it, possibly consult with an expert psychiatrist for the government and determine what, if any, expert testimony or evidence the government must present at sentencing to respond to the defendant's request for a downward departure.

3.       The defendant is not available for sentencing at this very moment because she is hospitalized.  Based on a conversation with defense counsel on April 17, 2006, the government can represent that the defendant is currently hospitalized at Sibley Memorial Hospital.  The nature and severity of any medical issue requiring the defendant's hospitalization is unclear as is the timing of the defendant's release from the hospital.  This fact makes it difficult to determine whether the defendant will be available for sentencing on April 28, 2006 and whether defense counsel can properly and fairly prepare for that date in light of his client's hospitalization.

4.       Also based on a conversation with defense counsel on April 17, 2006, the government can represent that the defense is still receiving medical records which must be reviewed by the government and may be relevant to sentencing.  The government must be provided with a copy of these documents in order to review them prior to writing a sentencing

memorandum or allocuting at sentencing.  This fact likewise weighs in favor of continuing the sentencing memoranda filing date and sentencing date in this case.

   5. The parties accordingly ask the Court to continue the date for filing sentencing memoranda until June 2, 2006 or similar date convenient for the Court and to continue the sentencing in this case until June 9, 2006 or similar date convenient for the Court.  Alternatively, if it is the Court's wish, the government can set up a teleconference of the parties with chambers to find convenient dates for the Court.

             Respectfully submitted,

             KENNETH L. WAINSTEIN
             United States Attorney
             D.C. Bar Number 451058

BY: _____
             JAMES G. FLOOD
             D.C. Bar Number 435945
             Assistant United States Attorney
             for the District of Columbia
             Fraud and Public Corruption Section
             555 Fourth Street, N.W.
             Washington, D.C. 20530
             Phone: (202) 514-7131
             Fax: (202) 305-8537

Dated: April 18, 2006

**COPIES TO:**

**Counsel for the Government**

James G. Flood
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7131
E-mail: James.Flood@usdoj.gov

**Counsel for the Defendant**

James N. Papirmeister
7127 Allentown Road, Suite108
Ft. Washington, MD 20744
Phone: (301) 248-7400
E-mail: criminalfirm@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 05-324 (RJL) |
| v. : | |
| : | |
| TRACEY MCGUIRE : | |
| : | |
| Defendant. : | |
| : | |
| _____ : | |

**ORDER**

**WHEREUPON,** the government having filed a Consent Motion to Continue Date to File Sentencing Memoranda and Sentencing Date, there being no opposition thereto, and the Court having considered the arguments in favor of a continuance,

**IT IS HEREBY ORDERED** that:

The date for the parties to file a Sentencing Memorandum in this case will be continued from April 21, 2006 to _____; and

The date for sentencing in this case will be continued from April 28, 2006 to _____.

_____
Judge Richard J. Leon
United States District Judge

**Dated:** _____

**COPIES TO:**

**Counsel for the Government**

James G. Flood
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7131
Fax: (202) 305-8537
E-mail: James.Flood@usdoj.gov

**Counsel for the Defendant**

James N. Papirmeister
7127 Allentown Road, Suite108
Ft. Washington, MD 20744
Phone: (301) 248-7400
Fax: (301) 248-7400
E-mail:criminalfirm@yahoo.com