UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :    CRIMINAL NO. 05-324 (RJL)
v.                                :
                                  :
TRACEY MCGUIRE                    :
                                  :
        Defendant.                :
                                  :

### ORDER

WHEREUPON, the government having filed a Consent Motion to Continue Date to File Sentencing Memoranda and Sentencing Date, there being no opposition thereto, and the Court having considered the arguments in favor of a continuance,

IT IS HEREBY ORDERED that:

The date for the parties to file a Sentencing Memorandum in this case will be continued from April 21, 2006 to _June 16, 2006_ and

The date for sentencing in this case will be continued from April 28, 2006 to _June 23, 2006 at 11 AM_

_____
Judge Richard J. Leon
United States District Judge

Dated: 4/19/06

**COPIES TO:**

<u>Counsel for the Government</u>

James G. Flood
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7131
Fax: (202) 305-8537
E-mail: James.Flood@usdoj.gov

<u>Counsel for the Defendant</u>

James N. Papirmeister
7127 Allentown Road, Suite 108
Ft. Washington, MD 20744
Phone: (301) 248-7400
Fax: (301) 248-7400
E-mail: criminalfirm@yahoo.com

-6-