IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : Criminal No.: 05-324 (RJL) |
| | : |
| TRACEY McGUIRE | : |
| | : |
| Defendant | : |

**CONSENT MOTION TO CONTINUE**
**SENTENCING DATE AND SENTENCING MEMORANDA DEADLINE**

COMES NOW, the Defendant, Tracey McGuire, by and through her attorney, JAMES N. PAPIRMEISTER, Esquire of the Law Firm of Keiffer, Johnston & Papirmeister, LLC, and with the consent of Assistant United States Attorney, James G. Flood, hereby respectfully requests that this Court again continue and reset the Sentencing date in the above case, as well as the Sentencing Memoranda deadline, as a result of previous continuance resulting in dates with conflicts with the undersigned's schedule and in further support thereof states as follows:

1. The government just filed a Consent Motion to Continue the Sentencing date and Sentencing Memoranda deadline last Tuesday, which resulted in this Court granting said Motion, and rescheduling the Sentencing Hearing from April 28, 2006 until June 23, 2006, with a briefing deadline now being June 16, 2006.

2. Unfortunately, this presents serious problems with the undersigned's schedule.  On the date currently scheduled for Sentencing, June 23, 2006, the undersigned was planning travel with his family up to Livingston, New Jersey to attend Friday evening religious services occasioned by the Bat Mitzvah of the daughter of very long-time, dear friends of the undersigned and his wife, as to which the undersigned's entire family is planning

to attend services to start on Friday evening.

3. Equally significant, moreover, on the date of the current deadline for each side submitting the Sentencing Memoranda, June 16, 2006, the undersigned had planned to be out of town at the Maryland State Bar Association Annual Conference in Ocean City, Maryland, which conference takes place June 14, 2006 through June 17, 2006, and as to which the undersigned already has hotel reservations, as well as, has arranged that his whole family will be off and with the undersigned in Ocean City, Maryland from June 14, 2006 through June 20, 2006.

4. The undersigned on behalf of Tracey McGuire did in fact consent to the government's request for a postponement and made Assistant United State's Attorney, James Flood, aware that the undersigned was going to be out of town on both the 16th and the 23rd of June, and the undersigned believes that Mr. Flood did not intend that the reset dates be on those two (2) Friday's of the 16th and 23rd of June, 2006, respectively.

5. The undersigned also notes that he was fully supportive of the government's request for a postponement due to Mr. Flood's having just inherited a somewhat complex sentencing, coupled with the fact that Tracey McGuire is currently hospitalized, now at the Psychiatric Institute of Washington in Northwest, Washington, D.C.

6. Assistant United State's Attorney, James G. Flood is fully supportive of this Motion being granted, if it pleases this Court, to continue the sentencing hearing to a new date of Friday, August 11, 2006, with a deadline for the Sentencing Memoranda of Friday, August 4, 2006. It should be noted that Mr. Flood was

both apologetic with the undersigned that the previous continuance resulted in the aforementioned dates of June 16th and June 23rd, respectively. Also, Mr. Flood indicated that he and his wife are expecting a new baby sometime in the first two (2) weeks of July and he needed to be available to the extent possible, to his wife, during the week of the birth and for a week or so after the birth of their child.

WHEREFORE, both parties respectfully request that this Court:

A. Continue the date for the Sentencing Memoranda to Friday, August 4, 2006 and the date for the Sentencing to Friday, August 11, 2006.

B. And for such other and further relief as the justice of this cause would require.

Respectfully Submitted,

/s/
_____
JAMES N. PAPIRMEISTER, ESQUIRE
KEIFFER, JOHNSTON
  & PAPIRMEISTER, LLC
ATTORNEY FOR DEFENDANT
DC BAR NO.: 421-366
7127 Allentown Road, Suite 108
Fort Washington, Maryland 20744
(301) 248-7400 / FAX: 301-248-7418

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___21st___ day of April, 2006, I faxed and mailed, postage prepaid, a copy of the foregoing to Assistant United State's Attorney, James G. Flood at 555 Fourth Street, NW, Room 5233, Washington DC, 20530 (phone no.: 202-514-7131).

/s/
_____
JAMES N. PAPIRMEISTER, ESQUIRE
**ATTORNEY FOR DEFENDANT**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : Criminal No.: 05-324 (RJL) |
| | : |
| TRACEY McGUIRE | : |
| | : |
| Defendant | : |

**ORDER CONTINUING**
**SENTENCING DATE AND SENTENCING MEMORANDA DEADLINE**

WHEREUPON the Defendant having filed a Consent Motion to Continue Sentencing Date and Sentencing Memoranda Deadline, there being no opposition thereto, and the Court having considered the arguments in favor of a continuance,

**IT IS HEREBY ORDERED** that:

The date for the parties to file a Sentencing Memoranda in this case, will be continued from June 16, 2006 to _____; and

The date for Sentencing in this case will be continued from June 23, 2006 to _____.


_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE

Dated: _____