UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 05-324 (RJL) |
| v. | : | |
| | : | |
| TRACEY MCGUIRE | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

**CONSENT MOTION TO CONTINUE DATE TO FILE
SENTENCING MEMORANDA AND SENTENCING DATE**

The United States of America, by and through its undersigned attorney, the United States Attorney for the District of Columbia, respectfully submits this motion, with the defendant's consent, to continue the sentencing memoranda due date of August 4, 2006 and the sentencing date of August 11, 2006.   The government seeks this continuance because of the recent receipt of a psychiatrist's report and a personal scheduling conflict.   The undersigned AUSA seeks a continuance in order to have sufficient time to discuss this report, which was received just on August 1, 2006 with the defense psychiatrist and with other mental health professionals in order to determine its merit.   Then, the government can submit a well crafted and logical sentencing memorandum to assist the Court in handling this difficult case.   The government does not seek a continuance for unnecessary delay.   Rather, it seeks a continuance in order to honestly assess the defendant's mental health claims, streamline the issues for the Court for sentencing and avoid a protracted evidentiary sentencing hearing.   The undersigned AUSA's current schedule does not permit that within the next week.

The new report of Dr. Laurence Greenwood, a psychiatrist who has provided intensive treatment to the defendant over the past six months, was provided to the government yesterday. In that report, dated July 25, 2006, Dr. Greenwood concludes, based on a total of approximately 62 sessions with the defendant/patient, that she "is severely mentally ill and a very dangerous suicide risk." The government wishes to digest the numerous facts provided in his report, speak with Dr. Greenwood, review other legal precedent in this situation and make a proper and well reasoned allocuting to the court for sentencing in this case. The government also wishes to review all of the medical records in this case, and any additional records which Dr. Greenwood may possess. Given his new report, the government cannot do so in the next week. Since the undersigned AUSA will then be out of the office for two weeks, it will be impossible to do the proper analysis in the month of August.

Therefore, the asks the Court, with the consent of the defense, to continue the date for filing the sentencing memoranda in this case until approximately October 6, 2006 and to continue the sentencing in this case until October 13, 2006 or October 20, 2006. The parties can, alternatively, arrange another date convenient with the Court through chambers.

For these reasons, the government respectfully requests that the consent motion for a continuance of the sentencing memoranda date and sentencing be granted.

                                        Respectfully submitted,

                                        KENNETH L. WAINSTEIN
                                        United States Attorney
                                        D.C. Bar Number 451058

BY:       _____
                                        JAMES G. FLOOD
                                        D.C. Bar Number 435945
                                        Assistant United States Attorney
                                        for the District of Columbia
                                        Fraud and Public Corruption Section
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
                                        Phone: (202) 514-7131
                                        Fax: (202) 305-8537

Dated: August 2, 2006

**COPIES TO:**

**Counsel for the Government**

James G. Flood
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7131
E-mail: James.Flood@usdoj.gov


**Counsel for the Defendant**

James N. Papirmeister
7127 Allentown Road, Suite108
Ft. Washington, MD 20744
Phone: (301) 248-7400
E-mail: criminalfirm@yahoo.com