Laurence Greenwood, M.D.
424 Midsummer Dr.
Gaithersburg, MD 20878
301-335-3854

FILED

OCT  6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

October 5, 2006

To Whom It May Concern:

I am writing an addendum to my letter of August 2, 2006, regarding Tracey McGuire, in order to update the course of her treatment, and to repeat my request that she not be incarcerated. The potential impact of incarceration is to intensify her mental illness and suicidal impulses.

Throughout August, there appeared to be some progress. She continued to attend Care Connection, the psychiatric day treatment program, most days, Monday through Friday. Some of her stressors diminished, including worry about family members and postponement of her sentencing hearing. She was relieved that her older son was settled at the University of Tennessee with a basketball scholarship. She decided to have her younger son spend the upcoming school year in Virginia with her mother, so that he would not be so worried about her mental illness. Retrospectively, she may have been making arrangements for them, so that they would be less impacted by her suicide.

Reduction in stress reduced the intensity of insomnia, auditory hallucinations and consequent suicidal impulses. However, they remained present. I continued to strongly reinforce instructions that her fiancé control prescriptions, so that the patient did not have access to suicidal overdoses of pills.

In the last week of August, the patient's psychiatric medications were Seroquel, Effexor-XR, Ativan, Xanax, and Klonopin (in addition to the usual medications for epilepsy and other medical conditions). The patient was experiencing extensive weight gain and abdominal bloating. Since this is a known side effect from Zyprexa, an attempt was made to discontinue this medication.

This approach was not successful. The patient experienced a surge of hallucinations, insomnia, and intense irritability. Her Medical Assistance ran out and she forgot to renew it. Consequently, the three tranquilizers (Ativan, Xanax, and Klonopin) were no longer covered by insurance. Thinking erroneously that she could not afford them, she stopped them abruptly on or about 8/28/06.

Within a few days she became easily agitated and infuriated over minor irritations. She became convinced that her fiance was having contact with a former girlfriend, despite his firm and plausible denial.

-2-

On 8/30/06, I restarted Zyprexa. However, continued conflict with her fiance and the intrinsic cycling of her mental illness reduced any potential benefit. In addition she was experiencing more abdominal bloating and weight gain. On 9/11/06, I replaced Zyprexa with another antipsychotic medication, Abilify. On 9/13/06 I increased the dose of Seroquel to the maximum FDA recommended dose of 900 mg. On 9/1806, I increased Abilify to the maximum FDA recommended dose of 30 mg.

On 9/19/06, the patient had an epileptic seizure at the Care Connection day treatment program. It was witnessed by staff, and I confirmed it by interview shortly thereafter. Factors which might have contributed were the initiation of Abilify and the sporadic use of the tranquilizers during the past two weeks, because the patient feared she could not afford them. Abilify was discontinued and replaced with one of the tranquilizers, Klonopin.

Approximately 9/22/06, the patient went to the emergency room for abdominal pain. Evaluation indicated that she had coins in her intestine. The patient does not have clear memory for the events around that time. It is likely that she swallowed more coins during the week before, but they may have been undetected residual coins from a previous event. She was hospitalized for surgery at Southern Maryland hospital and surgery was performed to remove them. Retrospectively, the severe abdominal bloating may have been partially caused by bowel obstruction from coins and adhesions of scar tissue from prior surgeries to remove coins.

After surgery, the patient was transferred to the psychiatric unit of Southern Maryland Hospital. She became very discouraged. She reports that she continued to swallow coins. She hoped that she could occlude her esophagus and suffocate.

The patient was released from the hospital in early October. I saw her again when she returned to Care Connection 10/4/06. She remains at the mercy of auditory hallucinations, profound depression, and severe insomnia. She has suicidal urges, but is not acting on them at the moment. At the hospital, her psychiatric medications had been reduced to Seroquel and Ativan. She felt that Ativan was helpful to reduce the anxiety which contributed to impulsive self-harm.

The patient had prescriptions from the hospital for Seroquel and her epilepsy medication. I wrote prescriptions for Ativan and a new medication for insomnia, Rozarem. I phoned her fiance to arrange for him to control the pills. He informed me that he was leaving the home 10/6/06 because of the problems in the relationship with the patient. He said there were pills all over the house and he could no longer try to control her access to them. The patient promised to bring the pills to Care Connection for storage.

