# Neil Blumberg, M.D., F.A.P.A.

Diplomate, American Board of Psychiatry and Neurology
Diplomate, American Board of Forensic Psychiatry
Fellow, American Psychiatric Association

Suite 206 - Padonia Centre
30 East Padonia Road
Timonium, Maryland 21093

Telephone: 410-561-1156
Fax: 410-683-0332
e-mail:neilblumbergmd@aol.com

December 1, 2005

James N. Papirmeister, Esquire
Keiffer, Johnston and Papirmeister, L.L.C.
Suite 108
7127 Allentown Road
Fort Washington, Maryland  20744-1038

Re:  Tracey McGuire

Dear Mr. Papirmeister:

Pursuant to your request, I have completed my forensic psychiatric evaluation of Tracey McGuire, a forty-two year old woman who has pled guilty to one count of Wire Fraud in the United States District Court for the District of Columbia in reference to offenses that took place between June, 1998 and May, 2003. The purpose of this evaluation is to provide information relevant to sentencing.

In order to address the above issue, I reviewed a number of documents provided to me by your office, including the following:

1. Information;
2. Statement of Offense;
3. Plea Agreement;
4. Records from the Social Security Administration;
5. Records from the George Washington University Medical Center;
6. Records from Fort Washington Hospital;
7. Records from D.C. General Hospital;
8. Records from Southern Maryland Hospital;
9. Records of Stuart Goodman, M.D.;
10. Records from Shady Grove Adventist Hospital;
11. Records from Bowie Health Center;
12. Records from Prince George's Hospital Center;
13. Statement of Tracey McGuire to the Department of Probation;
14. Letter from Ms. McGuire to Doctor Mazzuca;
15. Letter from Doctor Mazzuca's daughter, Annemarie, to Doctor Mazzuca;
16. Records from Care Connection;
17. Records from Genesis Eldercare;
18. Prescriptions from Safeway Pharmacy;
19. Records from INOVA-Alexandria Hospital;

Page 2
December 1, 2005

To:    James N. Papirmeister, Esquire
Re:    Tracey McGuire


20.    Records from Jacobi Medical Center;
21.    Various volunteer award certificates;
22.    Defendant's financial records and medical bills; and,
23.    Records of Tyree Smith (defendant's son) from CIVISTA Medical Center.

In addition to reviewing the previously noted materials, I examined Ms. McGuire in my Timonium office on October 11, 2005 for seven hours and fifteen minutes. As part of my evaluation, I administered the Trauma Symptom Inventory (TSI), the Minnesota Multiphasic Personality Inventory-2 (MMPI-2) that was interpreted by Alex Caldwell, Ph.D., the Millon Clinical Multiaxial Inventory-III (MCMI-III) that was interpreted by Theodore Millon, Ph.D., D.Sc. and the Validity Indicator Profile (VIP) that was interpreted by Richard Frederick, Ph.D.

At the onset of the evaluation, I advised Ms. McGuire as to the nature and purpose of the evaluation, that we did not have a doctor-patient relationship, that the information we discussed would be shared with her attorney and might be brought out in Court and, therefore, the information discussed was not confidential. Ms. McGuire understood this warning and consented to proceed with the evaluation.


## FAMILY HISTORY:

Ms. McGuire was born on April 15, 1963 and was forty-two years old at the time of the evaluation. She currently resides at 3234 32nd Avenue, Temple Hills, Maryland 20748 with her son, Tyree "Malik" Smith and her boyfriend, Kenneth Trapp. The defendant was the second of her parents' three children. Her older brother, Harold, died seven years ago as a result of brain cancer. He was four years older than Ms. McGuire, was married with three children and did janitorial work. Ms. McGuire's younger brother, Michael, is forty, lives in Virginia, is married with five children and is a computer technician. The defendant is single but has three children. Herman Lowndes is twenty-three, is single, without children, and attends the University of Hartford. Shanelle Lowndes is twenty-one, is single, without children, and attends Bowie State College. Both Herman and Shanelle were fathered by Herman Lowndes, who is forty years old and lives in New York. Ms. McGuire's youngest child, Malik, is ten and lives with the defendant. Malik was fathered by Ronald Smith, who is forty and is currently incarcerated.

Ms. McGuire's mother, Cora McGuire, is in her sixties, lives in the Bronx, New York and works as a social worker. Her father committed suicide shortly after the death of Ms. McGuire's older brother. He was in his fifties and took his life by overdosing with heroin. Ms. McGuire's parents separated when she was eight years old. Her mother remarried fifteen years ago to William Lee, who is in his thirties and does construction work.

Page 3
December 1, 2005

To:   James N. Papirmeister, Esquire
Re:   Tracey McGuire


Ms. McGuire reported a family history of psychiatric illness in her father, who suffered from depression and committed suicide, her maternal aunt, Stephanie, her maternal cousin (the daughter of Aunt Stephanie), and Malik, who has threatened suicide. There was also a family history of alcoholism in the defendant's father, her brother, Michael and her maternal uncle, Jimmy. There was a reported family history of drug abuse in her maternal aunt, her maternal uncle and a paternal second cousin. In addition, there is a family history of incarceration in the defendant's father and her maternal aunt.


**PAST MEDICAL HISTORY:**

Ms. McGuire has suffered from grand mal seizures since the age of thirteen, after she sustained a closed head injury at a roller rink. Although her seizures were initially well-controlled on medication, she was involved in a motor vehicle accident in her early twenties which led to an increase in the frequency of seizures. She noted that she was diagnosed with hypertension in 1996 but did not regularly take medication and began experiencing transient ischemic attacks (TIA's) in approximately 1999. Around this time, she also began experiencing increasingly frequent headaches, especially after having a seizure. In December, 2003, she suffered a cerebrovascular accident (stroke) for which she was hospitalized at Southern Maryland Hospital. She experienced right arm, leg and facial weakness as the result of the stroke and was subsequently referred to LaPlata Genesis Eldercare Nursing Home for rehabilitation until March, 2004.

Ms. McGuire noted that she also suffers from asthma for which she uses Advair and an Albuterol inhaler and had a history of gastrointestinal problems, including an appendectomy in 1985, a surgically repaired small bowel obstruction in 1985 and periodic bowel blockages that were treated by the insertion of a nasogastric tube.

At the present time, Ms. McGuire is taking numerous medications, including Depakote, 500 mg., three times a day (seizures and mood instability), Keppra, 500 mg., three times a day (seizures), phenobarbital, 60 mg., three times a day (seizures), Plavix, 75 mg. per day (to prevent stroke), aspirin, 325 mg. per day (to prevent stroke), Phenergan on an as-needed basis (abdominal pain), hydrochlorothiazide, 25 mg. per day (hypertension), Seroquel, 200 mg. at bedtime and 25 mg. as needed (auditory hallucinations and mood instability), Risperdal, 6 mg., twice a day (auditory hallucinations and mood instability), Remeron, 6 mg. at bedtime (depression and insomnia), Cogentin, dosage uncertain (for side effects from Seroquel and Risperdal), Alprazolam, 0.25 mg., as needed (anti-anxiety), Toradol, 30 mg. every six hours as needed (pain), Percocet, 1-2 tablets every six hours as needed (pain), Naproxen, as needed (pain), Advair, 250/50, one puff twice a day (asthma) and Albuterol Inhaler as needed (asthma).

Page 4
December 1, 2005

To:    James N. Papirmeister, Esquire
Re:    Tracey McGuire

## PAST PSYCHIATRIC HISTORY:

Ms. McGuire stated that she first received mental health treatment in the 1980's, when she became depressed to the extent that she took an overdose of pills and was threatening to kill herself and her children. She was hospitalized at Alexandria Hospital and subsequently received outpatient treatment at the Alexandria Mental Health Department. She noted that she had suffered from depression intermittently since the age of seven and that at times her depression was associated with auditory hallucinations telling her that she was no good and to kill herself. In response to her depression, Ms. McGuire stated that she has taken overdoses, as well as burning herself.

Ms. McGuire noted that in approximately 1990, she took an overdose and underwent inpatient treatment, although she was unsure as to whether she was hospitalized at Prince George's Hospital Center or Southern Maryland Hospital. She has gone to the emergency room on a number of occasions as a result of depression with suicidal thoughts, including Southern Maryland Hospital and Prince George's Hospital Center. She noted that she was last hospitalized at Prince George's Hospital Center between June and July, 2005. At that time, she noted that she had a seizure and fell down fifteen steps. While in the hospital, she became increasingly depressed and suicidal and attempted to kill herself by swallowing a number of coins. Although she was discharged from the hospital and sent home, she became suicidal again and was re-admitted. After she was stabilized, she was discharged and at the time of the evaluation had been attending a partial hospitalization program at the Prince George's Hospital Center for three weeks, as well as attending a day program at Care Connections in Laurel, Maryland three days a week.

