Honorable Judge _____ I am writing this letter on behalf of my daughter Tracey McGuire. Tracey is the middle child she has two brothers Harold McGuire who passed away on March 25, 1996 and her younger brother Michael McGuire. From the start of Tracey's life she had a difficult time. Tracey was born with the colic and no one in the family chose to help me with her due to her constant crying.

My mother-in-law singled out her older brother Harold from birth and kept him every weekend until he was ten years of age as well as my mother singled out her younger brother Michael from birth and kept him every weekend until he was a teenager. Tracey would often say "Ma how come Nana (Paternal Grandmother) and Modie (Maternal Grandmother) take Harold and Michael and no one wants me?" I did not know how to answer her.

I believe my daughters depression started as far back as her toddler years if that's possible. Tracey and Michael are only thirteen months apart and

Tracey did not get the chance to be "the baby" when I came home from the hospital with Michael and placed him in the crib that she was accustomed to sleeping in. Tracey was found by her older brother, in the crib sitting on Michaels face, he was only three days old. She also resorted to wetting herself again, as she was toilet trained before Michael was born.

A few months later I awoke to find Tracey with a box of stick matches in her hand. She had striked the matches and thrown them on me while I was asleep. I found match sticks in my hair and all around the bed. I immediately ran into Michaels room, he was in the crib asleep with match sticks all around him in the crib as well as scorched areas on the plastic mattress cover.

From then on Tracey had several episodes of hospital stays due to suicidal identions and/or attempts Tracey has always went out of her way to please people and to be liked which unfortunately placed

her in abusive relationships. Once a fellow she was in a relationship with threw her out of her apartment naked and left her outside in the hallway knocking to be let in. He started stalking her and many times would attack her on the street as she went about her daily activities. When Tracey became pregnant with her first child I believe there was domestic violence which she often kept silent about, however she often called me crying, stating she wanted to kill herself.

I sent Tracey to the Virgin Island to reside with my Aunt. I felt she might have a better life away from New York. She was sexually molested by my Aunt's husband. I was not made aware of the situation until years later.

There came a time when I asked Tracey to relocate. I thought a change might do her well, not so. Tracey relocated to Maryland and a series of painful events happened. The person she rented a room from tried to rape her. She was gang raped. She had a baby that was still born that she name Miracle and that triggered a series of emotional breakdowns.

1✓

Tracey would go back and forth to the hospital asking for her baby. And many times she was placed under observation on the psychiatric ward.

Since then Tracey has had a stroke and numerous seizures and continue to be depressed with

Suicidal Ideation.

I now realize that during her teenage years and young adulthood I may have contributed to some of her lack of self esteem, by criticizing her when she spoke of wanting to kill herself. And not being able to give her all the extra time with me she might have needed. I always worked two and sometimes three jobs to keep the family going as best as I could when her father and I divorced. Tracey's father began using drugs when she was five years old, he was also an alcoholic.

We had a period of difficult times when I was not able to provide enough food or warmth for my children causing them to be hospitalized for a long period of time with pneumonia. Tracey stayed in the hospital for eighteen days. All due to my not wanting to go on public assistance, trying to work hard not ask for handouts.

In 1996 Traceys Brother Harold became sick he had a brain tumor, he had surgery, two days later lost his eyesight, a week later had a stroke.

VI

I believe my son gave up the will to live and I suspect he may have caused his death. In November of the same year Tracey's father committed suicide. She took both deaths very hard and began speaking of suicide.

Your honor my daughter is a good person, she has a good heart she just has a troubled soul. I beg of you to have mercy for her. I lost one child and cannot bear the thought of loosing another. Tracey has three wonderful children and they need their mother especially her youngest child.

Respectfully Submitted
Mrs. Cora McGuire