

# ALEXANDRIA HOSPITAL
ALEXANDRIA, VIRGINIA 22304

MR 5-00

## ADMITTING NOTE

PATIENT:                    MCGUIRE, TRACEY M.
HISTORY NUMBER:             258772

ATTENDING PHYSICIAN:        ANDREW B. MOLCHON, M.D.
DATE OF ADMISSION:          4/28/89

This 26-year-old single black female was re-admitted to the Psychiatric Unit because of auditory hallucinations telling her to kill herself and the fear, on the part of the patient, that she would act in response to these voices. She had been living at the Care Center for the past two weeks. This is a temporary home in Arlington run by the Alexandria Community Mental Health Center. She is an active Alexandria Community Mental Health Center case being seen by Dr. Zandi. She was previously admitted here from 3/22/89 to 3/30/89 following an overdose of Tylenol #3 and discharged with a diagnosis of major depressive episodes with psychotic features. Medications, at the time of her discharge, included Imipramine 125 mgs. po q evening plus Lactulose 30 mgs. po b.i.d.

The patient has a history of recurrent depressions with three previous overdoses in 1987 and 1988. Her most recent medications consisted of Ascendin 50 mgs. po q evening plus 100 mgs. of Mellaril q evening. She has been working as a receptionist for a physician in Washington, D.C. For additional history concerning this patient, attention is invited to the records of her previous admission under Dr. Pepper's service from 3/22/89 to 3/30/89.

The patient has a history of seizure disorder for which she had been maintained for approximately six years on a combination of Dilantin and Phenobarbital. This was discontinued about a year ago with no recurrence of seizures. During her most admission here, she had been in GI consultation by Merrill F. Prugh, M.D. because of constipation and abdominal pain. This was ultimately diagnosed as irritable colon syndrome.

Today, mental status examination reveals an alert female who is alert and oriented to time, place and person. She is neatly and appropriately dressed and groomed. She is pleasant and cooperative. Her speech is logical and coherent without evidence of delusions, hallucinations or loosening of associations. Memory and cognitive functioning are intact without gross evidence of organic brain dysfunction. She did not appear to be particularly anxious or depressed at the present time. She reports that the hallucinations have ceased.

The provisional psychiatric diagnosis, at this time, is atypical psychosis, rule out depression with psychotic features, rule out auditory hallucinations secondary to central nervous system pathology such as temporal lobe pathology, rule out schizophrenia (doubt).

The treatment plan will be as follows: 1. Laboratory data and

CONTINUED.....



# ALEXANDRIA HOSPITAL
ALEXANDRIA, VIRGINIA 22304

PAGE TWO                **ADMITTING NOTE**         MCGUIRE, TRACEY M.
                                                   258772

medication as ordered. I will obtain CT scan of the head with and without contrast plus an EEG. 2. Supportive group and individual psychotherapy. 3. Occupational therapy. 4. She will be transferred to Dr. Radin's service on Monday, 5/1/89.

_____, M.D.
Andrew B. Molchon, M.D.
ABM:mad  D:4/29/89  T:5/1/89
3749-02 and 03



# ALEXANDRIA HOSPITAL
ALEXANDRIA, VIRGINIA 22304

ADMISSION NOTE:

MR 5-00

PATIENT:        MCGUIRE, Tracy                    4021A
HISTORY NUMBER: 255632

DATE OF ADMISSION:      03-22-89
ATTENDING PHYSICIAN:    F. JAY PEPPER, M.D.

CHIEF COMPLAINT: Ms. McQuire is a 25-year-old single black female who was admitted yesterday through our emergency department. She was brought there by ARS whom she called herself after she had ingested 6 Tylenol #3 tablets in a self-declared suicide attempt. In addition, she now reveals that between Friday, 03-17-89 and Sunday, 03-19-89, she ingested 28 50mg Benadryl capsules.

HISTORY OF PRESENT ILLNESS: The patient states that she has been subject to recurrent depression all of her life. She has had three previous episodes of suicidal overdoses in 1987 and 1988. The first episode was an overdose of 60 Demerol tablets; the second was again Demerol, 10 tablets; and the third was Percocet, around 9 tablets. She was hospitalized after the first and third episodes at Jacobi Hospital in Bronx, NY, and was hospitalized after the second episode at North Central Bronx Hospital. She had psychotherapy as an inpatient each time, but she has had no outpatient follow-up at any time.

