# ADVENTIST HEALTH CARE
## SHADY GROVE ADVENTIST HOSPITAL

## DISCHARGE SUMMARY

DATE OF ADMISSION:       08/31/2004      DATE OF DISCHARGE:

ATTENDING PHYSICIAN:    Jude Alexander, MD

DICTATING PHYSICIAN:    Jude Alexander, MD

DISCHARGE DIAGNOSES:
1. Intractable seizures.
2. Possible psychogenic seizures.
3. History of stroke, with right-sided weakness.
4. Chronic pain syndrome.
5. Prior history of small bowel obstruction and exploratory laparotomy.
6. Hypertension.
7. Asthma.
8. Drug-induced neutropenia.

DISCHARGE MEDICATIONS:
1. Phenobarbital 30 mg by mouth twice daily.
2. Hydrochlorothiazide 25 mg by mouth daily.
3. Plavix 75 mg by mouth daily.
4. Enteric coated aspirin 325 mg daily.
5. Advair 250/50 one puff twice daily.
6. Keppra 1 gram by mouth twice daily.
7. Depakote 750 mg by mouth twice daily.
8. Percocet one to two tabs every six hours as needed for pain.
9. Albuterol multiple dose inhaler two puffs every four hours as needed for shortness of breath.
10. Phenergan 12.5 mg intravenously every six hours as needed for nausea.
11. Toradol 30 mg every six hours as needed for pain.

DISPOSITION: The patient has been accepted in transfer to the neurology service at George Washington University Hospital for continuous video and EEG monitoring.

HOSPITAL COURSE: The patient was admitted with recurrent seizures. Her seizures have been stable in the past, with two seizures usually per year. Over the last few months, her seizures have been occurring more frequently. Over the last week, the patient has been having almost a seizure a day, and as many as two seizures a day. She was admitted after being seen at her neurologist's office, Dr. Stuart Goodman, who had started her on Keppra 500 mg a day for accelerating seizures. After leaving the office, the patient had a seizure, which was described as tonic-clonic by her husband, and she was admitted to the emergency room. At the time she was seen in the emergency room, she was completing her seizure; however, she was given Ativan, which reportedly broke the seizure activity.

She was admitted to the med/surg floor and monitored closely, but continued to have up to two seizures a day. I happened to witness one of these episodes about five minutes after I had left her room. The patient was found to have generalized rigidity, without any rhythmic contractions whatsoever. This episode lasted about five minutes, after which she was confused and lethargic for a few hours. The

---

MCGUIRE, TRACY
0812281
4EAS469-01

COPY FOR Stuart Goodman, MD

**DISCHARGE SUMMARY**
MCGUIRE, TRACY                                              4EAS469-01
0812281

patient was seen in consultation by Dr. James Yan, who suggested increasing her dose of Keppra to 1000 mg by mouth twice daily. The patient's Tegretol level was 134 at the time of admission, and phenobarbital was also therapeutic at 15.9.

After the patient had seizures in the hospital, prolactin levels were drawn. The initial prolactin level was 44.6 immediately after her episode of unresponsiveness. Another episode was followed by a prolactin level of 23.5, which is within the normal range. Interictal EEG showed no evidence of seizure activity whatsoever, according to Dr. Yan. The patient denied any history of illicit drug use or alcohol use, which was corroborated by her husband. Incidentally, she had had a head CT at Southern Maryland Hospital the day prior to admission to Shady Grove Hospital, which her neurologist, Dr. Goodman, reported as being normal. We did not repeat this study at Shady Grove Hospital.

The patient also complained of right-sided weakness, which was worse after each seizure, in the distribution of her prior stroke. Attempts to evaluate her with physical therapy were complicated by the fact that she was usually either seizing or post-ictal and/or confused.

At this point, the patient seems to be having convulsions frequently, and there is also a concern for psychogenic seizures, since some of the features of her convulsions are atypical in that she has variable rigidity based on who is attending her. She seems to have less rigidity when her husband is at the bedside. Also, no rhythmic activity was noted during any of these episodes of unresponsiveness. The patient requires continuous video and EEG monitoring, which we do not provide at this hospital. I have contacted Dr. Potolicchio at George Washington University Hospital, who has graciously accepted the patient in transfer, in order to perform continuous video and EEG monitoring.

The patient also complained of severe headache, for which she was given morphine, which made her confused. **Dilaudid caused a generalized allergic reaction, with hives, which apparently she now recalls having had before with intravenous pain medications at Southern Maryland Hospital.** The patient takes Percocet at home at a variable frequency. Her asthma and hypertension remained well-controlled. She will be transferred to George Washington University Hospital when a bed becomes available.

cc:    Dr. Potolicchio
       George Washington University Hospital


Unreviewed - Pending Electronic Signature


                                                    Jude Alexander, MD

JA/med
D:    09/03/2004
T:    09/03/2004  2:38 P
Doc#: 597031  Job#: 000002249
cc:    Jude Alexander, MD
       Stuart Goodman, MD
       James Yan, MD



**COPY FOR Stuart Goodman, MD**