PRINCE GEORGE'S HOSPITAL CENTER
CHEVERLY, MD 20785

TRAUMA NOTE

NAME OF PATIENT:      MCGUIRE, TRACY
MEDICAL RECORD #:     0000000010833634
ACCOUNT NUMBER:       000250358579
DATE OF ADMISSION:    06/14/05

HISTORY OF PRESENT ILLNESS:
The patient is a 43-years-old black female who was brought in as
shock trauma.  The patient is a resident of a nursing home and
was found at the bottom of the stairwell with her neck tilted to
the right.  Apparently she had fallen from about 14 steps.  The
patient apparently also has a seizure disorder and has had a CVA
in the past with right sided weakness.

On arrival, the patient is fully immobilized on a back-board, had
cervical collar on and the neck was *tilted* to the right side. She
admitted to loss of consciousness, had retrograde amnesia.  She
is alert and oriented x2, complaining of headache, neck pain and
also numbness over the right lower leg.  After initial survey,
starting IVs in the form of a right femoral line and fluid
resuscitation, secondary survey reveals;

PHYSICAL EXAMINATION:
HEENT:  Head, normocephalic.  PERRL.
NECK:  Tender, trachea midline.
LUNGS:  Clear to auscultation and percussion.
CHEST:  Nontender without deformities.
HEART:  Regular rate and rhythm.
ABDOMEN:  Soft and nontender, nondistended, bowel sounds are
positive.
GENITOURINARY SYSTEM:  Within normal limits without any CVA
tenderness.
EXTREMITIES:  Do not reveal any gross deformities.
NEUROLOGICALLY:  The patient is weak on the right side, but this
is pre-existing.  Also the patient complains of numbness in the
right lower leg.
VASCULAR STATUS:  Intact with palpable pedal pulses.

X-rays are pending and included a chest x-ray, C-spine, lumbar
spine and pelvis.  CT of the head and neck have also been
ordered.

VITAL SIGNS:  On arrival blood pressure is 146/101.  Pulse of 96.
Respiratory rate of 16.  Oxygen saturation of 98%.  Glasgow Coma
Scale is 15.

ADMITTING DIAGNOSES:
1.  Closed head injury.
2.  Concussion.
3.  Lumbar strain.

Page 1 of 2

Original

```
NAME OF PATIENT:        MCGUIRE, TRACY
MEDICAL RECORD #:       0000000010833634
```

Other diagnostic workup and consultations will be obtained as needed.

Bijan Bahmanyar, MD*

```
BB:Spheris17768
D: 06/15/05 01:09 T: 06/15/05 10:02 DOCUMENT: 200506150176665100
```

Original

PRINCE GEORGE`S HOSPITAL CENTER
CHEVERLY, MD 20785

CONSULTATION

NAME OF PATIENT:          MCGUIRE, TRACY
MEDICAL RECORD #:         0000000010833634
ACCOUNT NUMBER:           000250358579
DATE OF CONSULTATION:
REFERRING PHYSICIAN:      Bijan Bahmanyar, MD*
CONSULTING PHYSICIAN:     Kanwaljit Ahuja, MD(A)

REASON FOR CONSULTATION:
History of seizures and history of CVA.  The patient is currently
admitted for another episode of seizures.

HISTORY OF PRESENT ILLNESS:
This is a 55-year-old, African-American female with history of
seizures since childhood since the age of 13, history of
hypertension, history of CVA in 2003, left-sided CVA with
residual right hemiparesis who was in a nursing home in 2003 for
two to three months.  Apparently she had a seizure episode
yesterday. It was a grand mal type of seizure witnessed by the
son, and the patient had a fall from 15 stairs down, and
subsequently, the patient was brought to the ER.  She had a full
trauma workup done which was negative for fracture of the C-
spine.  According to the patient, the patient was on Depakote,
phenobarbital and Keppra and followup with Dr. Goodman.  The last
time she saw Dr. Goodman was a few months back, however, the
patient is noncompliant with the medications.  She admits that
she met a woman a month back.  This woman advised her to take
some holistic juice that would cure all her seizures and high
blood pressure, so the patient stopped taking all her medications
and started taking this holistic juice.  Since then, she was
getting more seizures on and off like at least four episodes in
the last month and yesterday was a grand mal seizure with history
of loss of consciousness, and it was a tonic-clonic kind of
seizure. The patient was subsequently brought to the ER.
Currently the patient was seen on the floor.  She is alert and
oriented times three and is a very pleasant lady.

ALLERGIES:
SHE IS ALLERGIC TO DILANTIN AND TEGRETOL.

