THE PSYCHIATRIC INSTITUTE OF WASHINGTON
4228 Wisconsin Avenue, NW
Washington, DC 20016

**DISCHARGE SUMMARY**

| | |
|---|---|
| PATIENT: | MCGUIRE, TRACEY |
| HOSPITAL NUMBER: | 730545 |
| PSYCHIATRIST: | Marina Bota, M.D. |
| PROGRAM: | THE CENTER |
| ADMISSION DATE: | 04/25/2006 |
| DISCHARGE DATE: | 04/27/2006 |
| DATE OF BIRTH: | 04/15/1963 |

**INITIAL ASSESSMENT:** Ms. McGuire is a 43-year-old, African-American female who lives with her common law husband. She has three children. She has a history of mental illness. This is the patient's third admission at PIW in a very short period of time. She was transferred to Sibley Hospital on 04/22/06 where she was admitted after she developed significant bilateral edema and face edema while being hospitalized at PIW The Center. The patient was stabilized at Sibley Hospital, and she returned back to PIW. She looked physically better. She stated that he was feeling emotionally better, and that she was looking forward to going back home. She stated that Henry, which is one of her alters, is not angry with her any more. At the time of her transfer back to PIW, the patient was treated with Flexeril, Gabitril, Depakote, Phenobarbital, Klonopin, Seroquel, Plavix, Zyprexa, and Ativan. These were the medications that she had been taking prior to her transfer to Sibley Hospital.

**PAST PSYCHIATRIC HISTORY:** The patient has a long history of mental illness since her late 20's. She has been hospitalized several times before. Recently, she started being seen by Dr. Greenwood since 01/2006. She had two suicidal attempts recently. One was in 07/2005 when she swallowed about 50 coins, and one was in February when she swallowed about 12 coins. The patient was admitted to PIW at the beginning of April. She has been in and out for medical visits at Sibley Hospital.

**SUBSTANCE ABUSE HISTORY:** The patient has no significant history of substance abuse.

**PSYCHOSOCIAL HISTORY:** The patient lives with her common law husband and her two children, one of whom is in college. She has three children. The patient is currently on disability. She worked as a dental assistant. She has a history of emotional and physical abuse, as well as sexual abuse. She was abused sexually when she was a child by her uncle, and she had been raped when she was 18 or 19 yeas old. The patient has current legal problems, and she is scheduled to be in court in July or August of 2006 for sentencing, as she was charged with embezzlement.

**FAMILY PSYCHIATRIC ILLNESS:** The patient reports no known history of mental illness.

PATIENT: MCGUIRE, TRACEY
HOSPITAL NUMBER: 730545
DATES OF STAY: 04/25/2006 - 04/27/2006
Page 2

**MEDICAL PROBLEMS:** The patient has been diagnosed with hypertension. She has a seizure disorder. She had recently a mild CVA. She also had a stay at Sibley. She was transferred once for abdominal pain, and she had to be hospitalized to have about eight coins removed by endoscopy. The patient returned back to the unit. She had a dissociative incident when she hit her head, and had to be transferred again to Sibley for a workup and follow-up. Then, she came back to PIW, and again had to be transferred to Sibley for significant edema and was hospitalized for several days.

**MENTAL STATUS EXAMINATION:** Upon her return, the patient was pleasant and cooperative. She stated she was feeling better. Her affect was euthymic. Her thought process was logical. She denied having any suicidal or homicidal thoughts. Her perception was normal. Her cognition was intact. Her insight and judgment were fair.

**ADMITTING DIAGNOSIS:**

| | | |
|---|---|---|
| Axis I | -- | Major depressive disorder. |
| | | Rule out schizoaffective disorder. |
| | | Posttraumatic stress disorder. |
| | | Dissociative identity disorder. |
| Axis II | -- | Deferred. |
| Axis III | -- | Hypertension. |
| | | Status post recent head trauma. |
| | | History of CVA. |
| | | Seizure disorder. |
| | | Status post coins removed from GI tract. |
| Axis IV | -- | Recent legal problems. |
| Axis V | -- | GAF: 40 to 45 |

**COURSE OF HOSPITALIZATION:** The patient was continued in her treatment with medication. She was on Klonopin 2 mg po at bedtime, Depakote 500 mg po t.i.d., Cogentin 1 mg po b.i.d., Flexeril 10 mg po t.i.d. prn, Colace 100 mg po at bedtime, Zyprexa 10 mg po b.i.d., Seroquel 300 mg po at bedtime, Keppra 500 mg po q.i.d., Phenobarbital 60 mg po b.i.d., and Lasix 20 mg po daily. The patient was stable, and she was discharged back home. She will continue the same medication. She will continue follow-up with Dr. Larry Greenwood, and she will continue with individual therapy with Liz Dougherty. She will continue follow-up with her neurologist.

