

# Valuable Volunteer Award

THIS HONOR IS BESTOWED UPON

Tracey McGuire

in recognition of and in appreciation for faithful and devoted service.

Awarded at  Overlook ES  this  7th  day

of  June  year of  2005

Patricia Query Principal

L. Green-Media Specialist





Presented to

Tracey McGuire

Parent Volunteer

In appreciation of
your outstanding leadership
and devotion to the
Class of 2001
Potomac High School

# Certificate of Appreciation

This Award is Presented to

_Ms. Tracy McGuire_

In Appreciation of Service

for _Outstanding Service_
from _Sophomore Class_
Given at _Potomac H.S._ this _20_ day of _May_
in the year 19 _99_.

_Abigail Anders_
Signature

A505                                    ©E-Z LEGAL FORMS® 00055-6

# Certificate of Recognition

Tyree Smith

is awarded this certificate in recognition of

4th Quarter Honorable Mention

this 12th day of June

in the year 2002.

Signed _____



# Certificate of Award

This Certifies that

**Tyree Smith**

of

St. Thomas More Catholic School

has been awarded this certificate for

**Most Improved in All Subjects**

Date: June 12, 2002

Ms. Hill



# Certificate of Achievement

This is to certify that

**FERARD HOLMES, JR**

OUTSTANDING ACHIEVEMENT IN ENVIRONMENTAL SCIENCE SECOND QUARTER, 2000.

_____  Teacher

_____  Principal

# Certificate of Achievement

This is to certify that

## GERARD JONES, JR

OUTSTANDING ACHIEVEMENT IN ENVIRONMENTAL SCIENCE FIRST QUARTER, 1999.

_____
Teacher

_____
Principal

# UNIVERSITY of HARTFORD

OFFICE OF THE DEAN      200 Bloomfield Avenue West Hartford, CT 06117   860.768.4215   Fax 860.768.4863   www.hartford.edu

June 4, 2003

Herman Lowndes
3234 32nd Ave
Temple Hills, MD 20748

Dear Herman,

    It gives me great pleasure to congratulate you on achieving Dean's List for the Spring, 2003 semester. You have every reason to be proud of your performance - both the competence and the effort needed - to achieve this goal.

    The Dean's List, published at the end of each semester, represents recognition of scholastic achievement in Hillyer College and the University of Hartford. Students are included on this list when they earn a grade point average of 3.0 for a semester in which they have completed all of their courses, including at least 12 credits with no grades below C and no more than one grade below B.

    The faculty, staff and administration of Hillyer College and the University of Hartford share, with great pride, your achievement.

Sincerely,

Dr. David H. Goldenberg
Dean of the College
Hillyer College

HILLYER COLLEGE



**University of Hartford**

Office of Admission and
Student Financial Assistance
200 Bloomfield Avenue
West Hartford, CT 06117-1599

Phone (860) 768-4296

## 2003-2004 ATHLETICS SCHOLARSHIP AGREEMENT

May 14, 2003

Bernard Lowndes
3234 32nd Avenue
Temple Hills, MD 20748

| | |
|---|---|
| Amount of Award: | $33,186.00 (Full Scholarship) |
| Period of Award: | 2003-04 Academic Year |
| Team Sport: | Men's Basketball |
| Type of Award: | Initial |

_Suzanne E. Peters_, Director of Student Financial Assistance   Date: 5/14/03

**Conditions of the Athletics Scholarship**

I understand that to qualify for this athletics scholarship, I **must**:

- fulfill the admission requirements of the University of Hartford;
- meet and maintain the eligibility requirements for athletics participation and the athletics scholarship (including Satisfactory Academic Progress) established by the National Collegiate Athletic Association (NCAA), the AMERICA EAST Conference, and/or the University of Hartford;
- meet the athletic and academic expectations including the student-athlete code of conduct as presented by the University of Hartford's Athletic Department; and
- sign the NCAA Drug Testing Consent Form.

My athletics scholarship will be applied against the following costs:

- actual tuition charges (based on full-time enrollment) and required fees (excluding the Orientation Fee and Housing Deposit)
- actual on-campus room charges (based on double occupancy)
- actual on-campus board charges (based on the Premium Meal Plan)
- actual costs for required course-related books only

   (NOTE: *The room and board portion of this athletics scholarship will only be applied against charges incurred for the University's on-campus housing and contracted food service.*)

# Potomac High School

## VARSITY P AWARD

*This certifies that* **Herman Bernard Lowndes** *has earned a Varsity Letter in* **Boys Basketball** *during the* **00-01** *season.*

_____
Coach

_____
Principal

"BRAVES"






# Shanelle Monique Lowndes

Shanelle Monique Lowndes is fifteen year's old and was born in the Bronx, New York. She is one of the three children born to Tracy and Bernard Lowndes. Her siblings are brothers Bernard Jr. seventeen and Malik five.

At the age of two, she came to spend two weeks with her Great Grand Parents Mr & Mrs. Henderson. With love, affection and understanding from her parents she is still with them.

Shanelle attends the Mt. Ollie Baptist Church in Brooklyn, New York. Where the Rev. Dr. Spurgeon E. Crayton is her spiritual leader. She has been on the Junior Usher Board for thirteen years. She is a Junior Trustee, Junior Missionary, the president of the Junior Deaconess Board. Shanelle sings on the Intermediate Choir and is a member of the New York State Chapter Youth Mass Choir of GWMA.

She is an Honor Roll student at St. John Preparatory School in Astoria Queens and is the president of her class. She is a member of the J.V. basketball team which won the championship this year. She plans to attend Howard University and major in Business and Law.

Her goal after finishing her education is to become a runway model and to play basketball in the WNBA. She dreams of opening her own amusement park.

Sister Marsha T. Dupont and her Godparent's Sister Ernestine Cradle and Sister Patricia Alston are her mentors.