UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 05-324 (RJL) |
| v. : | |
| : | |
| TRACEY MCGUIRE : | |
| : | |
| Defendant. : | |
| : | |

**MOTION FOR ORDER TO BUREAU OF PRISONS
TO PROVIDE INFORMATION FOR SENTENCING**

The United States of America, by and through its undersigned attorney, the United States Attorney for the District of Columbia, hereby submits this consent motion asking the Court to issue the attached Order to the federal Bureau of Prisons to provide additional information to the Court needed for the sentencing of defendant Tracey McGuire. The government asks that the Court's chambers contact the undersigned Assistant United States Attorney if and when the Order is signed and he will send it directly to the Bureau of Prisons.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR # 498610

BY: _____
JAMES G. FLOOD
D.C. Bar Number 435945
Assistant United States Attorney
for the District of Columbia
Fraud and Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7131
Fax: (202) 305-8537

Dated: October 18, 2006

**COPIES TO:**

**Counsel for the Government**

James G. Flood
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7131
E-mail: James.Flood@usdoj.gov

**Counsel for the Defendant**

James N. Papirmeister
7127 Allentown Road, Suite108
Ft. Washington, MD 20744
Phone: (301) 248-7400
E-mail: criminalfirm@yahoo.com