**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 05-324 (RJL)** |
| v. | : | |
| | : | |
| **TRACEY MCGUIRE** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

**ORDER**

**WHEREUPON,** the Court having been presented with medical records and expert opinions indicating that the defendant, Tracey McGuire, suffers from both physical and mental ailments, including severe suicidal tendencies, and the Court needing additional information concerning the ability of the federal Bureau of Prisons (BOP) to handle a patient with Ms. McGuire's condition and the details of that treatment, in order to render a fair and impartial sentence in this case,

**IT IS HEREBY ORDERED** that:

The government provide the BOP with the medical records and expert opinions provided by the defense in this case upon receipt of this Order, and any other relevant material, and that the BOP direct a psychiatrist or psychologist to read, assess and evaluate this documentary information and provide an opinion addressed to the Court in writing concerning whether or not the conclusions as to Ms. McGuire's physical and mental condition, based solely on a review of the records, appear to be reasonable and supported by the record and,

**IT IS HEREBY ORDERED** that:

Assuming that the expert conclusions with regard to Ms. McGuire are reasonable and supported by the record, including that Ms. McGuire is severely suicidal, that the BOP provide the Court with the name, location and chief medical official for the most appropriate BOP facility or facilities with facilities capable of treating a female defendant with Ms. McGuire's mental and physical condition, as well as detailed information as to how that BOP facility would treat, monitor and oversee Ms. McGuire on a day to day basis in order to provide a reasonable standard of care and minimize her risk of suicide and,

**IT IS HEREBY ORDERED** that:

The BOP provide the psychiatrist's opinion and detailed information on how Ms. McGuire would be treated within the BOP system to the government within the next 30 days. to be then immediately provided by the government to the Court and defense counsel and,

**IT IS HEREBY ORDERED** that:

The date for the parties to file any additional sentencing memoranda in this case will be continued until 30 days after receipt of this information from the Bureau of Prisons, that the government and defense counsel shall contact the Court's chambers to schedule the new sentencing hearing date upon receiving the BOP information and,

**IT IS HEREBY ORDERED** that:

The BOP make the psychiatrist providing the opinion and a representative of the recommended BOP facility available by telephone for the Court to answer questions at the sentencing hearing..

_____
Judge Richard J. Leon
United States District Judge


**Dated: _____**


**COPIES TO:**

**Counsel for the Government**

James G. Flood
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7131
Fax: (202) 305-8537

**Counsel for the Defendant**

James N. Papirmeister
7127 Allentown Road, Suite108
Ft. Washington, MD 20744
Phone: (301) 248-7400
Fax: (301) 248-7400