UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 05-324 (RJL) |
| v. : | |
| : | |
| TRACEY MCGUIRE : | |
| : | |
| Defendant. : | |
| : | |
| _____ : | |

**MOTION FOR AN ADDITIONAL 45 DAYS FOR BUREAU OF PRISONS
TO COMPLY WITH THE COURT'S OCTOBER 23, 2006 ORDER TO PROVIDE
INFORMATION TO THE COURT FOR SENTENCING**

The United States of America, by and through its undersigned attorney, the United States Attorney for the District of Columbia ("the government"), hereby submits this motion asking the Court to issue a new version of its October 23, 2006 Order requiring information from the Bureau of Prisons for sentencing, to grant an additional 45 days for the Bureau of Prisons to respond, and to order the Bureau of Prisons to provide the information directly to the Court, as well as to counsel for the government and the defendant.

The government makes this request for three reasons.  First, although the government communicated to the Bureau of Prisons the Court's request for information for sentencing and has a letter indicating it sent the Bureau the medical files of defendant Tracey McGuire needed to complete its task, there was apparently a misunderstanding by the Bureau of Prisons representative, Ms. Elizabeth Nagy, Special Assistant to the Assistant Director for Health Services, concerning the Court's request and its timing.  Second, the undersigned AUSA James G. Flood is leaving government service as of January 26, 2007 and a new AUSA will need to learn the case and properly prepare for sentencing.  Finally, it is in the interests of the Court and

the parties that the Bureau of Prisons conduct the review ordered by the Court in order to make sentencing a substantive and meaningful hearing for all interested parties and to best ensure the physical and mental health of the defendant, Tracey McGuire.

    Therefore, for these reasons, the government respectfully requests that the Motion for an Additional 45 Days for the Bureau of Prisons to Comply with the Court's October 23, 2006 Order to Provide To the Court Information for Sentencing be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. BAR # 498610

BY: _____
    JAMES G. FLOOD
    D.C. Bar Number 435945
    Assistant United States Attorney
    for the District of Columbia
    Fraud and Public Corruption Section
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 514-7131
    Fax: (202) 305-8537

Dated: January 19, 2006

**COPIES TO:**

**Representative for Bureau of Prisons**

Elizabeth Nagy, Esq,
Special Assistant to the Assistant Director for Health Services
Bureau of Prisons
320 1st Street, N.W., Room 1054
Washington, D.C. 20534
Phone: (202) 307-3055
Fax: (202) 307-0828
E-mail: ENagy@bop.gov

**Counsel for the Government**

John Roth/James G. Flood
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7131
E-mail: James.Flood@usdoj.gov

**Counsel for the Defendant**

James N. Papirmeister
7127 Allentown Road, Suite108
Ft. Washington, MD 20744
Phone: (301) 248-7400
E-mail: criminalfirm@yahoo.com