## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-324 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **TRACEY MCGUIRE,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney ("AUSA") Daniel P. Butler, at telephone number (202) 353-9431 and/or email address Daniel.Butler@USDOJ.Gov. AUSA Butler will substitute for AUSA James G. Flood as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 498610

/ s /

_____
DANIEL P. BUTLER
Assistant United States Attorney
Bar No. 417718
555 4th Street, NW, Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov