IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : Criminal No.: 05-324 |
| | : Judge: Richard J. Leon |
| | : Date:04/10/07 10:30 a.m.-Status |
| TRACEY McGUIRE | : |
| | : |
| Defendant | : |

**CONSENT MOTION FOR CONTINUANCE OF STATUS HEARING**

COMES NOW, the Defendant, Tracey McGuire, by and through her attorney, JAMES N. PAPIRMEISTER, Esquire of the Law Offices of James N. Papirmeister, Esq., and with the consent of the United States, hereby respectfully requests that this Court grant this motion to continue the status hearing currently scheduled for April 10, 2007 at 10:30 a.m. before Judge Richard J. Leon, to one of the new dates, which is agreeable to both counsel for the government as well as the undersigned counsel, and as reasons therefore states as follows:

1. The above captioned case is scheduled for a status hearing on April 10, 2007 at 10:30 a.m. before the Honorable Richard J. Leon, in light of the forensic record review completed by the Bureau of Prisons(BOP), which was occasioned by a previous order of this Court requiring the BOP to consider the voluminous records and history of the Defendant's physical and mental health problems, and make a determination as to the suitability of housing the Defendant in a BOP facility.

2. The undersigned is a solo practitioner and has numerous scheduling conflicts on this scheduled date of April 10, 2007, in that the undersigned is simultaneously scheduled to be in the

District and Circuit Courts for Charles County, Maryland, in LaPlata, Maryland, in <u>State of Maryland v. Damon Harrison</u>, case no. K-00-587, where he is under subpoena as a witness for the State of Maryland in the Circuit Court in a post-conviction action at 9:30 a.m. that morning, and is retained to represent the Defendant in <u>State of Maryland v. Matthew Kocsis</u>, case no. CR 5P00051546, in District Court at 8:45 a.m. that morning. He is also scheduled to represent the Defendant in <u>State of Maryland v. Leon Russell</u>, case no. CR 1E00276102 at 1:15 p.m. the same day in the District Court of Maryland for Prince George's County in Upper Marlboro, Maryland.

3. The undersigned has personally spoken with Assistant United State's Attorney, Daniel P. Butler, who indicates that the Government consents to this Motion and the undersigned and the Government agree the following dates would be acceptable for the rescheduling of the status hearing in this case: April 18, 26, or 27, 2007 **<u>on or after 2 p.m. each day</u>** .

WHEREFORE, for all of the foregoing reasons, it is respectfully prayed that this Court:

A. Continue the status hearing in the above case from April 10, at 10:30 a.m. to any one of the proposed dates of April 18, 26, or 27, 2007 on or after 2 p.m. on those dates,

B. And for such other and further relief as the justice of this cause would require.

Respectfully Submitted,

2

```
_____/s/_____
JAMES N. PAPIRMEISTER, ESQUIRE
ATTORNEY FOR DEFENDANT
DC BAR NO.: 421-366
8630 Fenton Street, Suite 320
Silver Spring, Maryland 20910
(301) 589-2100
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _4th___ day of April, 2007 I faxed and mailed, postage prepaid, a copy of the foregoing Consent Motion for Continuance of Status Hearing to Assistant United State's Attorney, Daniel P. Butler at 555 Fourth Street, NW, Room 5231, Washington DC, 20530.

```
_____/s/_____
JAMES N. PAPIRMEISTER, ESQUIRE
```
**ATTORNEY FOR DEFENDANT**