```
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
        vs.                   : Criminal No.: 05-324
                              : Judge: Richard J. Leon
                              : Date:04/10/05 10:30 a.m.-Status
TRACEY McGUIRE                :
                              :
    Defendant                 :
```

**ORDER CONTINUING STATUS HEARING**

UPON CONSIDERATION of the foregoing Consent Motion for Continuance of Status Hearing, it is thereupon this ____ day of _____ 2007 in the United States District Court for the District of Columbia, hereby,

ORDERED, that said Motion be and the same hereby is GRANTED, and the status hearing in the above captioned case shall be rescheduled from April 10, 2007 at 10:30 a.m. to a new date of April_____, 2007 at_____ p.m..

                                          _____
                                          THE HONORABLE RICHARD J. LEON

Counsel for the Government
Daniel P. Butler
Assistant United States Attorney
For the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 353-9431
E-mail:Daniel.Butler@USDOJ.Gov

Counsel for the Defendant
James N. Papirmeister
8630 Fenton Street, Suite 320
Silver Spring, Maryland 20910
Phone: (301)589-2100
E-mail: jamespapirmeister@yahoo.com