At the present time, the patient's mental illness remains chronically on the verge of being out of control. Her suicide risk remains intensely high, despite her desire to cooperate and control her impulses. The risk is markedly increased by her fears of incarceration and

-3-

abandonment by her fiance. I am extremely concerned that she would suicide if she were incarcerated.

Thank you for your kind consideration of this matter.

Sincerely,

*Laurence Greenwood, M. D.*

Laurence Greenwood, M.D.

Laurence Greenwood, M.D.
424 Midsummer Dr.
Gaithersburg, MD 20878
301-335-3854

August 2, 2006

To Whom It May Concern:

I am writing on behalf of Tracey McGuire to implore that she not be sentenced to incarceration. Ms. McGuire is severely mentally ill and a very dangerous suicide risk. Her thinking is psychotic and highly distorted, causing her to perform bizarre acts of self destruction. Her suicidal preoccupation is longstanding and predates her current legal problems.

I have been the treating psychiatrist for Ms. McGuire since January 20, 2006. I see her several times per week at Care Connection, a day treatment program for the chronically mentally ill. Ms. McGuire attends this program two to three hours per day, most days of the week. Thus far I have had sixty-two sessions with her. Ms. McGuire has been diagnosed with Schizoaffective Disorder, a combination of Bipolar Disorder and schizophrenic symptoms. She also has Posttraumatic Stress Disorder from childhood sexual abuse. She has needed more than thirty psychiatric hospitalizations since age sixteen, primarily to prevent suicide. She has been declared by social security to be disabled by her mental illness. During the six months of my care, she has needed three hospitalizations, because she was acting on instructions from voices to kill herself.

Ms. McGuire's suicidal urges reflect bizarre thinking, which makes it highly difficult to reason with her when she is feeling suicidal. She hears voices making derogatory statements, calling her names, telling her she is disgusting in a myriad of ways, and instructing her to suicide. For example, the voices tell her she is a worthless slut and should kill herself in order not to contaminate others. These voices prevent her from sleeping and make her feel desperate all the time.

Because the patient is such a suicide risk, her fiancé keeps her prescriptions of pills. Most of her suicide attempts have been impulsive when she was feeling overwhelmed. Two attempts occurred when she did not have access to pills, and she swallowed coins instead. Last summer, she swallowed many coins in an attempt to suicide, and needed surgery to remove them. She repeated the attempt at the day program March 9, 2006, swallowing about twenty coins in front of another patient. She needed an emergency room visit and later needed surgery again during her next psychiatric hospitalization.

I was introduced to Ms. McGuire 1/20/06 by another therapist at the clinic where I work. This therapist was very frightened that the patient was in danger of killing herself because

- 2 -

of the auditory hallucinations. On my first interview, Ms. McGuire was cooperative. She described the voice of her mother calling her derogatory sexual names. She longed to escape and was tempted to strangle herself. She reported attempting suicide more than twenty times, usually by overdose of pills. Once she burned herself. In my interview, she was eager for help.

At the time of my first interview, Ms. McGuire was prescribed seven psychiatric medications by her previous psychiatrist. She was taking Seroquel and a high dose of Risperdal for psychosis. She was taking Celexa, Paxil and Remeron for depression. She was taking Xanax and Klonopin for anxiety. In addition she needed Depakote, Phenobarbital, and Keppra for epilepsy, but they are also mood stabilizing medications. My initial thought was that so many medications would complicate her problems rather than relieve symptoms. However, my own efforts to reduce the number of medications have been largely unsuccessful. In fact, numerous medications are needed to provide even a small amount of benefit.

After my first interview, I felt that the risk of suicide warranted hospitalization. She was hospitalized at Southern Maryland Hospital from 1/24/06 to 2/3/06. There her medications were changed around. In particular she was given an injection of Haldol Decanoate, which is a long-acting antipsychotic medication staying in the nervous system for more than a month. Ms. McGuire had a severe negative reaction to this medication called acathisia. Acathisia is a condition of severe muscle restlessness causing the patient to feel intensely anxious and to need to move constantly.