Ms. McGuire denied ever having a problem with alcohol abuse. She acknowledged, however, at times using alcohol to cope with severe pain. However, she denied using any alcohol since July, 2005 and denied any history of alcohol-induced blackouts, withdrawal tremors, withdrawal seizures or delirium tremens.

Ms. McGuire denied any history of illegal drug use. She acknowledged, however, occasionally using excessive amounts of Percocet "to take me out of my misery". She denied abusing any prescribed medication since July, 2005. She noted that at the present time she attends Narcotics Anonymous once a week.

## PAST LEGAL HISTORY:

The defendant denied ever being charged with a criminal offense as a juvenile. She acknowledged that when she was in her twenties, she was charged with a bad check charge in Arlington, Virginia. She noted that she and her boyfriend at that time had a joint account, that they moved and sometime later she learned that a check of hers had bounced. She stated that she made restitution of $75.00.

Page 5
December 1, 2005

To:    James N. Papirmeister, Esquire
Re:    Tracey McGuire

Ms. McGuire stated that sometime in the 1980's, she was alleged to have committed a theft while working at a supermarket in Arlington, Virginia. She stated that she rang up a co-worker's groceries, although the co-worker took extra merchandise. However, when she told her supervisor, she was charged with also acting in an illegal manner. She recalled being locked up over the weekend but denied any awareness of a disposition of that case.

## PERSONAL HISTORY:

Ms. McGuire was born and raised in New York City, initially in Queens and then in the Bronx, except for one year between the ages of fourteen and fifteen, when her mother sent her to live with relatives in Saint Thomas, Virgin Islands. She returned to the Bronx after being sexually molested by her uncle. She remained in the Bronx until the age of twenty, when she moved to Alexandria, Virginia with her brother, Michael.

Ms. McGuire was the product of an uncomplicated pregnancy and normal vaginal delivery. She reportedly reached her developmental milestones at the appropriate times and denied any childhood history of bedwetting or temper tantrums. She acknowledged one episode of firesetting when she threw matches into the crib of her younger brother, Michael, when she was six years old. She believed that she did this because she was ignored by her mother and was jealous of her brother getting attention.

Ms. McGuire stated that during her childhood, "no one listened to me. Harold was really smart and Michael got all of the attention from others. My mother used to put me with other relatives. I used to stay with my grandmother (paternal grandmother), who had a lesbian lover who was abusive to me."

Although Ms. McGuire stated that she has become closer with her mother in the last ten years, during her childhood and adolescence, she felt that her mother spent more time with her other children. She recalled her mother's boyfriends physically abusing her. She reported frequent conflicts with her mother. She stated that her mother physically abused her, beating her with pots, pans, shoes "and whatever". She recalled occasions when her mother held her hand over a fire to punish her. She also noted that her mother verbally abused her, often calling her "whore" and "bitch". Ms. McGuire acknowledged that she stopped listening to her mother, who then would send her to relatives who also did not like her.

Ms. McGuire denied having much direct recollection of her father. "He was a quiet drunk, an alcoholic. After my mother put him out, I saw him on weekends. He loved my brother, Harold, but not me or Michael." Ms. McGuire stated that she had been very close to her brother, Michael, until he married fifteen years ago. At that point, his wife "put a distance between us".

Page 6
December 1, 2005

To:    James N. Papirmeister, Esquire
Re:    Tracey McGuire


Ms. McGuire stated that during her childhood and adolescent years, she had a variety of friends. "I had to do stupid things in order to make friends. I was a class clown. I used to get teased because I was tall and thin."

Ms. McGuire stated that she attended public schools and "I didn't do well. I got kicked out in the tenth grade for not going. When I went to an alternative academy, there were smaller classes. I wasn't laughed at or teased and I eventually got my high school diploma in 1980. If I applied myself, I did well. I had to repeat the ninth grade because I didn't do the work. I was depressed a lot. Although my mother was a social worker, she just didn't understand. I attended one semester at Lehman College, until I became pregnant, at which point I stayed home with my kids."

Ms. McGuire stated that she first worked as a receptionist and dental assistant in a dental office in the Bronx, while attending college part-time. She left that position after two to three years as a result of attempting to escape from an abusive relationship and moving to Virginia.

Ms. McGuire stated that she held a variety of different temporary jobs until obtaining employment with Doctor Mazzuca in December, 1993. Initially, she was a temporary employee, although shortly thereafter she became a permanent full-time employee. She remained with Doctor Mazzuca until May, 2003, when she was charged with Theft. Ms. McGuire noted that she has not worked since that time. She began receiving Supplemental Security Income (SSI) in June, 2004 ($1,251.00 per month), as well as receiving SSI for her son, Malik ($625.00 per month). She noted that her mother and her boyfriend also help with her expenses.

Ms. McGuire noted that around the age of fourteen or fifteen, when she was living with relatives in the Virgin Islands, she was sexually molested by her maternal great aunt's husband. She noted that the abuse involved his fondling her breasts, inserting his fingers in her vagina and having her fondle his penis. She noted that she was molested approximately six times, after which she ran away and told her teacher, who subsequently informed her aunt. She noted that she was then sent home but stated that after those incidents, "I didn't trust men and I avoided them". She also stated that she became increasingly defiant when she returned home to live with her mother, whom she resented for sending her there in the first place.

Ms. McGuire's first serious involvement was with Herman "Bernard" Lowndes, the father of her two older children. She noted that he lived next door and that she had been best friends with his sister. They became involved when she was eighteen and he became her first voluntary sexual partner. "I hoped for a baby. I wanted someone to love and to be loved. We lived together after I had my baby. When I was ready to deliver, my mother just sent me to the hospital. She didn't even go with me."

Page 7
December 1, 2005

To:    James N. Papirmeister, Esquire
Re:    Tracey McGuire

Ms. McGuire stated that initially her relationship with Bernard went well. However, she began working seven days a week while he remained unemployed. "I was desperate not to be abandoned. My second child wasn't planned. I hoped it would make us get closer. My grandmother raised Shanelle when she was four years old. I couldn't find a good day care. At first I had her on the weekends but after my grandparents got her involved in the church, I let her stay with them. I broke up with Bernard as a result of his cheating and my learning that he had a baby at the same time that I was pregnant."

Ms. McGuire stated that her next serious relationship was with Hayden, a man from Trinidad. She remained with him for one year, until he started to become emotionally and physically abusive. She noted that he would beat her when he was drinking and that when she attempted to leave him, he stalked her. She stated that she got a Court Order to protect her from him, although she never filed charges against him for assault. She acknowledged, however, that he had raped her. She eventually left the relationship by moving to Virginia to live with her brother, Michael.

Ms. McGuire stated that she became involved with Ronald Smith, Malik's father, in approximately 1992. They met on a bus when she was going to work. "We had a good conversation and connected but he was in and out of jail. When I worked, I paid his phone bills, his commissary and I even bought him a PlayStation when he was in jail. After my stroke, Ron was getting out of jail and we planned to get together. While I was in the nursing home, he took care of Malik but then he got locked up again. When he got out, we got back together but he ran around. He was irresponsible and into drugs. I'm still attached to him but now he is doing five years for breaking and entering."

Ms. McGuire stated that in the late 1990's, she was gang raped after leaving a club in the District of Columbia. She reported the incident to the police and went to Prince George's Hospital Center for a rape examination. She stated that she had nightmares of the experience and briefly went to counseling. However, she eventually decided to not pursue criminal prosecution. "I couldn't bring myself to do it. I was too scared."

For the past three years, Ms. McGuire has been involved with Kenneth Trapp, a forty-five year old construction worker. Ms. McGuire stated, "He is there when I need him but he gets verbally and emotionally abusive if I don't want to have sex. I'm not romantic. I don't have any sexual desire but he doesn't understand it."

Ms. McGuire noted that she has had considerable difficulty with her son, Malik. She reported that he regularly gets beaten up at school and that since he started public school, he has threatened suicide. Despite these difficulties, Ms. McGuire stated that Malik is not currently involved in mental health treatment.