ADDITIONAL BACKGROUND: Her mother was born in the Virgin Islands; she believes that her father was born in the United States. Her father is an alcoholic who during her upbringing was often in jail because of his constant stealing. She believes that he also abused drugs, probably heroin. Her mother is a stable individual who use to work as a nurse and now as a social worker. She has two brothers, one of whom she has been living with here in Alexandria for the past six months. He is an Army E-6 and is an alcoholic, consuming three bottles of whiskey daily and being quite verbally abusive toward her when he drinks.

FAMILY HISTORY: Includes an aunt who has been subject to both schizophrenia and depression. The patient graduated from high school in January, 1983, and took one semester at Lehman College, in the Bronx, in 1983. At that time she had some interest in nursing and states that she may yet. She dropped out of college because of pregnancy with her six year old son. In addition to that son, she has a four year old daughter. Her children lived with her until she moved from NY to Alexandria six months ago. Now her son lives with his father, and her daughter lives with the patient's maternal grandmother. The patient was never married to the father of her children, Bernard Lowndes. She states that Mr. Lowndes is a clerk for a law firm, but also sells drugs and has two other children by other woman. Her only relationship with him now is regarding their children.

SIGNIFICANT MEDICAL HISTORY: The patient reports that she had a seizure disorder for which she was on Dilantin and phenobarbitol. At one point she discontinued these medicines with the thought of having a seizure that would induce her death. This did not happen, and her last seizure was over one year ago. She had an appendectomy in 1985. She had surgery in early 1987 for small bowel obstruction, and in late 1987 for a large bowel obstruction, both at North Central Bronx Hospital. She has suffered from chronic constipation since then. She states that she is currently under the care of a Dr. Alburne at Jefferson Memorial Hospital in Alexandria.

The patient does not smoke. She does have one or two drinks socially. There are no known drug allergies.

CONTINUED..............

MEDICAL RECORDS



## ALEXANDRIA HOSPITAL
ALEXANDRIA, VIRGINIA 22304

PAGE 2

ADMITTING NOTE

MCGUIRE, Tracy

She reports that when severely constipated, she is subject to right sided abdominal pain. She states that she has not had a bowel movement for the past two weeks. She reports that neither laxatives, suppositories, nor enemas relieve her constipation, and she has repeatedly had to obtain relief through nasogastric suction in a hospital, or by manual breakup of the fecal mass from below.

The patient states that the current episode of depression began about two months ago and became worse about one month ago. She cannot state precisely what triggered the suicidal behavior, but in general, there is a point at which she feels that the reasons for dying outweigh the reasons for living. The usual reason for living is for her children. She is not happy with her life here. She is unhappy with the situation in her brother's home. She does not like the people she meets socially who want to either get high, or in the case of men, to have instant sex. She is not interested in either of these activities.

She is a secretary working for a temporary agency. However, because of depression, she has stayed home for the past month.

MENTAL STATUS EXAMINATION: The patient is alert, cooperative, and well oriented. Her mood, although she describes her depression, appears slightly cheerful, at least there was a bit of a smile on her face frequently during the interview. She reports that she has been hearing voices for the past month which say to her, "you have nothing to live for." The voices occur when she is in bed trying to get to sleep; and, in fact, they tend to keep her awake. She did sleep better last night after admission here. She initially stated that the auditory hallucinations she has experienced for the past month were the only ones that she had had. Later, however, she revealed that she had been prescribed Thorazine during one of her previous hospital admissions, and stated that she had been told that she had a nervous breakdown. At that point, she could not honestly state that she had not experienced auditory hallucinations at that time. No other form of hallucination was reported. There was no evidence of delusions or paranoid thinking. The affect was somewhat inappropriate to thought. Associations were not remarkable. Insight, judgement, and self-control are somewhat impaired.

IMPRESSION: Major depressive episode with psychotic feature.

TREATMENT:
1. Individual and group psychotherapy.
2. Occupational therapy.
3. Will consider initiation of anti-depressant medication.