SOCIAL HISTORY:
No smoking, no alcohol, no drugs, lives with her fiance, has
three kids.

FAMILY HISTORY:
Diabetes and hypertension run in the family.  Father has a
history of seizure disorder.

Page 1 of 2

Original

```
NAME OF PATIENT:        MCGUIRE, TRACY
MEDICAL RECORD #:       0000000010833634
```

SURGICAL HISTORY:
Status post laparotomy secondary to small bowel obstruction and
also status post appendicectomy.

PHYSICAL EXAMINATION:
On exam, the patient is alert and oriented times three, very
pleasant and cooperative female. NEUROLOGICAL EXAM: Pupils are
reactive to light bilaterally, could not assess the visual fields
because the patient was not following the commands.  Pupils were
reactive.  Extraocular movements were intact.  Cranial nerves
were intact II-XII.  Right upper extremity was 4/5, right lower
extremity strength 3/5, left upper and lower 5/5.  Bilaterally
deep tendon reflexes 1+ bilaterally.  The patient was complaining
of decrease in sensation on the right side and complaining of
right-sided weakness getting worse since a few days.  Sensation
on the left side is normal.  Deep tendon reflexes are 1+
bilaterally.

IMPRESSION:
1.  History of seizure disorder with history of epilepsy. The
patient is admitted with grand mal seizures status post fall.
The CT is negative.
2.  History of hypertension.
3.  History of right-sided CVA in the past with residual right-
sided weakness.

RECOMMENDATIONS:
Continue Keppra 500 t.i.d., Depakote 500 t.i.d., and
phenobarbital 60 b.i.d.  Continue hydrochlorothiazide. We will
recommend MRI of the brain and also EEG. We will discuss with Dr.
Ahuja for further management.  Thank you for giving us this
consult, Dr. Bahmanyar.

Dictated by: Ramani Nokku, MD(R)


Kanwaljit Ahuja, MD(A)


KA:Spheris11802
D: 06/16/05 11:56 T: 06/16/05 17:49 DOCUMENT: 200506160176701300

Page 2 of 2

Original

PRINCE GEORGE'S HOSPITAL CENTER
CHEVERLY, MD 20785

CONSULTATION

NAME OF PATIENT:        MCGUIRE, TRACY
MEDICAL RECORD #:       0000000010833634
ACCOUNT NUMBER:         000250358579
DATE OF CONSULTATION:   06/15/05
REFERRING PHYSICIAN:    Bijan Bahmanyar, MD*
CONSULTING PHYSICIAN:   Najmaldin  Karim, MD*

REASON FOR CONSULTATION:
Closed head injury with seizures.

HISTORY OF PRESENT ILLNESS:
This patient is a 42-year-old female with a history of CVA and
right-sided weakness about 1.5 years ago.  She has a history of
seizures since childhood.  She has been under the care of Dr.
Stuart Goodman, was on Keppra, Depakote and phenobarbital.  The
patient reportedly has not taken her medications for a month
because she could not afford them.  The patient had a stroke
about 1.5 years ago and after that she was in a nursing home.
She says she has been walking with a cane.  She reportedly was
home.  Her young son stated that she had a seizure and fell down
the stairs.  She says the weakness in her right side appears to
be worse.

Brain CT showed bilateral basal ganglia calcification.  No
intracranial hemorrhage.  No shift of the midline structures.
Cervical spine CT showed no fracture or dislocation.  Thoracic
spine x-ray was negative for fracture.  Lumbosacral spine x-rays
were suboptimal but grossly there was no fracture.

PHYSICAL EXAMINATION:
GENERAL:  A 43-year-old female.  She is awake and alert, she is
oriented.  She is not in acute distress.  HEENT:  Head was
normocephalic.  Her face was symmetrical.  Pupils were equal.
Lower cranial nerves were normal.  NECK:  Supple.  NEUROLOGICAL:
The patient had normal strength in her left upper and lower
extremity with normal sensation.  She had right hemiparesis with
Babinski sign on the right side and right hypoesthesia.

IMPRESSION:
1.  Seizure disorder.
2.  Probable concussion.

RECOMMENDATIONS:
Neurology consultation.  She has no acute neurosurgical problems

Page 1 of 2

Original

NAME OF PATIENT:        MCGUIRE, TRACY
MEDICAL RECORD #:       0000000010833634

at this time.  The patient will remain under Dr. Bahmanyar's
service.  We will see her again as needed.