PATIENT:                MCGUIRE, TRACEY
HOSPITAL NUMBER:        730545
DATES OF STAY:          04/25/2006 - 04/27/2006
Page 3

**DISCHARGE DIAGNOSIS:**

Axis I    --   Major depressive disorder.
               Rule out schizoaffective disorder.
               Posttraumatic stress disorder.
               Dissociative identity disorder.

Axis II   --   None.

Axis III  --   Seizure disorder.
               Status post CVA.
               Status post overdose with coins.
               Hypertension.
               Status post head trauma.

Axis IV   --   History of trauma.

Axis V    --   GAF: 50

_____          5/30/06
Marina Bota, M.D.                         Date

MB/dm           Job: 150126
D: 04/28/06     T: 04/28/06

# PSYCHOSOCIAL ASSESSMENT UPDATE

### Adult, Child and Adolescent

*To be completed if patient is readmitted within one year.*
*Copy of original Psychosocial Assessment MUST be filed*
*in the current medical record*

```
TRACEY MCGUIRE 4/706
MCGUIRE, TRACEY
04/15/1963  PIW   CRL
CTR     BOTA
```

**Reason for readmission:** Patient had been discharged from Center to be admitted @ Med Surg hospital for emergency endoscopy to remove coins patient had swallowed prior to admission and patient c/o abdominal pain. Patient medically cleared and readmitted to Center.

**Has the patient been compliant with previous Discharge Plan?**
**Psychiatrist** ☐ Yes  ☐ No  ☒ NA     **Therapist** ☐ Yes  ☐ No  ☒ NA
**Community Agency** ☐ Yes  ☐ No  ☒ NA   **Other** ☐ Yes  ☐ No  ☒ NA

**If no above, what barriers were involved or why was patient non-compliant?**
See above.

**Have there been any major psychosocial stressors since last admission?**
Patient underwent endoscopic surgery

**Has there been any change in patient's support systems or living situation?**
☐ Yes  ☒ No.  If yes, explain:

**Has there been any change in job, educational or financial status?** ☐ Yes  ☒ No.
If yes, explain:

To be completed by MSW or LPC
Updated 6.30.05

1

# PSYCHOSOCIAL ASSESSMENT UPDATE
## Adult, Child and Adolescent

TRACEY MCGUIRE
730545    04/14/05    F
MCGUIRE, TRACEY
04/15/1953 PIW
CTR    BOTA    CRL

**Recommendations while at PIW:**

Individual sessions to focus on: Safety & Stability

Group sessions to focus on: Same

Family meetings to focus on: Patient has declined as she has family sessions

Current providers to be utilized in discharge planning: ā outpatient provider.

Therapist: Elaine Johnson

Psychiatrist: Dr. Greenwood

Medical Provider: _____

Case Management Services: _____

Dependent Care Services: _____

Job/School: _____

Family/Social Support: Family

**Additional recommendations upon discharge:**

- [ ] Individual Therapy
- [ ] Family Therapy
- [ ] Medication Management
- [ ] Case Management Services
- [ ] Intensive Outpatient Program
- [ ] Other _____
- [ ] Partial Hospitalization Program
- [ ] Residential Treatment Center
- [ ] Outpatient Drug Treatment
- [ ] In-patient Drug Treatment
- [ ] Residential Drug Treatment

**Additional Comments:** Patient reports continued "voices" — identifies "three I know of." She reports her uncle's voice, her aunt's voice, and one she calls "Henny." Reports these voices berate her and tell her to harm herself. She reports continued SI and plan to "take my kids with me."

Social Worker Signature: [signed] LCSW       Date: 4-17-06