When Ms. McGuire returned to the day program she could not keep her legs still. She wanted to crawl out of her skin. She could not sleep. On 2/9/06 I prescribed a high dose of Ativan for anxiety and muscle relaxation. This was not sufficient. On 2/14/06 I changed Ativan to Xanax at high doses.

By 3/1/06, the patient remained highly symptomatic. She could not sit or write. She had to keep moving. She felt that her anxiety was intrinsic and not a result of Haldol. Zyprexa was started in addition to Seroquel for psychosis. It soon became clear that she needed maximum dosages. Even that was not sufficient and I added another antipsychotic drug, Navane.

On 3/8/06 the patient said that she felt desperate and thought that she would explode. During the interview, she had to pace back and forth. She was having a recurrence of racing thoughts and hallucinations. She could not sleep. I thought the Navane might have increased the acathisia caused originally by Haldol. She was also having trouble obtaining Zyprexa from the pharmacy.

On 3/9/06, Ms. McGuire felt overwhelmed at the Care Connection program, and began swallowing coins while talking to another patient. She swallowed approximately twenty. She was sent to the emergency room, evaluated, and released.

- 3 -

On 3/10/06, it was obvious that the patient's psychosis was getting out of control. Unable to obtain Zyprexa, I prescribed Risperdal for psychosis and Trazodone for insomnia. At that time, her psychiatric medications then included Risperdal, Ativan, Klonopin, Trazodone, Keppra, Depakote, and Phenobarbital. She appeared drugged, but she was bothered by voices all night. She was not sleeping and she felt desperate.

On 3/16/06 I stopped Trazodone since she was not sleeping and restarted Klonopin, a sedative anti-anxiety medication, because her insomnia appears more related to anxiety, worry, and auditory hallucinations. I also restarted Seroquel, a sedative antipsychotic medication.

On 3/21/06, Ms. McGuire was finally able to obtain Zyprexa. It was added to the antipsychotic regimen and Seroquel was increased. Zyprexa had to be prescribed with caution since it can stimulate epileptic seizures, which the patient already has.

On 3/22/06, the patient was taking Zyprexa, Seroquel, Ativan, and Klonopin. She was still highly reactive. Another patient told her that she was crowding him. The voices made her say "go fuck yourself." The patient was mortified because this is not characteristic for her. They both apologized.

Despite the difficulty regulating medications, persistent psychotic thinking, and the ever present danger of a bizarre lethal suicide, the patient began making progress. She became better at describing her symptoms and linking them to personal stressors. She confided her symptoms to members of her family for the first time, and asked for support when she feared being guided by the voices. From a medication point of view, Zyprexa was increased on 3/29/06 to maximum conventional dosage after her neurologist endorsed its use.

On 3/31/06, symptoms of depression appeared to be replacing anxiety. Acathisia from Haldol had finally worn off. The patient was started on Celexa for depression. The patient had to go to the emergency room that evening because of severe abdominal pain. This was eventually diagnosed as bowel obstruction from the coins that she had swallowed three weeks previously.

On 4/4/06, I was able to arrange hospitalization on a specialized unit dealing with the impact of childhood sexual abuse. I believe this to be a component contributing to the patient's symptoms of psychosis, depression, and posttraumatic stress disorder. She said that Care Connection was her safety zone. She would commit suicide otherwise.

The patient was hospitalized at the Psychiatric Institute of Washington from 4/5/06 for several weeks, with two transfers to Sibley Hospital for medical care. On one occasion when she was agitated, she rammed her head into the nursing station. On another occasion the continued pain in her abdomen required abdominal surgery to remove the coins which she had swallowed six weeks previously.

- 4 -

On 4/28/06, the patient returned to Care Connection and her next appointment with me. She said that for the first time, she had met people who understood her. However by 5/5/06 she felt that the anxiety was coming back. She was awake until 6:30 a.m. pacing. Her medications were Seroquel, Zyprexa, Phenobarbital, Depakote, Klonopin, Ativan, and Keppra. The dose of Seroquel had been reduced in the hospital, and I increased it at this time. This was not sufficient and I began increasing Phenobarbital on 5/9/06 in the hopes of reducing anxiety and insomnia without adding more types of medication. However, she had increased sadness and crying spells, and was not receiving any antidepressant medication. Therefore on 6/2/06 I began a new antidepressant, Effexor.