Page 8
December 1, 2005

To:   James N. Papirmeister, Esquire
Re:   Tracey McGuire

## HISTORY OF CURRENT OFFENSE:

Ms. McGuire's statement to me concerning the offense is entirely consistent with the Information, the Statement of Offense and her written statement to the Probation Department. She noted that she began working for Doctor Mazzuca in December, 1993 as a receptionist and dental assistant. She stated that she cleaned up, assisted in procedures, did the billing, made appointments and ordered supplies. She noted that she enjoyed her job and felt that Doctor Mazzuca was pleased with her work. Over time, they became increasingly friendly. She eventually learned that Doctor Mazzuca was gay but was married and was Catholic. She noted that he received gay materials at his office and that he often traveled to New York. She stated that Doctor Mazzuca told her that he was involved in bankruptcy and described hiding his assets from the Bankruptcy Court. She noted that Doctor Mazzuca had her hold checks so that he would only show income of $25,000.00 per month. She stated that at one point Doctor Mazzuca came up with the idea of showing less income by refunding credit card charges to a separate account. Eventually, Doctor Mazzuca decided against that idea. However, Ms. McGuire later decided to utilize this method in order to obtain funds from Doctor Mazzuca. According to the Information and the Statement of Offense, Ms. McGuire took over $221,000.00 from Doctor Mazzuca's account between June, 1998 and May, 2003.

When asked about her involvement in the current offense, Ms. McGuire stated, "My son wanted to go to college. He was on a traveling basketball team for the AAU and I needed money to help him. I did it for my kids. I gave money to my kids' father. I took my son and his team to the All Star Game. I lent people money. I didn't spend the money on myself. I used most of the money to pay for my son's boarding school and his first year at college, until he got a scholarship. There was nothing extravagant. I felt like I owed my kids. I paid for my daughter's Catholic school. I paid for my medications and hospital visits. I felt better about myself helping others. At times, I wanted to stop but I got angry at the doctor. I didn't have health insurance, he didn't give me a raise, I busted my ass for him but I was only making $20,000.00 a year. I know I was wrong but I got angry and depressed. I heard voices at times supporting my activities, as well as telling me to kill myself and to take an overdose. Depending on what I needed or if I was angry, I would take money. He would overcharge patients and, if he took from them, I'd take from him. After the bankruptcy, he lived the life. He hid his assets. He had me do false billings, keep refunds, charge people for more bad work and spend money on cheap labs. He'd wait until people got worse so he could bill more. When he found out about it, I admitted my guilt right away. I even wrote a letter of apology."

Page 9
December 1, 2005

To:   James N. Papirmeister, Esquire
Re:   Tracey McGuire

## REVIEW OF MEDICAL RECORDS:

INOVA-Alexandria Hospital - March 21 through March 30, 1989:

Ms. McGuire was twenty-five years old and was admitted after she had taken an overdose of Tylenol #3 in an attempt to kill herself. She was noted to suffer from depression with a decreased appetite, a weight loss of seven pounds in the past month and anhedonia (a lack of pleasure in previously enjoyed activities). She was noted to have previously made three suicide attempts and reported recurrent depressive episodes her entire life. She was diagnosed with a Major Depressive Episode with Psychotic Features and discharged to a shelter.

INOVA-Alexandria Hospital - April 28 through May 2, 1989:

Ms. McGuire was re-admitted to the hospital after she became increasingly depressed with suicidal ideation and voices telling her to kill herself. She had been living at Care Center, that was part of the Alexandria Community Mental Health Center, for two weeks prior to admission. She was diagnosed with Atypical Psychosis and Borderline Personality Disorder and was treated with the antipsychotic medication, Mellaril, 300 mg. at bedtime. Although there was a notation in her records for an allegedly "presumptively positive" urine screen for the presence of PCP, Ms. McGuire vehemently denied any use of PCP and, upon retesting, the result was found negative the very next day. It should also be noted that there is absolutely no other history or reference in her medical records for the last sixteen years of any use of illegal drugs.

George Washington University Medical Center - November 18, 1991:

The defendant had been seen at D.C. General Hospital for a rape exam. She was given intramuscular Thorazine and began experiencing tongue rolling and neck extension. She was diagnosed with a dystonic reaction secondary to Thorazine.

D.C. General Hospital - August 15 through August 26, 1997:

Ms. McGuire was hospitalized for taking an overdose of Dilantin, resulting in Dilantin toxicity.

Southern Maryland Hospital - October, 2003 to August, 2004:

Ms. McGuire was seen at Southern Maryland Hospital on seven occasions between October, 2003 and August, 2004. Most of those admissions were precipitated by seizure activity. During her admission from October 22 through October 30, 2003, Ms. McGuire was noted to have an acute seizure exacerbation, most likely as a result of non-compliance with medication. A history of a cerebrovascular accident affecting her right lower extremity was noted. She was also diagnosed

Page 10
December 1, 2005

To:    James N. Papirmeister, Esquire
Re:    Tracey McGuire

with depression and was noted to be tearful and overwhelmed by her medical condition. She had experienced visual hallucinations due to carbamazepine. She was subsequently transferred for rehabilitation of her physical difficulties.

Genesis Eldercare - October 31 through November 24, 2003:

Ms. McGuire was admitted for acute seizures. She was treated with Depakote, 250 mg., twice a day, phenobarbital, 30 mg., twice a day, Celexa, 20 mg. per day (antidepressant) and Ambien, 5 mg. at bedtime as needed (insomnia).

Shady Grove Adventist Hospital - August 31, 2004:

Ms. McGuire was admitted for intractable seizures that had been increasing in frequency over the past two months. She was subsequently transferred for further treatment to the George Washington University Medical Center.

Fort Washington Hospital - April 10 through April 13, 2005:

Ms. McGuire was admitted with complaints of numbness, abdominal pain, anxiety and depression. A psychiatric consultation revealed complaints of severe depression with homicidal and suicidal ideation. The record indicated that her ten year old son attempted suicide two years ago and that she had attempted suicide by overdose three years ago. She was diagnosed with Major Depressive Disorder, Rule Out Suicidal or Homicidal Ideation and Somatization Disorder. In addition, Rule Out Borderline Personality Disorder was noted. A history of Seizure Disorder with right hemiparesis secondary to transient ischemic attacks was made. A neurological evaluation revealed a left hemispheric infarct with right hemiparesis. On April 12, 2005, Ms. McGuire was noted to have an abnormal E.E.G. with slow activity in both temporal and parietal lobes.

Bowie Health Center - April 15, 2005:

Ms. McGuire reported having had two seizures. She was found to have a sub-therapeutic level of phenobarbital, although her valproic acid level was within the therapeutic range.

Prince George's Hospital Center - June 14 through June 23, 2005:

Ms. McGuire had been residing in a nursing home when she fell fourteen steps. She was diagnosed with a close head injury, a concussion and a lumbar strain, as well as having had a history of a Seizure Disorder. During her hospitalization, she became increasingly depressed and attempted suicide by swallowing fifteen or sixteen coins. A psychiatric consultation noted a history of Major Depressive Episodes. A diagnosis of Delirium Secondary to Medical Condition and Possible Psychosis Not Otherwise Specified was made. She was treated at that time with Haldol, 5 mg., twice

Page 11
December 1, 2005

To:    James N. Papirmeister, Esquire
Re:    Tracey McGuire

a day (antipsychotic agent), Cogentin, 0.5 mg., twice a day (side effects of Haldol) and Ativan, 1 mg., three times a day (minor tranquilizer).

Prince George's Hospital Center - June 30 through July 7, 2005:

Ms. McGuire was re-admitted to the hospital after she called the suicide hotline complaining of depression with thoughts of killing herself and her children. She was given a diagnosis of Schizoaffective Disorder and Seizure Disorder. During the course of her hospitalization, she was stabilized with Seroquel, 25 mg., three times a day (antipsychotic agent), Paxil, 10 mg., twice a day (antidepressant), Depakote, 500 mg., three times a day (seizures and mood stabilization), Keppra, 500 mg., three times a day (seizures), Plavix, 75 mg. per day (stroke prevention) and hydrochlorothiazide, 25 mg. per day (hypertension).

Care Connection - September 13, 2005:

Ms. McGuire was formally accepted into their therapeutic treatment program.