_____, M.D.
F. JAY PEPPER, M.D.

FJP:tg      D:03-22-89    T:03-23-89
2596-05



# ALEXANDRIA HOSPITAL
ALEXANDRIA, VIRGINIA 22304

CONSULTATION REPORT

MR 6-00

PATIENT: MC GUIRE, TRACY
HISTORY NUMBER: 255632

DATE OF CONSULTATION: 3/23/89
CONSULTING PHYSICIAN: MERRILL F. PRUGH, M.D.
ATTENDING PHYSICIAN: F. J. PEPPER, M.D.

HISTORY OF PRESENT ILLNESS: This 25-year-old black female is seen for evaluation for constipation and abdominal pain. She states that her problems began approximately 4 years ago following an appendectomy. This in turn had followed by 3 to 4 weeks a D&C for a threatened abortion, which in turn was followed by excessive bleeding and severe abdominal pain. She claims that she was "put to sleep for a laparoscopy and awoke with a large abdominal incision" having done an exploratory surgery for an appendix for which "threatened to burst." She remained in the hospital for 3 weeks and continued to have abdominal pain. In 1987, she was hospitalized twice for bowel obstruction, the first being a small bowel obstruction which in addition required the resection of 16 inches of intestine. The second was a large bowel obstruction. She has had no subsequent surgery but a number of subsequent hospitalizations for abdominal pain and distension which have required nasogastric intubation and drainage. She has been repeatedly evaluated, last undergoing a barium enema approximately 9 months ago and having undergone endoscopic examination as well. Thus far, no diagnosis has been established. Her last hospitalization for nasogastric intubation and suction was 3-1/2 months ago at Fairfax Hospital. She states that she attempts to follow a "high fiber diet" but often eats very little. She is afraid it "won't come out." She experiences abdominal pain on occasion with drinking large amounts of fluid and also when her bowels fail to move. She has had no rectal bleeding. She has lost approximately 14 pounds since 1985. She does claim to have cold intolerance, fatigue, and sluggishness.

PAST MEDICAL HISTORY: Please see the history of the present illness.

FAMILY HISTORY: Is positive for hypertension, stroke, peptic ulcer disease, and schizophrenia, the latter involving her mother's sister. A maternal aunt also has a form of cancer, type unknown to the patient.

SOCIAL HABITS: She does not smoke. She drinks alcohol upon occasion.

MEDICATIONS: She takes no medications on a regular basis. She denies the regular use of laxatives, as she has been told that they will "cause her colon to collapse."

ALLERGIES: She has no known medication allergies.

PHYSICAL EXAMINATION: Reveals a thin young, black female in no acute distress, HEENT reveals no icterus or pallor. The tonsils are large but not inflamed-appearing. The neck is supple. There is no thyromegaly and no palpable adenopathy. The chest is clear to percussion and auscultation. The breasts were not examined. Cardiovascular examination was unremarkable. The abdomen shows a linear midline scar. There is marked tenderness in the epigastric area and the right periumbilical area. There are no palpable masses and there is no organomegaly. The bowel sounds are normal. On rectal examination, there are no nodules, skin tags, or fissures noted. The rectum is empty of stool.

# ALEXANDRIA HOSPITAL
ALEXANDRIA, VIRGINIA 22304

Page Two          CONSULTATION REPORT          Mc Guire, Tracy

IMPRESSION:  1) Chronic constipation of uncertain etiology.
             2) Status post recurrent bowel obstruction ? secondary to adhesions.
             3) Status post appendectomy.
             4) Depression.

COMMENT AND PLAN: Although the history is rather good for recurrent bowel obstruction secondary to adhesions, the rather impressive constipation of recent onset is rather puzzling, particularly as the rectum is free of impaction even after two weeks of failure to move her bowels. I would like to begin with a check of her thyroid functions and a barium enema, along with a possible flexible sigmoidoscopy. Further disposition will follow.