_____
Najmaldin  Karim, MD*

CC: Bijan Bahmanyar, MD*

NK:Spheris14745
D: 06/15/05 14:37 T: 06/15/05 19:48 DOCUMENT: 200506150176679200

Page 2 of 2

Original

# Prince George's Hospital Center
## Department of Medical Imaging
### 3001 Hospital Drive
### Cheverly, MD 20785
### (301) 618-3340

| | | | |
|---|---|---|---|
| **Patient Name:** | MCGUIRE, TRACY | **Requesting Dr:** | BAHMANYAR, BIJAN |
| **Date of Birth:** | 04/15/1963 | **Attending Dr:** | BAHMANYAR, BIJAN |
| **Patient Number:** | 250358579 | **Patient Class:** | Inpatient CCC CCC012 |
| **MR Number:** | 10833634 | | |

## ***Final Report***

90004 PMR 0004-SPINE on Jun 16 2005 2:37PM
INDICATION:  CERVICAL ; S/P FALL  Neck pain

RESULT:  MRI SCAN OF THE CERVICAL SPINE PERFORMED IN SAGITTAL AND AXIAL PLANES WITHOUT IV GADOLINIUM ENHANCEMENT IS A LIMITED STUDY DUE TO ARTIFACT FROM PATIENT MOTION.

There is posterior bulging of the annulus fibrosis of the C4-C5 intervertebral disc. The bulge is central with mild impingement upon the anterior aspect of the thecal sac. No significant neural foraminal stenosis is seen on either side although the transverse images are limited due to patient motion. Mild posterior bulging of the C5-C6 intervertebral disc is also seen which is central. A normal cervical spinal cord is noted with no focal area of creased signal intensity or cord contusion. No epidural or subdural hematoma is seen. Normal alignment of the cervical vertebral bodies is seen and no fracture is identified.

IMPRESSION:   MILD DEGENERATIVE JOINT AND DISC DISEASE WITH POSTERIOR AND MOSTLY CENTRAL BULGING OF THE C4-C5 INTERVERTEBRAL DISC COMPRESSING THE ANTERIOR ASPECT OF THE THECAL SAC. THERE IS NO EVIDENCE OF CORD CONTUSION AND NO SIGNIFICANT FLATTENING OF THE CERVICAL SPINAL CORD IS SEEN IN ITS ANTERIOR/POSTERIOR DIAMETER.

Interpretation by GURMEET SIDHU M.D.
Transcribed by ER  on Jun 18 2005 12:25P

Electronically signed by GS on Jun 20 2005 9:29A

PRINCE GEORGE'S HOSPITAL CENTER
CHEVERLY, MD 20785

DISCHARGE SUMMARY

NAME OF PATIENT:      MCGUIRE, TRACY
MEDICAL RECORD #:     0000000010833634
ACCOUNT NUMBER:       000250358579
DATE OF ADMISSION:    06/15/05
DATE OF DISCHARGE:    06/23/05


ADDEDNUM

The last dictation for discharge summary was on 6/22/05. At that
time, prior to discharge a GI consultation was obtained, because
the patient had swallowed some coins and that was in the stomach,
not moving or proceeding into the intestine, and GI consultant
decided to proceed with EGD and removal of the coins today. For
this reason the discharge was cancelled.

Today the patient underwent successful retrieval of all the coins
in the stomach uneventfully. At the time of exam now, the
patient is hemodynamically stable, does not offer any complaints,
is awake, alert, and oriented, does not have any abdominal pain,
and she is now being discharged with the same instructions as
yesterday. She is to see the psychiatric consultant, Dr.
Bangura, starting tomorrow.


Bijan Rahmanyar, MD*


BB:Spheris10708
D: 06/23/05 16:28 T: 06/27/05 14:37 DOCUMENT: 200506230176817000

Page 1 of 1

Original

PRINCE GEORGE`S HOSPITAL CENTER
CHEVERLY, MD 20785

CONSULTATION

NAME OF PATIENT:          MCGUIRE, TRACY
MEDICAL RECORD #:         0000000010833634
ACCOUNT NUMBER:           000250358579
DATE OF CONSULTATION:
REFERRING PHYSICIAN:
CONSULTING PHYSICIAN:     Memunatu Bangura, MD


PSYCHIATRIC CONSULTATION

HISTORY OF PRESENT ILLNESS:
This is a 42-year-old African-American female with history of
depression who was admitted after recurrent seizures.  Psychiatry
was consulted because the patient swallowed some coins as an
attempted suicide.  According to the patient she swallowed the
coins because she was depressed that she had seizures and she was
going to be admitted.  She was admitted.  The patient stated she
just felt really depressed, she did not know why.  According to
the patient, two years ago she was seeing a psychiatrist for
depression.  The patient presently denies depression.  Admits to
having visual hallucinations.  According to the patient this
usual happens around a seizure.  The patient denies any decreased
appetite, decreased energy, feelings of worthlessness,
hopelessness, helplessness.