On 6/6/06 I had a meeting with the patient and her fiancé. The fiancé indicated that the patient was sleeping more than she realized and appeared drugged up from the high doses of Phenobarbital. The dose was dropped back to the amount needed for control of epilepsy. Effexor was gradually increased to full therapeutic antidepressant dose.

During the next seven weeks the patient continued to need medication adjustments. Effexor was increased to full therapeutic dose for depression. Seroquel was increased to maximum dose to also reduce psychotic symptoms. Arrangements are being made to have her neurologist reevaluate Keppra, due to the possibility that it could be increasing agitation. Her insomnia became worse and she was started on Ambien for insomnia on 7/18/06. Her medications prior to her most recent hospitalization were Zyprexa, Seroquel, Effexor, Klonopin, Xanax, Ativan, Phenobarbital, Depakote, Keppra, and Ambien.

Her symptoms of depression, anxiety, insomnia, hypervigilance, and auditory hallucinations continued at a high level. Her mother moved here from New York to provide emotional support and participate in the coordinated family effort to monitor her suicide risk. I continued to see her several times per week for the primary purpose of suicide crisis intervention monitoring. Over the weekend of 7/22 – 7/23/06 she was on the verge of suicide, but was able to contact her mother for support. First thing Monday morning at the Care Connection day program she came to my office for an emergency session. She appeared under control. However, that evening she took an overdose of 50 pills, which she had hidden from her fiance. She needed to be hospitalized in the ICU. When she was medically cleared, she was transferred to the psychiatric unit. She was discharged 7/31/06.

Ms. McGuire has many fears, both rational and irrational which contribute to her suicide risk. When she becomes desperate, as she does almost every week, she can see suicide as the only escape. Her fear of going to jail is only one of multiple apprehensions, but it is significant. I have had other patients who successfully committed suicide in anticipation of incarceration. Ms. McGuire is the most severely suicidal patient I have ever treated, other than these. I am convinced that without intensive psychiatric care, she will commit suicide. She was at high risk long before her current legal problems. I would request that her severe mental illness, high risk of suicide, and the severity of her distorted thinking

-5-

could be taken into account when determining her sentence. I do not think she would survive incarceration.

Ms. McGuire deeply regrets her illegal actions. She is not a person who typically seeks to take advantage of people or situations. She does not look for opportunities to get away with breaking the rules. She describes a situation which fell into her lap because her employer was considering plans for diverting his funds. She became tempted to help out her children by taking his money, and the process was so easy that it became a very bad habit. It was a little similar to amassing credit card debt. She knew it was wrong and kept wanting to stop. I feel certain that Ms. McGuire does not seek out opportunities for criminal activity, though she was guilty of not being able to resist temptation. Given the suicidal guilt, agony, shame, remorse, fear and self-hatred which Ms. McGuire has expressed to me during the past seven months, I think there is no chance that she would repeat criminal behavior.

Thank you for your kind consideration of this matter.

Sincerely,

Laurence Greenwood, M.D.

# CURRICULUM VITAE

Laurence J. Greenwood, M.D.
424 Midsummer Dr.
Gaithersburg, MD 20878
Phone: (301) 948-0124
Born: November 30, 1943, New York, NY

## EDUCATION and TRAINING

**B.A.** – Case-Western Reserve University, Cleveland, OH, 1965 (Biology Major).
**M.D.** – Case-Western Reserve University, 1968.
**Internship** (Rotating) – Mt. Sinai Hospital, Cleveland, OH, 1968-1969.
**Residency in Psychiatry** – University Hospitals, Cleveland, OH, 1969-1972.

## PROFESSIONAL EXPERIENCE

**Medical Director, Outpatient Mental Health Clinic**
Oct. 2003 – Present          LINKS, Inc. Mental Health Clinic
                             8715 Greenbelt Rd.
                             Suite 301
                             Greenbelt, MD 20770
                             (301) 731-0383

- Outpatient clinical care of adults, children and adolescents.
- Diagnostic evaluations, individual, family and group therapy, medication management.gfi
- Full time position beginning Jan. 2006.

**Staff Psychiatrist, Psychiatric Inpatient**
Sept. 2003 – Dec. 2005       Psychiatric Institute of Washington
                             4228 Wisconsin Ave., NW
                             Washington, DC 20016
                             (202) 885-5600

- Full time position, providing assessment, psychiatric treatment and medication management for adolescent and adult patients.