**MENTAL STATUS EXAMINATION:**

Tracey McGuire was a forty-two year old, African-American woman, who arrived early for her appointment. She was casually dressed, pleasant, cooperative and walked with the assistance of a cane. She had straight reddish hair, pierced ears and looked her stated height of five feet, ten inches and weight of 250 pounds. She denied having any tattoos or other body piercings.

During the evaluation, Ms. McGuire did not demonstrate any abnormal behaviors, tics or mannerisms. Her speech was coherent, relevant and goal-directed, showing an adequate comprehension of questions. Affective responses revealed considerable lability. At times during the evaluation, Ms. McGuire appeared to be quite depressed and tearful, while at other times she became somewhat agitated. She reported difficulty sleeping at night, as well as either a decreased appetite or overeating. She reported an easy fatiguability and an absence of libido. She noted that mostly she feels depressed and that she is often tearful, feeling hopeless, misunderstood and often taken advantage of. She reported that at times she experiences suicidal ideation, although she denied currently having any specific plan to end her life. She acknowledged that when she has felt suicidal, she has considered also killing her children "because nobody will take care of them". She denied having a plan to either harm herself or her children. She stated, "I want to be cared for and loved. I can't get help."

Page 12
December 1, 2005

To:   James N. Papirmeister, Esquire
Re:   Tracey McGuire

Thought processes revealed no current evidence of looseness of associations, tangentiality or circumstantiality. Thought content revealed reports of periodic auditory hallucinations associated with a more depressed state. At those times, the voices will say negative things about her and suggest suicide. Ms. McGuire did not demonstrate any delusional thinking.

Ms. McGuire reported being right-handed. Intellectually, she impressed this examiner as functioning within the average range. A test of her short-term memory revealed that she could only recall one of three cities and one of three numbers after fifteen minutes. Her immediate recall revealed that she could repeat six digits froward but only three digits backward. She did not have difficulty repeating words and phrases and did not demonstrate naming or word-finding deficits. She was alert and oriented to time, person, place and situation. She showed some distortion in her ability to draw a clock showing the time to be 8:20. She also demonstrated impairment in her visual memory for designs. She had difficulty performing serial seven calculations. Although she was able to figure out the next in a series of numbers, she was not able to do so for a series of letters.

Ms. McGuire showed some impairment in her fund of information. She was able to interpret proverbs abstractly, although she did have some difficulty identifying similarities between words. She had difficulty performing oral mathematical calculations at a sixth grade level and demonstrated difficulty with left-right discrimination. She was only able to recall eight of the fifteen items on the Rey Fifteen Item Test, raising a question as to her level of attention or her motivation to try her best on tests of cognition.

Overall, the mental status examination revealed evidence of depression, mood lability, cognitive impairment and a history of auditory hallucinations associated with her depression.

## PSYCHOLOGICAL TESTING:

Trauma Symptom Inventory (TSI):

Ms. McGuire had an invalid profile as a result of endorsing psychotic symptoms. The TSI is often invalid in the presence of a psychotic disorder.

Minnesota Multiphasic Personality Inventory-2 (MMPI-2):

Ms. McGuire had an invalid profile. Her pattern of raw scores reflects the reporting of a wide variety of fears, self-doubts and identity confusion making further evaluation of her profile impossible.

Page 13
December 1, 2005

To:    James N. Papirmeister, Esquire
Re:    Tracey McGuire

## Validity Indicator Profile (VIP):

The VIP is a general assessment of response style designed to identify valid and invalid responding. The VIP can be used as a validity indicator for concurrently administered tests of intellectual and cognitive ability. When the VIP indicates that the test-taker's approach to the assessment was valid, the clinician can generally have confidence that the individual intended to perform well on the test and made a concerted effort to do so. Ms. McGuire had valid non-verbal and verbal subtests. The results indicate that she was compliant with both tests and did not demonstrate any evidence of malingering.

## Millon Clinical Multiaxial Inventory-III (MCMI-III):

Ms. McGuire's response style may indicate a tendency to magnify the level of an experienced illness or a characterological inclination to complain or be self-pitying. On the other hand, her response style may convey feelings of extreme vulnerability that are associated with a current episode of acute turmoil. Whatever the impetus for her response style, her scale scores may be somewhat exaggerated, although the profile is deemed to be valid.

The profile suggested that Ms. McGuire is currently experiencing symptoms of paranoia, as well as problematic character and personality pathologies. An agitated major depression is suggested by her daily moodiness and vacillation. She is likely to display a rapidly shifting mix of disparaging comments about herself, anxiously express suicidal thoughts and outbursts of bitter resentment interwoven with a demanding irritability toward others. Psychotic symptoms were suggested, as well as clinical signs of an anxiety disorder. The profile suggested that she had been exposed to an event or events in which a severe threat to her life may have occurred or that she has experienced a traumatic event that precipitated intense fear or horror. Currently, the residuals of this event appear to be persistently re-experienced with recurrent and distressing recollections, as well as a tendency to avoid cues and recollections of such events. A longstanding moderate level of pathology characterizes her personality organization. She demonstrated less than satisfactory coping strategies and a precarious psychic coherence. Her profile suggested a checkered history of disappointments in her personal and family relationships. She exhibits edgy irritability, impatience and feelings of being cheated, misunderstood and unappreciated. Her need for dependency conflicts with her need for autonomy. She gives evidence of alternating behavior from passive-aggressive disrespect, affective sadness and impulsive abusiveness. For the most part, she anticipates being disillusioned in relationships with others and for this reason she often behaves obstructively and thereby creates the expected disappointment.

Suggested diagnoses include Schizophrenia, Generalized Anxiety Disorder and Posttraumatic Stress Disorder, along with Paranoid, Schizotypal and Borderline Personality Disorders.

Page 14
December 1, 2005

To:     James N. Papirmeister, Esquire
Re:     Tracey McGuire


## ASSESSMENT:

Tracey McGuire is a forty-two year old woman, who has pled guilty to one count of Wire Fraud involving her taking funds from her employer between June, 1998 and May, 2003. Ms. McGuire was the middle of her parents' three children. She comes from a genetic background in which there is an extensive history of depression and psychiatric illness, alcoholism, substance abuse and antisocial conduct. She grew up in a family in which her father was generally absent, while her mother was verbally and physically abusive and often abandoned her to the care of other relatives. At the age of fourteen, when she was living with relatives in the Virgin Islands, she was sexually molested by the husband of her maternal great aunt.

Ms. McGuire reported experiencing episodes of depression since her early childhood years, coupled with auditory hallucinations when her depression became severe. She sustained a closed head injury at the age of thirteen, which led to her developing seizures. She has had recurring distressing recollections and other related traumatic experiences as a result of the physical and emotional abuse by her mother and the sexual abuse that she sustained at the age of fourteen and later, as an adult.

Ms. McGuire has had a history of unstable and emotionally, physically and sexually abusive relationships. She also reported being the victim of a gang rape in the late 1990's. Despite her lengthy history of emotional and neurological difficulties, she has usually been able to maintain gainful employment, although, as a result of her multiple medical problems and lack of insurance, she became increasingly in debt. Her multiple medical problems increased in severity with the onset of hypertension, transient ischemic attacks and a stroke in 2003, leaving her with significant physical limitations. Throughout her adulthood, Ms. McGuire has suffered from recurrent bouts of clinical depression, at times associated with suicidal and homicidal ideation, as well as auditory hallucinations.

As a result of my forensic psychiatric evaluation, it is my opinion, to a reasonable degree of medical certainty, that, at the present time and at the times of the current offenses, Tracey McGuire is and was suffering from the following mental disorders:

1.      Major Depressive Disorder, Recurrent, Varying from Mild to Severe with Psychotic Features (DSM-IV-TR: 296.31 to 296.34);
2.      Posttraumatic Stress Disorder, Chronic (DSM-IV-TR: 309.81);
3.      Cognitive Disorder Not Otherwise Specified Due to Head Trauma and Cerebrovascular Accident (DSM-IV-TR: 294.9); and,
4.      Personality Disorder Not Otherwise Specified with Borderline Features (DSM-IV-TR: 301.9).

Page 15
December 1, 2005

To:    James N. Papirmeister, Esquire
Re:    Tracey McGuire

In addition to the above-noted mental disorders, Ms. McGuire also suffers from a number of serious medical conditions, including:

1.    Seizure Disorder;
2.    History of Cerebrovascular Accident;
3.    History of Closed Head Injury;
4.    Hypertension;
5.    Asthma;
6.    Arthritis; and,
7.    History of Small Bowel Obstruction.