_____, M.D.
Merrill F. Prugh, M.D.
MFP:DCF:jk
D: 3/23/89
T: 3/27/89
2625-05

**ALEXANDRIA HOSPITAL**

## TREATMENT DATES

| Year Month | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| March 1989 | A.M. | | | | | | | | | | | | | | | | | | | | | | ✓ | | | | | | ✓ | | | |
| | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | A.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | A.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P.M. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DATE** — **Occupational Therapy Initial Assessment**

3/22/89  S: "I think if you're going to kill yourself you do it, if you don't it's a cry for help... I tried + tried to tell people but they didn't listen to me... I've been depressed since I was 13... if you grow up hearing 'you're no good,' that's what you believe... I just need somebody to listen to me." Pt is a 25 year old single mother of 2 with a diagnosis of depression/suicidal, who was admitted on 3/21/89. Pt was living in N.Y. c̄ her children, a 5 year old son + a 3 year old daughter until 6 months when she came to VA to live c̄ her brother. She left her daughter c̄ her grandmother and her son c̄ his father + grandmother

**Appearance**
- ☐ disheveled
- ☒ clean & neat
- ☒ groomed
- ☐ unkempt
- ☐ inappr. dressed for situation
- ☐ look tired/worn out
- ☐ bizarre dress
- ☐ excess attn to detail
- ☐ min. attn to detail
- ☐ posture
- ☐

**Activity Level**
- ☒ consistent with situation
- ☐ increased
- ☐ decreased
- ☐ movement disorder
- ☐

**Mood/Affect**
- ☐ anxious
- ☒ sad
- ☐ childish
- ☐ fearful
- ☐ angry
- ☐ hostile
- ☐ smooth, even disposition
- ☐ tearful
- ☐ tense
- ☐ cheerful
- ☐ preoccupied
- ☐ suspicious
- ☒ depressed
- ☐ matter-of-fact
- ☐ flat
- ☐ euphoric
- ☐ agitated
- ☐

**Mental Status**
- ☒ oriented
- ☐ confused
- ☐ inappr laughter
- ☐ short attn span
- ☐ poor judgment
- ☐ lacks insight
- ☒ alert
- ☐ unresponsive
- ☐ memory past/present
- ☐

**Thought Process and Content**
- ☒ logical train of thought
- ☐ hallucinations
- ☐ delusions
- ☐ loose associations
- ☐ flight of ideas
- ☐ perseveration
- ☐ rambling
- ☐ preoccupied
- ☐

PATIENT:
McGuire, Tracy
#  255632
acct  457 016

**Interpersonal Behavior**
- ☒ eye contact  *direct*
- ☐ friendly/cooperative
- ☒ freely offers information
- ☒ actively participates in group discussions
- ☒ interacts with peers/staff
- ☐ interacts only when approached
- ☐ blames others for problems

**Task Performance**
- ☒ able to complete task
- ☐ difficulty with follow through
- ☐ poor frustration tolerance

- ☐ independent
- ☐ dependent
- ☐ isolated
- ☐ quiet
- ☐ antagonistic
- ☐ demanding
- ☐ egocentric
- ☐ withdrawn

- ☒ able to follow directions
- ☐ problem solving
- ☐ decision making
- ☐ shares with others
- ☒ neat work habits

- ☐ poor self-concept
- ☐ guarded
- ☐ relaxed/at ease
- ☐ controlling
- ☐ easily upset
- ☐ self-conscious
- ☐ accepts authority
- ☐

- ☐ sloppy work habits
- ☐ asks for help when needed
- ☐ task organization
- ☐

**DATE**

3/20/89 amt — Pt stated she just felt overwhelmed w the stress of being a single parent, and felt if she left she would be able to "get myself together." Pt has a history of working in secretarial/receptionist positions. She was most recently employed 1 month ago through a temporary agency. She worked a few days & then "I just didn't go anymore." Pt did graduate from high school + attended college in a nursing program before dropping out to have her first child. She talked about this decision, "I know it sounds awful, but part of me regrets having children... But I made my decision & now I need to live w it." Pt stated she was having trouble sleeping, & functioning ADL. She c/o poor concentration. Pt also stated that she has few supportive relationships "I'm a loner... people always hurt me." She has a history of chronic obstructive bowel illness



## PHYSICAL MEDICINE PROGRESS NOTES

P.U.R. PHYSICAL MEDICINE

| DATE | NOTES |
|---|---|
| 8/22/89 cont | and a history of suicide attempts + in-patient hospitalization. She stated her follow-through after discharge was very poor. Pt's goals for this hospitalization were to "try to find out why I want to end my life... make myself a stronger person + handle my problems as they come + try not to take the easy way out (suicide)." |
| | O: Pt attended OT x 1 for Activity Group. Completed OT Questionnaire independently. Seen 1:1 for initial interview. |
| | A: Pt demonstrates poor ability to cope c̄ stress, poor communication pattern — communicates needs in passive a passive-aggressive manner; poor c/man harm; decreased self esteem, and decreased ability to develop + maintain mutually satisfying relationships. |
| | P: Involve in daily OT to STG: Pt will be able to attend to & concentrate on activities/tasks without verbal redirection; pt will identify feelings + express them assertively; pt will identify specific issues which are stress producing to her; LTG: Pt will be able to identify her own communication pattern + know how to role play assertive behavior; will have identified some new coping skills + designed a plan for |