PAST PSYCHIATRY HISTORY:
History of depression.  The patient does not remember what
medication she was taking.

FAMILY HISTORY:
Psychiatric history in the family unknown.

SOCIAL HISTORY:
The patient denies any illicit drugs or alcohol use.

MENTAL STATUS EXAM:
Fairly groomed, cooperative.  Good eye contact.  Speech normal in
tone, volume and rate.  Mood depressed.  Affect constricted.  The
patient denies auditory hallucinations, tactile hallucinations.
Admits to visual hallucinations, according to the patient related
to her seizures.  She denies suicidal and homicidal ideation
right now.  No intent, no plan.  She is alert and oriented to
place and person, not exactly to time.  Abstraction fair,
concentration fair, insight and judgment poor.

ASSESSMENT:
Axis I:    1.  History of major depressive disorder.
           2.  Rule out psychosis, not otherwise specified.
           3.  Delirium secondary to medical condition.

Page 1 of 2

Original

NAME OF PATIENT:        MCGUIRE, TRACY
MEDICAL RECORD #:       0000000010833634

Axis II:   Deferred.
Axis III:  Recurrent seizures.
Axis IV:   Change of lifestyle.
Axis V:    40.

PLAN:
Haldol 5 mg p.o. or IM b.i.d., Cogentin 0.5 p.o. or IM b.i.d.,
Ativan 1 mg p.o. or IM t.i.d.

Thank you for the consult.  I will continue to follow.


Memunatu  Bangura, MD


MB:Spheris10368
D: 06/20/05 12:34 T: 06/21/05 01:14 DOCUMENT: 200506200176764000

Page 2 of 2

Original

# Prince Georges Hospital

# EGD Procedure Report

**Patient:** Tracy Mcguire

**Patient ID:** 10833634

**Exam Date:** 06/23/2005

**Attending Physician:** V.P. Chandar M.D.

**Referring Physician:**

INTRODUCTION:
42 year old female patient presents for an elective inpatient EGD. The indication for the procedure was a foreign body.

CONSENT:
The benefits, risks (including bleeding, perforation and respiratory depression), and alternatives to the procedure were discussed and informed consent was obtained.

PREPARATION:
Pulse, pulse oximetry and blood pressure monitored. Oxygen 2 liters via nasal cannula was administered throughout the procedure.

MEDICATIONS:
- Versed 4 mg IV throughout the procedure
- Demerol 50 mg IV throughout the procedure

PROCEDURE:
The endoscope was passed with ease.

FINDINGS:
HYPOPHARYNX: The hypopharynx appeared normal.
ESOPHAGUS: The esophagus appeared normal.
STOMACH: Multiple coins were present in the body of the stomach. Photos were taken. USIng a foreign body net basket the coins were retrieved four cosequetive endoscopic attempts made..

COMPLICATIONS:
There were no complications associated with the procedure.

IMPRESSION:
1. The hypopharynx appeared normal.
2. The esophagus appeared normal.
3. Multiple coins in the body of the stomach. 935.2.
4. USIng a foreign body net basket the coins were retrieved four cosequetive endoscopic attempts made..





1          2          3

# Prince Georges Hospital

## EGD Procedure Report

**Patient:** Tracy Mcguire
**Patient ID:** 10833634
**Exam Date:** 06/23/2005

**Attending Physician:** V.P. Chandar M.D.
**Referring Physician:**



4



5



6

V.P. Chandar M.D.

06/23/2005

Prince George Hospital Center
**Department of Medical Imaging**
**3001 Hospital Drive**
**Cheverly, MD 20785**
**(301) 618-3340**

| | | | |
|---|---|---|---|
| **Patient Name:** | MCGUIRE, TRACY | **Requesting Dr:** BAHMANYAR, BIJAN |
| **Date of Birth:** | 04/15/1963 | **Attending Dr:** BAHMANYAR, BIJAN |
| **Patient Number:** | 250358579 | **Patient Class:** Inpatient  CCC CCC012 |
| **MR Number:** | 10833634 | |

### ***Final Report***

90008 PCT 7864-BRAIN  on Jun 19 2005  1:59AM
INDICATION:  LOSS OF CONSCIOUSNESS

RESULT:  CT BRAIN UNENHANCED

There is no evidence of skull fracture.   The ventricles are normal in size without any midline shift.   There is no mass, hemorrhage or infarct.    There is no subdural hematoma or subarachnoidal hemorrhage.   There are some calcifications in the basal ganglia on both sides.