**Medical Director, Child and Adolescent Residential Treatment Center**
Jan. 2003 – Sept. 2003       Piedmont Behavioral Health Center
                             42009 Victory Lane
                             Leesburg, VA 20176
                             (800) 777-8855

- Residential treatment for 50 children and adolescents. Their average length of stay is one year.
- Evaluation, counseling, and prescribing of medications for the patients.
- Oversee care provided by nurses, social workers, and psychologists.

-2-

**Staff Psychiatrist, Adult Psychiatric Inpatient**
Jan. 1999 – Dec. 2002        Psychiatric Institute of Washington
                             4228 Wisconsin Ave., NW
                             Washington, DC 20016
                             (202) 885-5600

- Adult inpatient unit, twelve beds, specializing in the treatment of trauma survivors.
- Adult day treatment for trauma survivors.
- President of the medical staff.

**Outpatient Office Psychiatric Practice**
1983 – 1998                  Contemporary Psychiatric Services
                             5920 Hubbard Dr.
                             Rockville, MD 20852
                             (301) 984-9791

- General outpatient psychiatry, emphasizing crisis intervention, medication management, and medication consultation for psychologists and social workers.
- Group practice of psychiatrists, social workers, and psychologist.
- Full time after 1994.

**Consultant Psychiatrist, Residential Treatment Center**
1992 – Present               Karma Academy
                             Rockville, MD
                             (301) 340 - 8880

- Part-time position providing psychiatric evaluation and medication consultation for 20 resident adolescents, admitted to the program with psychiatric and legal problems.

**Medical Director, Day Treatment Program**
1992 – 1994                  Psych Systems of Bethesda
                             Bethesda, MD

- Part time position supervising staff, evaluating patients, and providing medication management.

**Inpatient Hospital Psychiatry**
1983 – 1992                  Psychiatric Institute of Montgomery County
                             Rockville, MD

- Adult and adolescent patients.
- Vice President, Medical Staff, 1987-1989 and 1990-1992.
- Chairman, Pharmacy and Therapeutics Committee, 1987-1989 and 1991-1992.

-3-

**Assistant Medical Director, Mental Health Center**
1978 – 1983                        Larimer County Mental Health Center
                                   Fort Collins, CO
- Supervision and consultation to approximately 15 non-physician therapists at the Mental Health Center.
- Attending psychiatrist for Mental Health Center patients on psychiatric ward of Poudre Valley Hospital, a general community hospital.
- Evaluation and prescribing for outpatients who needed medication treatment.
- Liaison contact with other mental health and social service organizations, community physicians, courts, police, and jail.

**Psychiatrist, United States Army Reserves MASH Unit**
1981 – 1983                        Denver, CO
- Two weeks active duty, 1982 and 1983, setting up and operating mobile hospital units in the field.
- Achieved rank of Lieutenant Colonel.

**Associate Director for Psychiatry, Family Practice Residency Program**
1982 – 1983                        Fort Collins Family Practice Residency Program
                                   Fort Collins, CO
- Supervising and teaching 6-8 physicians in family practice residency.
- Development of curriculum and teaching seminars for these residents.

**Staff Psychiatrist, Veterans Administration Hospital, and Assistant Professor Department of Psychiatry**
1974 - 1978                        University of South Florida School of Medicine
                                   VA Hospital, Tampa, FL
- Ward coordinator supervising a 23 member staff of nurses, psychologist, social worker, physicians in residency, and medical students.
- Individual and group supervision and teaching of residents and medical students.
- Lectures and small group teaching on psychopharmacology and mood disorders.
- Consultation to the Neurosurgery Department Pain Clinic.
- Member of the Health Services Review Organization (HSRO) to institute problem oriented medical records, and auditing programs for quality assurance.

**Clinical Research Associate, National Institute of Mental Health (NIMH)**
1972 – 1974                        National Institute of Mental Health
                                   Bethesda, MD
- Ward administrator providing clinical psychiatric care for a 10 bed research ward studying patients with mood disorders undergoing psychobiological and psychopharmacological studies.

- Assisted in research projects on antidepressant medication blood levels, central nervous system neurotransmitters, and psychological defense mechanisms.