Ms. McGuire acknowledged that her involvement in the current offense was both wrong and illegal. I found no evidence to suggest that her criminal conduct was directly caused by any psychotic symptoms, such as voices suggesting or commanding her to engage illegal activities. However, her involvement in the theft of funds from Doctor Mazzuca appears to be directly influenced by her clinically significant depression, anger and resentment as a result of escalating financial debt, the financial needs of her children and her growing resentment of Doctor Mazzuca, who psychologically resembled her emotionally abusive and abandoning parents. My examination did not reveal any evidence to suggest that Ms. McGuire, despite her involvement in the current offense, suffers from an Antisocial Personality Disorder or even prominent psychopathic features. She does, however, suffer from a variety of clinically significant psychiatric and neurological disorders that compromise her thinking, judgment and impulse control. As a result of my forensic psychiatric evaluation and review of the psychological test results, it is also my opinion, to a reasonable degree of medical certainty, that Ms. McGuire is not malingering or deliberately exaggerating her emotional difficulties for the purpose of avoiding a more severe sentence in this case.

Ms. McGuire continues to be in need of ongoing psychiatric and neurological treatment. In addition to her psychiatric disorders, she has a number of physical conditions that are potentially life-threatening. Continued participation in a partial hospitalization program, group and individual therapy and medication management with mood-stabilizing, antidepressant and antipsychotic medications, in addition to medication for her neurological and physical disorders, will be essential in helping to maintain her physical and emotional stability.

Respectfully submitted,

*Neil Blumberg, MD*

Neil Blumberg, M.D., F.A.P.A.

NB:esp

# CURRICULUM VITAE

June, 2005

**NAME:**            Neil Howard Blumberg, M. D.

**OFFICE:**          30 East Padonia Road - Suite 206
                     Timonium, Maryland 21093
                     Telephone: (410) 561-1156
                     Fax: (410) 683-0332
                     e-mail: neilblumbergmd@aol.com

**LICENSURE:**       State of Maryland (D22343) - 1978
                     Commonwealth of Pennsylvania (MD-069574-L) - 1999
                     Commonwealth of Virginia (0101222870) - 1999
                     State of Georgia (48599) - 2000
                     State of Florida (ME81518) - 2000

**CERTIFICATION:**   Diplomate, The National Board of Medical Examiners
                       (180948) - 1978

                     Diplomate, The American Board of Psychiatry and
                       Neurology (24698) - 1983

                     Diplomate, The American Board of Forensic Psychiatry
                       (184) - 1986

**TEACHING APPOINTMENT:**   University of Maryland School of Medicine, Institute of Psychiatry
                            and Human Behavior - Baltimore, Maryland

                            Clinical Assistant Professor in Psychiatry -

                            Forensic Psychiatry Faculty

                                    Duties include Clinical Supervision of Fellows,
                                    Residents and Medical Students and Lecturing to
                                    Fellows, Residents and Medical Students

## PROFESSIONAL WORK EXPERIENCE:

January, 2000 – January, 2003 Forensic Psychiatric Consultant to Circuit and District Courts of Baltimore
                            County, Office of Forensic Services, Department of Health and Mental
                            Hygiene, State of Maryland
                            Duties Include:
                            - Pretrial Screening Services for Competency and Criminal Responsibility to
                              the Circuit and District Courts of Baltimore County
                            - Presentence Services to the District Court of Baltimore County

July, 1996 - July, 1997     Psychiatric Consultant - Medical Office of Circuit Court for Baltimore City

<u>CURRICULUM VITAE</u> (Continued)

Neil Blumberg, M. D.

**PROFESSIONAL WORK EXPERIENCE (Continued):**

January, 1996 - July, 1999     Director of Forensic Evaluation - Spring Grove Hospital Center - Catonsville, Maryland

Duties Included:
- Supervision of All Inpatient/Outpatient Evaluations of Competency to Stand Trial and Criminal Responsibility
- Consult on All Proposed NCR Conditional Releases
- Consult on Civilly Committed Patients
- In-Service Training on Forensic Issues
- Clinical Case Consultations

July, 1981 - Present     Private Practice of General and Forensic Psychiatry, Including:

<u>General Psychiatry</u>
- Adult Outpatient Individual Psychotherapy
- Psychotropic Medicine Management
- Outpatient Consultation

<u>Forensic Psychiatry - Criminal Issues</u>
- Competency to Stand Trial
- Criminal Responsibility/Insanity
- Intoxication
- Mens Rea
- Diminished Capacity
- Pre-Sentence Evaluations
- Capital Sentencing
- Waiver of Miranda
- Voluntariness of Confessions
- Competency to be a Witness
- Dangerousness
- Battered Spouse/Woman Syndrome
- Juvenile Transfer of Jurisdiction

<u>Forensic Psychiatry - Civil Issues</u>
- Personal Injury
- Workers' Compensation
- Malpractice
- Competency/Guardianship
- Sexual Harassment
- Age, Race and Sex Discrimination
- Parental Fitness
- Disability
- Fitness for Duty
- Civil Commitment
- Psychiatric Autopsy

September, 1983 - June, 1984     Director of Forensic Evaluation - Clifton T. Perkins Hospital Center - Jessup, Maryland

July, 1981 - September, 1983     Staff Psychiatrist - Clifton T. Perkins Hospital Center - Jessup, Maryland

Page Three

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

Retained as an Expert in General and Forensic Psychiatry by the following offices:

Criminal Defense Agencies:

    Maryland Office of the Public Defender

    Public Defender Service for the District of Columbia

    Public Defender Service for Alexandria, Virginia

    Office of the Federal Public Defender, Baltimore, Maryland; Washington, District of Columbia; Wilmington, Delaware; District of New Jersey and Eastern District of Virginia

    NAACP Legal Defense Fund

    Office of the Public Defender, Camden and Essex Counties, New Jersey;

    Office of the Public Defender, Cumberland, Dauphin, Huntingdon, Lancaster, Snyder, Tioga, Union and York Counties, Pennsylvania

    Office of the Public Defender, DeKalb County, Georgia

    Office of the Public Defender, Fairfax County, Virginia

    Defender Association of Philadelphia, Federal Court Division, Capital Habeas Corpus Unit

    Center for Legal Education, Advocacy and Defense Assistance (L.E.A.D.A.)

    Center for Death Penalty Litigation, Inc., Durham, North Carolina

    New Hampshire Office of the Public Defender

    State of Florida, Office of the Public Defender, 15th Judicial Circuit, Palm Beach County

    Connecticut Office of the Public Defender

Criminal Prosecution Agencies:

    Office of the States Attorney for Baltimore County, Carroll, Montgomery, Prince George's and Worcester Counties, Maryland

    Office of the United States Attorney for the District of Columbia (U.S. District Court and Superior Court of the District of Columbia)

    Office of the United States Attorney for the District of Maryland

    Office of the Attorney General for the State of New Jersey

    Office of the Prosecutor for Burlington and Camden Counties, New Jersey

    Office of the Prosecutor for Baltimore City, Maryland

    Office of the District Attorney for Cumberland, Dauphin, Huntingdon, Lancaster and Mifflin Counties, Pennsylvania

<u>CURRICULUM VITAE</u> (Continued)

Neil Blumberg, M. D.

<u>Civil Agencies:</u>

      Office of Law, Prince George's County, Maryland

      Office of Law, Anne Arundel County, Maryland

      Office of County Attorney for Baltimore County and Carroll County, Maryland

      Department of Social Services, Carroll and Harford Counties, Maryland

      Office of Personnel, Howard County, Maryland

      Baltimore County Public Schools

      Subsequent Injury Fund

      Office of Bar Counsel, Washington, D.C.

      Attorney Grievance Commission of Maryland

      Department of Law, City of Baltimore

      Maryland Commission on Judicial Disabilities

      United States Department of Justice, Office of the United States Attorney, District of Columbia

      Board of Physician Quality Assurance, Maryland

      Offices of the Attorney General for Maryland

<u>Courts' Witness:</u>

      United States District Courts for District of Maryland, Northern District, Baltimore, Maryland and
        Southern District, Greenbelt, Maryland

      United States District Court for Eastern District of Virginia

      Superior Court of the District of Columbia

      Circuit Courts for Baltimore County, Carroll, Harford and Prince George's Counties, Maryland

      District Courts for Baltimore County and Howard County, Maryland

      Courts of Common Pleas for Cumberland and York Counties, Pennsylvania

<u>CURRICULUM VITAE</u> (Continued)

Neil Blumberg, M. D.