ROOM NUMBER _____    PT. NAME  McGuire, Tracy
ACCT. NUMBER  457016    HISTORY NO.  255632

3-30-89

MA 4021-A
MC CLURE TRACEY
MR 255633
F 025 PEPPER,F JAY MD
ACCT 457016 4  03/21/89

## Discharge

### Pros

Well Today I am being discharged from the hospital I am scared. I am going to a shelter for single people as well as single parents with their kids As first I was reluctant to go because the only thing you hear about shelter is bad things

MR 24-90

**ALEXANDRIA HOSPITAL**

| DATE | TIME | |
|---|---|---|
| 2/6/89 | 2345 | S - "I don't know why I am so depressed. I am tired of it. I have been depressed for years, since I was a child. Bad my family does not communicate, everyone goes their own way. There was no one I could tell. I have been very depressed this past month. I have not eaten in 4 days and get only 1 or 2 hours of sleep at night. Sometimes I walk down the street talking to myself and I also hear voices at night." O - Admitted per w/c a 25 year old slim black woman, accomp by ED personnel and hosp. security. Pt appeared sad but pressured at times describing history of non-compliance to treatment but denies... A - Oriented x3, alert but showing poor judgement and very poor knowledge re: medication (ie pt describes taking tylenol = codeine for a sore throat, mentalis re chronic problem of constipation.) Pt appears anxious re sleeping tonight, feeling she needs medication |
| | 0025P | to do so. Dr. Pepper contacted re pt. condition. Enc. pt. to rest and sleep. Observe food/fluid intake in AM. Enc. verbal expression of concern and feelings. Enc. disch planning re ongoing. [signature] |

**NURSES NOTES**

IMPRINTER
MC GUIRE  TRACY
MR 255632
325 PEPPER.F SAT MD
CC: 457016  4   03/21/89

**ALEXANDRIA HOSPITAL**

MR 24-90

| DATE | TIME | |
|------|------|---|
| 3/22 | 0500 | RESP NOTED — CHRIS MCMAHON PT |
| 3/22/89 | 1045 / 1115 | Group I Assertiveness Training<br>S "I have the right to say no and not feel guilty. I'm so afraid I won't be needed or accepted, and I needed to feel needed. I will give my last," pt. stated choosing a human right pertaining to a behavior she wants to change.<br>Tracy attended group and identified herself as "passive" wanting to please everyone.<br>O - pt. described what she does but verbalized she's afraid to "hold out" because she needs acceptance.<br>P Continue POC — Twendoly? M Norgebric |
| 3/22/89 | 1400 | S "I feel safe here. It's when I leave here that I start to feel suicidal," pt. stated when asked if she was feeling suicidal.<br>O VS/P 12-18 90/60. Tracy up and attending activities. Pt. noted to be very sociable and friendly. Stated no one picks up on the cues or hints |

**ALEXANDRIA HOSPITAL**

MR 24-90

| DATE | TIME | |
|---|---|---|
| 3/22/89 | 14:00 | She cries but and she then attempts to commit suicide feeling "What's the use?" Pt stated she feels safe here when asked if she was still feeling suicidal. Pt pleasant and cooperative. Continue POC — Gwendolyn ?, LPN |
| 3/2/89 | 20300 | A—Out & social = others. Saw Dr Pepper at S-length. When H+P done pt commented that she had had no BM x 2 weeks and was supposed to have had tonsillectomy March 8, 1989 but did not have surgery. Dr Pepper informed. O- Pt affect cheerful and relaxed. A- Appears at ease & friendly to others P- Enc interaction. Discuss p dinch pt allowing pt. Monitor elimination & eating pattern closely — Carol ?, ? |
| 3/23/89 | 0525 | Resp noted ——— Alice Jones P.T. |
| | 1500 | S— "Things pile up & then some little thing happens & I can't cope & then I take pills." O- Pt. participated well in group. A- Beginning to look @ issues. P- Cont. group. — Elizabeth Colley, RN, C. |