IMPRESSION:    NO EVIDENCE OF SKULL FRACTURE OR HEMORRHAGE.

Interpretation by DOO CHUNG M.D.
Transcribed by ALS on Jun 19 2005 10:30A

Electronically signed by DC on Jun 20 2005  2:23P

# Prince Georges Hospital

**Patient:** Tracy Mcguire
**Patient ID:** 10833634
**Exam Date:** 06/23/2005

**Attending Physician:** V.P. Chandar M.D.
**Referring Physician:**



1

2

3

4

5

6

PRINCE GEORGE`S HOSPITAL CENTER
CHEVERLY, MD 20785

DISCHARGE SUMMARY

NAME OF PATIENT:      MCGUIRE, TRACY
MEDICAL RECORD #:     0000000010833634
ACCOUNT NUMBER:       000102020500
DATE OF ADMISSION:    06/30/05
DATE OF DISCHARGE:    07/07/05

DISCHARGE DIAGNOSIS:
AXIS I:    Schizoaffective disorder.
AXIS II:   Deferred.
AXIS III:  Seizure disorder.
AXIS IV:   Unknown.
AXIS V:    60.

HISTORY OF PRESENT ILLNESS:
Ms. Tracy McGuire is a 42-year-old black female who was admitted
as a voluntary patient after she called the hotline and reported
that she was feeling depressed and thinking about killing herself
and her children.  She had thoughts of overdosing on medications.
She has a past diagnosis of depression and had been on Celexa.
She also has seizure disorder.

ADMISSION DIAGNOSIS:
AXIS I:    Schizoaffective disorder.
AXIS II:   Deferred.
AXIS III:  Seizure disorder.
AXIS IV:   Unknown.
AXIS V:    30.

HOSPITAL COURSE:
Ms. Tracy McGuire was evaluated and admitted to E400.  She had
physical examination done.  She had lab studies done.  Her
problems were identified.  A treatment plan was formulated and
implemented.  She was started on medications.  She had
individual, group *hulch* therapies.  Her condition improved
progressively during her hospital stay.  There were no
complications.  She was stable for discharge on July 7, 2005.

DISCHARGE MEDICATIONS:
She is being discharged with one month's supply of medications:
Seroquel 25 milligrams p.o. t.i.d., Paxil 10 milligrams p.o.
nightly, phenobarbital 60 milligrams p.o. b.i.d., Depakote 500
milligrams p.o. t.i.d., Keppra 500 milligrams p.o. t.i.d., Plavix

Page 1 of 2

Original

NAME OF PATIENT:        MCGUIRE, TRACY
MEDICAL RECORD #:       0000000010833634

75 milligrams p.o. every day, hydrochlorothiazide 25 milligrams
p.o. every day.

Mahindranaut  Deonarine, MD*


MD:Spheris13984
D: 07/07/05 11:09 T: 07/09/05 13:03 DOCUMENT: 200507070177055400

Page 2 of 2

☐

Original

PRINCE GEORGE`S HOSPITAL CENTER
CHEVERLY, MD 20785

HISTORY AND PHYSICAL

NAME OF PATIENT:        MCGUIRE, TRACY
MEDICAL RECORD #:       0000000010833634
ACCOUNT NUMBER:         000102020500
DATE OF ADMISSION:      06/30/05

## PSYCHIATRY ADMISSION NOTE

HISTORY OF PRESENT ILLNESS:
The patient is a 42-year-old black female who was admitted as a
voluntary patient after she called the Hot line and reported that
she was feeling depressed and was thinking about killing herself
and her children.  She had the thought of overdosing on meds.
She has a past diagnosis of depression and had been on Celexa.
She also has seizure disorder.

MENTAL STATUS EXAMINATION;
Awake, alert, oriented to time, place and person.  Speech clear.
Coherent.  Denied auditory and visual hallucinations.  Admits to
feeling depressed but not having any suicidal thoughts at this
time.  Abstraction is intact.  Insight fair.  Judgment impaired.

PLAN:
The patient will be evaluated and admitted to E400.  She will
have physical examination done.  She will have lab studies done.
Collateral information will be obtained.  Her problems will be
identified.  A treatment plan will be formulated and implemented.
She will be started on medication.  She will have individual,
group and milieu therapies.

Expected length of inpatient stay 4-6 days.

Mahindranaut  Dednarine, MD*

MD:Spheris10368
D: 07/01/05 08:35 T: 07/01/05 18:52 DOCUMENT: 200507010176958600

Page 1 of 1

☐

Original