<u>Qualified as an Expert in General and Forensic Psychiatry in</u>:

All Circuit Courts of Maryland
Superior Court of the District of Columbia
Superior Court of Dekalb County, Georgia
United States District Court for Wilmington, Delaware
United States District Court for District of Columbia
United States District Court for Northern District Illinois, Eastern Division
United States District Courts for Baltimore and Greenbelt, Maryland
United States District Court for Western District, North Carolina
United States District Courts for Middle District and Eastern District of Pennsylvania
United States District Court for Eastern District of Virginia
Pennsylvania Court of Common Pleas for Berks County
Pennsylvania Court of Common Pleas for Franklin County
Pennsylvania Court of Common Pleas for Fulton County
Pennsylvania Court of Common Pleas for Lancaster County
Pennsylvania Court of Common Pleas for Lehigh County
Pennsylvania Court of Common Pleas for Mifflin County
Pennsylvania Court of Common Pleas for Philadelphia County
Pennsylvania Court of Common Pleas for Snyder County
Pennsylvania Court of Common Pleas for Tioga County
Pennsylvania Court of Common Pleas for Union County
Pennsylvania Court of Common Pleas for Westmoreland County
Pennsylvania Court of Common Pleas for York County
Circuit Court of Burlington County, New Jersey
Circuit Court for Camden County, New Jersey
Circuit Court of Alexandria, Virginia
Circuit Court of Arlington County, Virginia
Circuit Court of Fairfax County, Virginia
Circuit Court of Chesapeake, Virginia
Circuit Court of Kanawha County, West Virginia
Naval and Marine Corps Trial Judiciary – Mid-Atlantic Circuit

Page Six

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**ACADEMIC HISTORY:**

| | |
|---|---|
| 1965 - June, 1969 | Columbia High School - Maplewood, New Jersey <br> Graduated |
| September, 1969 - May, 1973 | Emory University - Atlanta, Georgia <br> Bachelor of Arts <br>     Highest Honors in Psychology <br>     Member, Phi Beta Kappa |
| September, 1973 - May, 1977 | George Washington University Medical School - Washington, D.C. <br> Doctor of Medicine |
| 1975 | Summer Research Fellowship from George Washington University Medical School to work at the National Institutes of Mental Health under Doctors Frederick Goodwin and Philip Gold |
| July, 1977 - July, 1980 | Sheppard and Enoch Pratt Hospital - Towson, Maryland <br> Psychiatry Residency |
| July, 1980 - July, 1981 | University of Maryland Hospital, University of Maryland School of Medicine, Institute of Psychiatry and Human Behavior - Baltimore, Maryland <br> Fellow in Forensic Psychiatry |
| July, 1981 - July, 1991 | University of Maryland School of Medicine, Institute of Psychiatry and Human Behavior - Baltimore, Maryland <br> Clinical Instructor in Psychiatry |
| July 1991 - Present | University of Maryland School of Medicine, Institute of Psychiatry and Human Behavior - Baltimore, Maryland <br> Clinical Assistant Professor in Psychiatry |

**ACADEMIC, COMMUNITY, PROFESSIONAL ACTIVITIES:**

Member, Admissions Committee - October, 1992 - July, 1999
    University of Maryland School of Medicine

FORENSIC REPORTS
    Member, Editorial Board, 1987-1992

HOSPITAL AND COMMUNITY PSYCHIATRY
    Reviewer, 1993-2000

Physician Volunteer, Disaster Mental Health Volunteer Corps, Maryland Department of Health and Mental Hygiene, January 21, 2005-Present

<u>CURRICULUM VITAE</u> (Continued)
Neil Blumberg, M. D.

**PROFESSIONAL MEMBERSHIPS:**

Baltimore County Medical Association - 1979-1998

Medical and Chirurgical Faculty of the State of Maryland - 1979-1998

American Psychiatric Association - 1978-Present

     Fellow, January, 2003
     Member, Peer Review Committee - 1983-1987

Maryland Psychiatric Society - 1978-Present
     Member, Legislation Committee - 1981-1982
     Member, Disaster Psychiatry Committee – 2003-Present

The American Academy of Psychiatry and The Law - 1980-Present
     Member, Criminal Behavior Committee - 1987-1989
     Member, Public Information Committee - 1987-1989


**PUBLICATIONS:**

Blumberg, N. and Nowicki, S.,
     The Role of Locus of Control of Reinforcement in Interpersonal Attraction, <u>Journal of Research in Personality,</u> 9:48-56, 1975.

Blumberg, N.,
     Arson Update: A Review of the Literature on Firesetting, <u>Bulletin of The American Academy of Psychiatry and The Law,</u> 9(4):255-265, 1981.

Blumberg, N.,
     Book Review, "Issues in Forensic Psychiatry: Insanity Defense, Hospitalization of Adults, Model Civil Commitment Law, Sentencing Process, Child Custody Consultation". The American Psychiatry Association, Washington, D.C., APA Press, 1984. 257 pp. <u>Bulletin of The American Academy of Psychiatry and The Law,</u> 16(4):381, 1988.

Blumberg, N.,
     Book Chapter, "The Role of the Psychiatrist Expert: How To Work With Lawyers". Chapter in Simon, R. (ed.): <u>Review of Clinical Psychiatry and the Law,</u> Vol. 2, American Psychiatric Press, Inc., Washington, D.C., 1991.

Blumberg, N.,
     Letter to the Editor, "The Battered Woman Syndrome", <u>The American Journal of Psychiatry.</u> 149(5):714-715, 1992.

Blumberg, N.,
     Book Review, "Essential Papers on Posttraumatic Stress Disorder". <u>The Journal of the American Academy of Psychiatry and Law,</u> 28(3):376, 2000.

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:**

Grand Rounds, Institute of Psychiatry and Human Behavior, University of Maryland School of Medicine, "Workmen's Compensation", April 24, 1981.

Lecture, Towson State Mental Health Center, "The Clinical Prediction of Violence", December 9, 1981.

Lecture, Clifton T. Perkins Hospital Center, "Arson Update", February 22, 1982.

Lecture, Towson State Counseling Center, "The Clinical Prediction of Violence", May 13, 1982.

Lecture, Franklin Square Hospital, "The Clinical Prediction of Violence", May 27, 1982.

Lecture, Clifton T. Perkins Hospital Center, "The Neurological Basis of Antisocial Behavior", November 1, 1983.

Discussant, Maryland Office of the Public Defender, "Psychiatric Evaluation in Death Penalty Cases", May 19, 1983.

Lecture, Mid-Winter Meeting of the Maryland State Bar Association, Acapulco, Mexico, "Psychiatric Trauma Cases in the Courtroom", February 4, 1984.

Lecture, Springfield Hospital Center, "The Psychiatric Evaluation of Not Guilty by Reason of Insanity Patients for Dorsey Hearings", February 23, 1984.

Symposium, University of Maryland School of Medicine, "Personal Injury Litigation: A Mock Trial". Expert Psychiatric Witness for the Plaintiff, May 18, 1984.

Lecture, Office of the United States Attorney for the District of Columbia, "Competency to Stand Trial", July 11, 1984.

Lecture, Office of the United States Attorney for the District of Columbia, "Evaluation of Criminal Responsibility", October 24, 1984.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 22, 1985.

Lecture, Conference "Culture Ethnicity and Mental Health Within the Jail Setting", Sponsored by the Black Mental Health Alliance, "Assessment of Mental Illness in the Jail Setting", May 23, 1985.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 21, 1986.

Workshop, Women's Bar Association, Montgomery County Chapter, "Expert Witnesses", February 12, 1987.

Lecture, The American University School of Justice, "The Psychodynamics of Criminal Behavior", March 25, 1987.

Lecture, Office of the Public Defender for Montgomery County, "Post-traumatic Stress Disorder in Victims of Rape", April 24, 1987.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 20, 1987.

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, Office of the States Attorney for Montgomery County, "Post-traumatic Stress Disorder in Victims of Rape", May 20, 1987.

Lecture, 1987 Litigation Seminar sponsored by Law Office of O'Malley, Miles and Harrell, "Post-traumatic Stress Disorder in Civil Litigation", June 5, 1987.

Discussant, Maryland Association of County Civil Attorneys, Summer Symposium, "The Use and Abuse of Expert Witnesses", August 21, 1987.

Lecture, Conference, Medical and Legal Issues in Psychiatry and Psychology, Spring Grove Hospital Center, "Psychiatric Evaluation of Criminal Defendants: Competency and Criminal Responsibility", November 6, 1987.

Lecture, Georgetown University Law Center, "Forensic Psychiatry", November 10, 1987.

Lecture, Maryland Association of Private Practicing Psychiatrists, "Providing Psychiatric Testimony", December 3, 1987.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 18, 1988.

Lecture, Brown-Bag Luncheon for the D.C. Bar Association, "Psychiatric Evaluation in Capital Cases", December 7, 1988.

Lecture, The American University, "Insanity Defense", March 29, 1989.

Lecture, University of Maryland Forensic Fellowship Program, "Malpractice", August 9, 1989.

Lecture, Department of Social Services, Harford County, Maryland, "Psychiatric Interview and Diagnosis of Personality Disorders", September 26, 1989.

Lecture, University of Maryland Forensic Fellowship Program, "Expert Testimony", October 11, 1989.

Lecture, Law Offices of Semmes, Bowen and Semmes, "Working with Psychiatrists", October 12, 1989.

Lecture, University of Maryland Forensic Fellowship Program, "Assessing Specific Intent", May 9, 1990.

Lecture, University of Maryland Baltimore County (UMBC), "Psychiatric Malpractice", May 14, 1990.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 23, 1990.

Lecture, University of Maryland Forensic Fellowship Program, "Providing Psychiatric Testimony", October 10, 1990.

Lecture, Grand Rounds, Spring Grove Hospital Center, "The Psychiatric Assessment of Competency and Criminal Responsibility", October 18, 1990.

Mock Trial - "Not Guilty by Reason of Insanity", Eighth Annual Conference of Organization of Forensic Social Work, May 1, 1991.

<u>CURRICULUM VITAE</u> (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 22, 1991.

Panel Discussant, "Psychiatric Evidence in Criminal Cases: The New (and not-new) Syndromes", 16th Annual Judicial Conference of the District of Columbia, June 14, 1991.

Lecture, "Safety in Forensic Psychiatry", Task Force on Clinician Safety, American Psychiatric Association, Fall Component Meetings, Washington, D.C., September 11, 1991.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, September 20, 1991.

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, October 25, 1991.

Lecture, "Providing Psychiatric Testimony and Mock Trial", University of Maryland Psychiatry Fellowship Program, October 23, 1992.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, November 13, 1992.

Lecture, "Arson Update", Clifton T. Perkins Hospital Center, March 2, 1993.

Case Presentation, "Anabolic Steroids and the Insanity Defense", Medical Office for the Circuit Court for Baltimore City, March 18, 1993.

Lecture, "Mental Status Examinations and Police Reports", Metropolitan Police Department, Criminal Investigation Division Seminar, Washington, May 4, 1993.

Lecture, "Psychiatric Malpractice", University of Maryland, Baltimore County, Catonsville, Maryland, May 11, 1993.

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, September 10, 1993.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, November 5, 1993.

Lecture, "Assessment of the Suicidal Patient", University of Maryland Emergency Medicine Grand Rounds, April 20, 1994.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 18, 1994.

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, September 23, 1994.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 2, 1994.

Guest Participant, "Direct and Cross -- Fact and Expert Witness", The William B. Bryant American Inn of Courts, Washington, D.C., January 10, 1995.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 17, 1995.

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, September 22, 1995.

Lecture, "Risk Assessment in Violent Patients", Baltimore County Bureau of Mental Health, National Center for Human Development, Sheppard and Enoch Pratt Hospital, November 29, 1995.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 1, 1995.

Lecture, "Risk Assessment in Violent Patients", Baltimore County Bureau of Mental Health, National Center for Human Development, Sheppard and Enoch Pratt Hospital, March 7, 1996.

Grand Rounds, "Surviving Civil Commitment and Dorsey Hearings", Spring Grove Hospital Center, April 18, 1996.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 22, 1996.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, September 13, 1996.

Lecture, "The Non-Insanity Defense", Maryland Criminal Defense Attorney Association, Baltimore, Maryland, October 2, 1996.

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, November 1, 1996.

Lecture, "The Assessment of Competency to Stand Trial and Criminal Responsibility", In-Service Training, Spring Grove Hospital Center, January 22, 1997.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, September 19, 1997.

Lecture, "Forensic Psychiatry", Criminal Justice Clinic, Georgetown University School of Law, Washington, D.C., October 13, 1997.

Lecture, "Personal Injury Evaluations", University of Maryland Forensic Fellowship Program, October 16, 1997.

Lecture, "Forensic Psychiatry and Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, October 31, 1997.

Lecture, "Workers' Compensation Evaluations", University of Maryland Forensic Fellowship Program, November 24, 1997.

Lecture, "Psychiatric Disability Evaluations", University of Maryland Forensic Fellowship Program, December 22, 1997.

Lecture, "Private Practice of Forensic Psychiatry and Specific Intent in Criminal Cases", University of Maryland Forensic Fellowship Program, January 14, 1998.

Lecture, "Harassment, Discrimination and Other E.E.O.C. Complaints", University of Maryland Forensic Fellowship Program, March 5, 1998.

Page Twelve

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Consulting with a Forensic Psychiatrist", Office of Public Defender for Montgomery County, March 25, 1998.

Lecture, "Competency to Stand Trial", April Social Work Seminar, Spring Grove Hospital Center, April 2, 1998.

Lecture, "The Forensic Psychiatric Evaluation in Capital Sentencing Cases", University of Maryland Forensic Fellowship Program, April 23, 1998.

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., May 20, 1998.

Lecture, "The Forensic Psychiatric Evaluation in Civil Litigation", University of Maryland Forensic Fellowship Program, June 12, 1998.

Lecture, "The Assessment of Criminal Responsibility", June Social Work Seminar, Spring Grove Hospital Center, June 18, 1998.

Lecture, "Introduction to the Private Practice of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, July 27, 1998.

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Matters", University of Maryland Forensic Fellowship Program, August 10, 1998.

Lecture, "The Evaluation of Psychiatric Disability", University of Maryland Forensic Fellowship Program, September 22, 1998.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, October 9, 1998.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, October 16, 1998.

Lecture, "Incest, Multiple Murder, The Death Penalty and Competency to Stand Trial", Grand Rounds, Forensic Case Presentations, Spring Grove Hospital Center, October 22, 1998.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, November 5, 1998.

In-Service Training, "Outpatient Evaluation of Competency to Stand Trial and Criminal Responsibility, Spring Grove Hospital Center, November 9, 1998.

Lecture, "Sexual Harassment, Discrimination and Other E.E.O.C. Complaints", University of Maryland Forensic Fellowship Program, November 12, 1998.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, November 18, 1998.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 17, 1998.

Lecture, "Specific Intent", University of Maryland Forensic Fellowship Program, January 21, 1999.

Page Thirteen

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Competency to Waive Appeals in Death Penalty Litigation", University of Maryland Forensic Fellowship Program, March 2, 1999.

Lecture, "Discrimination and Other E.E.O.C. Issues", University of Maryland Forensic Fellowship Program, March 18, 1999.

Lecture, "Issues in Civil Forensic Practice", University of Maryland Forensic Fellowship Program, April 1, 1999.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, May 27, 1999.

Lecture, "Providing Psychiatric Testimony", University of Maryland Forensic Fellowship Program, June 4, 1999.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, June 11, 1999.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, August 4, 1999.

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Matters", University of Maryland Forensic Fellowship Program, September 13, 1999.

Expert Testimony, "Malingering Incompetence", University of Maryland Forensic Fellowship Program, October 18, 1999.

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, November 12, 1999.

Lecture, "Battered Woman Syndrome", University of Maryland Forensic Fellowship Program, November 15, 1999.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, December 2, 1999.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 3, 1999.

Lecture, "The Forensic Psychiatric Evaluation of Violence and Aggression", John Jay College of Criminal Justice, New York, New York, December 8, 1999.

Lecture, "Update on Forensic Psychiatry - Posttraumatic Mental Disorders", Maryland Self-Insurers' and Employers' Compensation Association, December 9, 1999.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, December 10, 1999.

Lecture, "Psychiatric Aspects of Workers' Compensation", University of Maryland Forensic Fellowship Program, December 13, 1999.

Lecture, "Evaluation of Psychiatric Disability", University of Maryland Forensic Fellowship Program, January 10, 2000.

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "The Forensic Psychiatric Evaluation in Capital Sentencing Cases", University of Maryland Forensic Fellowship Program, February 14, 2000.

Lecture, "The Private Practice of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, May 1, 2000.

Lecture, "True and False Confessions", University of Maryland Forensic Fellowship Program, June 8, 2000.

Lecture, "Overview of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, July 10, 2000.

Lecture, "Psychiatric Assessment in Workers' Compensation Cases", University of Maryland Forensic Fellowship Program, July 21, 2000.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, August 14, 2000.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, August 25, 2000.

Lecture, "Psychiatric Disability", University of Maryland Forensic Fellowship Program, September 11, 2000.

Lecture, "The Forensic Assessment of Complex Capital Defendants", Conference: New Assessment and Treatment for Criminal Defendants Diagnosed with Personality Disorders, Broward County Public Defender's Office and the Florida Public Defender Association, Fort Lauderdale, Florida, September 13, 2000.

Panel Discussion, "Misdiagnosis in Forensic Settings", Conference: New Assessment and Treatment for Criminal Defendants Diagnosed with Personality Disorders, Broward County Public Defender's Office and the Florida Public Defender Association, Fort Lauderdale, Florida, September 13, 2000.

Case Presentation and Discussion, Conference: New Assessment and Treatment for Criminal Defendants Diagnosed with Personality Disorders, Broward County Public Defender's Office and the Florida Public Defender Association, Fort Lauderdale, Florida, September 13, 2000.

Lecture, "The Forensic Psychiatric Assessment in Personal Injury Matters", University of Maryland Forensic Fellowship Program, September 25, 2000.

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, November 7, 2000.

Lecture, "Specific Intent and Other *Mens Rea* Defenses", University of Maryland Forensic Fellowship Program, December 4, 2000.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 8, 2000.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, December 20, 2000.

Page Fifteen

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Expert Witness, Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc., January 10, 2001.

Lecture, "Workers' Compensation Evaluation", University of Maryland Forensic Fellowship Program, February 12, 2001.

Lecture, "Private Practice of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, March 12, 2001.

Forensic Case Presentation, "Multiple Murder, Rape, Major Mental Illness, Neurological Impairment, Insanity and the Death Penalty", Spring Grove Hospital Center, March 29, 2001.

Lecture, "Violence Risk Assessment", University of Maryland Forensic Fellowship Program, April 2, 2001.

Lecture, "Harassment, Discrimination and Other E.E.O.C. Complaints", University of Maryland Forensic Fellowship Program, May 7, 2001.

Lecture, "True and False Confessions", University of Maryland Forensic Fellowship Program, June 8, 2001.

Lecture, "Forensic Psychiatry and Its Uses in Criminal Cases: An Update", Maryland Criminal Defense Attorneys Association, Baltimore, Maryland, June 12, 2001.

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Matters", University of Maryland Forensic Fellowship Program, August 6, 2001.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, September 10, 2001.

Lecture, "The Forensic Psychiatric Evaluation in Capital Sentencing Cases", University of Maryland Forensic Fellowship Program, October 1, 2001.

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, November 16, 2001.

Lecture, "Harassment, Discrimination and Other E.E.O.C. Complaints", University of Maryland Forensic Fellowship Program, November 19, 2001.

Lecture, "The Uses of Psychological Testing in the Forensic Psychiatric Evaluation", University of Maryland Forensic Fellowship Program, December 3, 2001.

Lecture, "The Forensic Psychiatric Evaluation of Posttraumatic Stress Disorder", M. Hayes and Associates, Timonium, Maryland, December 5, 2001.

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, December 14, 2001.

Lecture, "Expert Witness", Trial Advocacy Program, Maryland Institute for Continuing Professional Education for Lawyers, Inc., January 9, 2002.

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, January 17, 2002.

Page Sixteen

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "The Psychiatric Autopsy", University of Maryland Forensic Fellowship Program, February 18, 2002.

Lecture, "Psychiatry and the Expert Witness" Medical Malpractice Course for Professor Barry Steelman, University of Baltimore, School of Law, February 18, 2002.

Lecture, "The Private Practice of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, March 25, 2002.

Lecture, "Competency Issues in Capital Cases", Conference: Defending a Capital Case in Virginia XIV, Mental Issues in Capital Cases, Virginia Capital Case Clearing House and Washington and Lee University School of Law, Lexington, Virginia, April 5, 2002.

Lecture, "True and False Confessions", University of Maryland Forensic Fellowship Program, May 31, 2002

Lecture, "Psychiatric Evaluation in Personal Injury Matters", University of Maryland Forensic Fellowship Program, September 9, 2002

Lecture, "Workers' Compensation Evaluation", University of Maryland Forensic Fellowship Program, November 4, 2002

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, November 15, 2002

Lecture, "The NCR Plea From Start to Finish", Baltimore County Bar Association, Criminal Law Committee, Towson, Maryland, November 20, 2002

Lecture, "Forensic Psychiatry", University of Baltimore School of Law, Law and Psychiatry Course for the Honorable George Lipman, November 21, 2002

Lecture, "Expert Witness", Trial Advocacy Program, Maryland Institute for Continuing Professional Education for Lawyers, Inc., January 8, 2003

Lecture, "Psychiatry and the Expert Witness" Medical Malpractice Course for Professor Barry Steelman, University of Baltimore, School of Law, February 26, 2003

Lecture, "Private Practice of Forensic Psychiatry", University of Maryland Forensic Fellowship Program, March 14, 2003

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, April 11, 2003

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, May 7, 2003

Lecture, "Forensic Psychiatry", University of Baltimore School of Law, Law and Psychiatry Course for the Honorable George Lipman, July 7, 2003

Lecture, "Psychiatric Evaluation in Personal Injury Matters", University of Maryland Forensic Fellowship Program, July 28, 2003

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, October 31, 2003

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Expert Testimony", Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland, November 6, 2003

Lecture, "Mitigation: Investigation, Coordination, Organization and Presentation", Eleventh Annual Capital Defense Workshop, Virginia Bar Association, Richmond, Virginia, November 7, 2003

Lecture, "Forensic Psychiatry", University of Baltimore School of Law, Law and Psychiatry Course for the Honorable George Lipman, November 20, 2003

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, November 21, 2003

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Cases", Defense Litigation Seminar, 2004, Greenbelt, Maryland, April 1, 2004

Panel/Lecture, "Mental Health Issues and the Death Penalty", Symposium 2004: The Death Penalty in the United States: Exploring Modern Implications, University of Maryland School of Law, April 14, 2004

Lecture, "Forensic Psychiatry", University of Baltimore School of Law, Law and Psychiatry Course for The Honorable George Lipman, June 30, 2004

Lecture, "Introduction to Forensic Psychiatry", University of Maryland Forensic Fellowship Program, July 26, 2004

Lecture, "Psychiatric Aspects of Workers' Compensation", University of Maryland Forensic Fellowship Program, August 9, 2004

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Cases", University of Maryland Forensic Fellowship Program, August 30, 2004

Lecture, "Maryland's Insanity Defense: An Analysis of Maryland v. Francis Zito", The Eighth Annual Symposium on Mental Health Disability and the Law, Department of Health and Mental Hygiene, Mental Hygiene Administration and Office of Forensic Services, Reisterstown, Maryland, September 10, 2004

Lecture, "Psychiatric Aspects of Workers' Compensation", University of Maryland Forensic Fellowship Program, September 27, 2004

Lecture, "How to Work With Experts", Office of the Public Defender, Experts Training Case Study, Trenton, New Jersey, October 20, 2004

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, October 25, 2004

Lecture, "Psychiatric Malpractice", University of Maryland Forensic Fellowship Program, October 29, 2004

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, November 19, 2004

Lecture, "Civil Competency/Guardianship", University of Maryland Forensic Fellowship Program, November 22, 2004

<u>CURRICULUM VITAE</u> (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Psychiatric Evaluation in Capital Cases", University of Maryland Forensic Fellowship Program, November 22, 2004

Lecture, "Forensic Psychiatry", University of Baltimore School of Law, Law and Psychiatry Course for The Honorable George Lipman, November 23, 2004

Lecture, "Expert Testimony", University of Maryland Forensic Fellowship Program, April 15, 2005

Lecture, "Sexual Harassment", University of Maryland Forensic Fellowship Program, May 23, 2005

Lecture, "Confessions", University of Maryland Forensic Fellowship Program, May 27, 2005