**NURSES NOTES**       Room

IMPRINTER  RN 4021-A
CUTAC TRACY
255632
PEPPER F JAY MD
ACC 457016 4

CODE: 7200                                                    Revised 04/88

☐☐☐☐☐ Alexandria Community Mental Health Center
WALK-IN/EMERGENCY/REFERRAL TO INPATIENT/CONSULTATION

CLIENT NO. ☐☐☐☐☐☐☐   FACE SHEET NO. ☐☐☐☐☐☐☐☐

CLIENT NAME: McGuire       Tracy                This is a: |1| 1: Walk-in
             Last          First      MI                       2: Consult

Date: |0|3| |2|1| |8|9|   Time: |0|9| : |4|5|   AM=1 |2|
                                                PM=2
Therapist: SPU |0|3| |3|7|0| Code: |3|0|6| Name: Walter Brown

Outstanding NPS Balance: _____          INTAKE DATE OFFERED:

Is this already an open case?  |2| 1: Yes
                                   2: No
Vol Priv Admission Alex Hosp Psych. Unit
Disposition Referral (codes   |3|0| |9|8|
           on back)

Please include (a) Present problem/circumstances of emergency visit, (b)
present illness, (c) past psychiatric history including hospitalizations,
(d) current medications, medical problems, and patterns of drug and alcohol
usage, (e) mental status, (f) diagnosis, (g) disposition including meds.
Also, if hospitalized, state indication of hospitalization.

Ms McGuire is a 25 yr old black single female who has been employed as secretary at a "temporary" agency. She was brought to the ER by ARS after calling 911 and taking an OD of 6 Tylenol w/ Codeine. She also reported taking 27 Bynadril (dosage unsure) over in weekend. She apparently understood this would not kill her but she said she wanted to die. She lives with her brother in Alex + has for 6 months but says he drinks too much and they often argue. Her family other than the brother live in NYC but she does not get along well with them. Her boyfriend in N.Y. had a drinking problem + beat her severely. She describes being depressed for over a year with difficulty sleeping + eating, low energy motivation and hearing voices at night. She was hospitalized at Jacobi Hosp Bronx NY for 1 month in '88 after an OD of 100 aspirin. No other psych. treatment.

ALEXANDRIA COMMUNITY MENTAL HEALTH CENTER

CLIENT'S NAME: Tracy McGuire  P. 2

She reports taking Thorazine (amount unknown) during her hospitalization but no medication since. She reports stomach problems over last year that have cause her to seek hospital treatment & has disrupted her working. She denies substance abuse.

Ms McGuire was oriented, coherent & cooperative. Affect - somewhat flat but appropriate. Manner - hopeless & depressed. COT - Not grossly delusional. POT - Goal directed. Memory & recall - fair. Judgement & insight - poor to fair. She reports continuing suicidal ideation.

Diagnosis - Depression w/ suicidal ideation 311.00

Dr Pepper consulted by phone & agreed to admitt as a private pt.

III. Documentation of Need for Voluntary or Involuntary Hospitalization: Check appropriate criteria for voluntary or involuntary hospitalization and describe specific behaviors which document this conclusion in the space provided.

- ✓ A. By reason of mental illness or substance abuse, the client is dangerous to self or others.
- ___ B. By reason of mental illness or substance abuse, the client is unable to care for self (i.e., unable or refuses to accept interventions which would meet minimum needs for food, clothing, shelter).
- ___ C. By reason of mental illness, the client is suffering or is likely to suffer substantial deterioration in ability to function if not treated immediately.
- ___ D. The Community Services Board is unable to provide treatment, continuous supervision, monitoring, or protection in a community-based treatment modality.

RECOMMENDATIONS

- ___ A. The client is in need of hospitalization and is either unwilling to accept voluntary inpatient treatment or is incapable of making an informed decision regarding such treatment.
- ✓ B. The client is in need of hospitalization and is willing to accept voluntary inpatient treatment and is capable of making an informed decision regarding such treatment.
- ___ C. The client does not meet criteria for hospitalization and/or commitment and will be encouraged to participate in community-based services. Services to be offered would include: