Laurence Greenwood, M.D.
424 Midsummer Dr.
Gaithersburg, MD 20878
301-335-3854

April 28, 2007

To Whom It May Concern:

I am writing to update previous letters of August 2, 2006, October 5, 2006, December 10, 2006, and April 7, 2007 regarding Tracey McGuire, in order to clarify the severity of her suicide risk, and the distinction between the treatment she would receive at Carswell with the treatment she would receive with home detention.

As I mentioned April 7, 2007, Ms. McGuire's extreme suicidal tendencies derive from the unfortunate convergence of two serious psychiatric disorders: Schizoaffective Disorder and Posttraumatic Stress Disorder. The latter derived from childhood sexual abuse from her uncle, physical and verbal abuse from her mother, and other painful childhood experiences. Ms. McGuire has developed a profound self-hatred, blaming herself for these childhood events and for all subsequent bad experiences, including the mistakes she has made and the symptoms of her illness. The result is a vicious circle which feeds back on herself. For example, when she swallows coins, she later feels that this confirms that she is crazy and worthless.

Consequently, Ms. McGuire's suicidal risk increases with each new failure in her life, since she blames herself, both for her actual mistakes, and for other incidents, such as the attack by the other client, which I described April 7. Without adequate treatment, she anticipates a future as bad as the past because she is such a terrible person. The voices tell her so.

Ms. McGuire's survival thus far is partially due to biological luck. Her suicide attempts have been highly dangerous and potentially lethal, in contrast to the attempts made by many psychiatric patients. However, there have been constraining factors which have also contributed to her still being alive. The most important has been her attachment to her children. When she is not emotionally overwhelmed by voices, shame, and self-hatred, she is fully aware of the devastating effect her suicide would have on her children. She is proud of the fact that her illness has not prevented her successfully raising her two oldest children, who are now in their early twenties. She wants to stay alive for her youngest, age 12. However, when she feels compelling suicidal urges, she consoles herself by thinking that at least she was a good mother for two of her children. Thus, as the children mature and need her less, suicide risk increases.

- 2 -

More recently, the patient has begun to develop some hope in the possibility of partial recovery from psychiatric illness, as the past year of intensive therapy has begun to chip away at the amalgam of shameful, humiliating, inadequate, condemning self-images which dominate her suicidal thinking. Ultimately, hope for Ms. McGuire's survival rests on treatment to reduce the severity of her self-comdemning symptoms.

The Carswell program is not designed to continue this type of treatment. If Ms. McGuire were placed on home detention, I would be able to continue the work of the last year. Equally important, I would be able to continue collaboration with a specialized hospital program dealing with severe childhood trauma, at the Psychiatric Institute of Washington. This is a nationally prominent program created by two leaders in the field, Christine Courtois, Ph.D., and Joan Turkus, M.D. Patients are referred by therapists and psychiatrists, from all over the country to a twelve bed self-contained unit, where they receive intensive individual and group treatment for several weeks. Much of the benefit derives from a carefully guided group experience with the other patients who have suffered like them. They begin to condemn themselves less, since they would not condemn others in their shoes. Also, they take hope because they can see others getting better. After the hospitalization, these patients return to their outpatient program until they have a crisis and need to deal with another aspect of their self-hatred. Usually, several admissions to the Psychiatric Institute are needed over a few year period. The process is gradual, but some of the patients eventually make remarkable progress. (From 1999 to 2005, I worked on this unit at times and have directly witnessed the benefit.)

I started this collaborative effort with the Psychiatric Institute of Washington, with Ms. McGuire's admission there in April, 2006. She actually had two sequential admissions there over three weeks in April, but had to be transferred to Sibley Hospital in the middle of them because she hit her head. The hospitalizations were successful, and I have had other occasions in the past year when I felt Ms. McGuire needed and was ready for another admission. As mentioned in a previous letter she was on her way there, when she had an epileptic seizure and needed to go to a different hospital. However, there is mutual agreement with their treatment team, that their program would be more effective once the court sentencing is resolved.  Ms. McGuire's shame and terror about incarceration, experienced through derogatory voices, would then no longer be a factor. I anticipate referring her there again in the near future if she is not incarcerated.

Home detention will also be a severe punishment and stress for Ms. McGuire. The prospect of it stimulates intense, uncontrolled intrusive recollections of the year she spent with her uncle in 9th grade. He sexually abused her, and she has always feared confined spaces since then, because she felt trapped in the home with him. The current objective reality of home detention would be completely different, but auditory hallucinations are not reasonable.

Home detention is greatly preferable to incarceration for this patient's medical treatment. It will allow continuation of a treatment program which has made some progress and has

- 3 -

prevented suicide for the past fifteen months. It will notably reduce her extreme suicide risk and give some hope of progress in reducing the severity of her mental illnesses.

Thank you for your kind consideration of these matters.

Sincerely,

Laurence Greenwood, M. D.

Laurence Greenwood, M.D.



THE
CENTER

*Posttraumatic*
*Disorders Program*

THE CENTER-- Posttraumatic Disorders Program is a specialized continuum of behavioral health services for the treatment of posttraumatic and dissociative conditions.

THE CENTER offers short-term, directed treatment for adults who exhibit acute symptoms associated with posttraumatic and dissociative disorders and other trauma-based conditions. A national model in the treatment of adult posttraumatic syndromes, THE CENTER's innovative program provides rapid stabilization and essential training in self-management skills through the use of stage-oriented, cognitive and behavioral strategies. Designed to meet the individual needs of patients at different stages of treatment and respond to the challenges posed by a rapidly changing healthcare environment, our problem- and skill-focused continuum of care includes inpatient and partial hospitalization.

The professional team at THE CENTER includes psychiatrists, psychologists, nurses, social workers, and expressive therapists who provide multidisciplinary treatment. Expertise gained from years of working with people diagnosed with posttraumatic and dissociative disorders enables the staff to provide the effective, focused treatment necessary for these clients. Our focus on stabilization through self-management of symptoms is a cost-effective strategy designed to respond to acute crises and yield long-term benefits.

## Program Information

### SKILLED INTERVENTION FOR RAPID STABILIZATION

A national model in the treatment of adult posttraumatic syndromes, THE CENTER's innovative program provides rapid stabilization and essential training in self-management skills through the use of stage oriented, cognitive and behavioral strategies. Our problem and skill-focused continuum of care is designed to meet the individual needs of patients at different stages of treatment in a rapidly changing healthcare environment.

**Program Goals**
- Assess individual needs and symptoms
- Determine individualized solution-focused treatment goals
- Stabilize and resolve crises
- Teach patients effective skills for self-management
- Encourage increased levels of functioning
- Prepare patients for rapid return to outpatient treatment

Please see other side

The Psychiatric Institute of Washington
4228 Wisconsin Avenue, NW, Washington, D.C. 20016

**Program Highlights**

THE CENTER provides a safe, supportive environment where patients with posttraumatic conditions can work effectively toward accomplishing their treatment goals without the distractions often associated with a mixed treatment population. Close proximity between THE CENTER's inpatient and ambulatory care programs facilitates communication of clinical information and eases transition along the treatment continuum.

Treatment is provided for Posttraumatic Stress Disorder and a range of associated symptoms.

These symptoms may include the following:
- Depression
  Dissociative Disorders
- Anxiety Disorders
- Addictive Behaviors
- Compulsive Behaviors

**Treatment Team**

THE CENTER's professional team combines years of expertise in mental health assessment, diagnosis, and treatment with specialized training in posttraumatic disorders and related syndromes. Ongoing communication and partnership with referral sources insures continuity of care for each patient. Our interdisciplinary staff includes:

- Psychiatrists
- Clinical Psychologists
- Clinical Social Workers
- Expressive Therapists
- Psychiatric Nurses
- Counselors/Psychiatric Technicians

**Admissions**

- The hospital's Clinical Assessment Center is open 24 hours a day, seven days a week, to answer questions about THE CENTER and to arrange admissions.

- Call 1-800-369-2273 or 202-885-5610

- Florence Hannigan, our program administrator, may be reached to answer questions and coordinate admissions during business hours at 202-885-5752.

- THE CENTER accepts Medicare, Blue Cross/Blue Shield and many other private insurance plans. Working arrangements also exist with many managed care companies.

## Facility

The Center maintains a separate inpatient unit and partial hospitalization program at The Psychiatric Institute of Washington, a private, locally-owned facility that serves children, adolescents, adults, and seniors. The hospital is accredited by the Joint Commission on Accreditation of Healthcare Organizations and offers 24-hour services, including referral information and no-cost assessments by credentialed counselors.

## Admission Criteria

Prospective patients must exhibit acute symptoms requiring inpatient or partial hospitalization and should be in active outpatient treatment to which they can return upon discharge. All patients are required to contract for safety, participate in the milieu and therapeutic activities, and refrain from addictive behaviors during their stay at The Center.

## Admission Procedure

The hospital's Clinical Assessment Center is open 24-hours-a-day, seven-days-a-week. To arrange admission, call 800/369-2273 or 202/965-8400. Prospective patients should be prepared to provide relevant background information, including insurance data, to a clinical assessment counselor. Outpatient therapists should contact The Center's Program Director, Florence Hannigan at 202/885/5752), to communicate clinical information and discuss goals for hospitalization. Upon admission to The Center, patients are required to follow standapsychological assessment. rd hospital protocol for physical and





*Posttraumatic Disorders Program*

The Psychiatric Institute of Washington
4228 Wisconsin Ave, NW · Washington, DC 20116

**800/369-2273**



## Skilled Intervention for Rapid Stabilization

**THE CENTER** offers treatment for adults who exhibit acute symptoms associated with post-traumatic and dissociative disorders resulting from significant childhood trauma. Devised to meet the varied needs of patients at different stages of treatment, this innovative program provides rapid stabilization and essential training in self-management skills through the use of stage-oriented, cognitive and behavioral strategies.

**THE CENTER**'s founders — together with a talented multidisciplinary staff — have developed a continuum of care to meet the challenges posed by a rapidly changing healthcare environment. A seven-day-a-week inpatient program, grounded in a safe and supportive environment, features 24-hour nursing care, psychiatric treatment, social work services, and numerous group therapies. A partial hospitalization option is also available.

### Program Goals

- Access individual needs and determine focused goals
- Stabilize and resolve crises
- Identify and modify maladaptive coping skills
- Educate patient in effective self-management techniques
- Encourage increased levels of functioning
- Prepare patients for rapid return to outpatient treatment

*"Staff members act as mentors, teaching clients skills through the use of therapeutic assignments designed to foster self-management of symptoms."*

*Expertise* gained from years of working with people diagnosed with post-traumatic and dissociative disorders enabled the staff to provide effective, focused treatment necessary for these clients. The Center's professional team includes psychiatrists, psychologists, nurses, social workers, expressive therapists, and counselors who provide multidisciplinary treatment. Staff members act as mentors, teaching clients skills through the use of therapeutic assignments designed to foster self-management of symptoms.

*An Innovative Treatment Approach* is organized around these themes and skills that promote effective daily living:

| | |
|---|---|
| *KNOWING* | Understanding traumatic responses<br>Undoing distortions of thinking |
| *SAFEGUARDING* | Self-managing for safety<br>Developing techniques for self-soothing |
| *RELATING* | Enhancing communication skills<br>Building healthy boundaries |
| *FEELING* | Identifying and modulating feelings<br>Cultivating self-awareness |
| *LIVING* | Structuring daily life<br>Learning to relax and enjoy |

*Focus* on stabilization through self-management of symptoms is a cost-effective strategy designed to respond to acute crises and yield long-term benefits. The Center provides a safe, supportive environment where patients with post-traumatic conditions can work effectively towards accomplishing their treatment goals without the distractions associated with the mixed population of general psychiatric unit. Additionally, The Center's length of stay and fees are comparable to those of general adult psychiatric programs.

**The Inpatient Program** offers a highly structured daily treatment with a state-of-the-art cognitive and behavioral approach.

**Nursing Care** provides the foundation for the therapeutic milieu. In addition to educating the patients in the use of self-management skills for effective daily living, nurses monitor individual medical needs and offer behavioral evaluation, support, and direction on a 24-hour basis. Nursing staff has primary responsibility for maintaining a secure community living environment.

**Individualized treatment** results from the collaborative effort of the multidisciplinary team led by psychiatrist who oversees the patient's medical management and treatment plan. Individual psychotherapy, conducted by a psychologist, or social worker, is the forum in which the information and personal insights gained from the various group modalities can be synthesized and personalized.

**PsychEducation** empowers patients by teaching responsible assertion, appropriate expression of feelings, self-nurturing strategies, and the maintenance of healthy personal boundaries. With this knowledge, adult trauma survivors can begin to identify and untangle cognitive distortions and dysfunctional life patterns.

**Group psychotherapy** explores the destabilizing impact of trauma on past and present daily life in a discussion format. This particular interactive group is designed to counteract isolation and secrecy, to undo guilt and shame, as to instill hope by providing a forum in which common themes and struggles can be addressed.

**Family and conjoint therapies** facilitated by social work staff are designed to address the relationship dynamics that can significantly effect the outcome of treatment. Education about post-traumatic syndromes and dissociation is provided in an effort to enhance understanding and strengthen support of patients by their significant others.

**Expressive therapies**, an integral component of The Center's treatment program, foster self-management and transformation of stressful material through safe and creative activities. These groups are led by practitioners specially trained in the expressive modalities of art and poetry.

**Partial Hospitalization** services are offered through **The Day Center**, which provides a highly structured treatment program Monday through Friday from 9:00am to 3:00pm. Designed to help participants learn self-management techniques for daily living and to facilitate progress in outpatient therapy, the daily schedule is composed of four carefully sequenced therapy and educational groups that focus on the development of coping skills essential to the stabilization phase of trauma recovery.

**Goals and grounding** orients patients each day by helping them remain focused on daily functioning and motivated towards their treatment objectives.

**Group psychotherapy** allows patients to address issues of personal safety and effective management of feelings.

**Knowledge and skills** provides information about trauma recovery and teaches problem-solving skills. In addition, explores the importance of developing containment skills and an active personal support network.

**Life skills** promotes ongoing patient self-care through interactive discussion and expressive therapy activities.

**The Day Center** staff includes clinical case managers, a medical director, and several group therapists. Clinical case managers coordinate individual treatment with the outpatient therapist and psychiatrist, and help participants remain focused on their treatment goals throughout their stay. Close proximity to The Center's inpatient unit facilitates coordination between clinical staffs and eases transition between partial and inpatient hospitalization. Admission is available to those who do not require 24-hour care.

*Specialized*
*Continuity of Care*

## Founders

**Joan A. Turkus, M.D.**, has extensive inpatient and outpatient clinical experience in the diagnosis and treatment of post-traumatic syndromes and DID. She frequently provides supervision, consultation, and instruction for therapists locally and nationally. Dr. Turkus maintains a private practice in general and forensic psychiatry in McLean, Virginia. She has authored or co-authored several articles and book chapters on post-traumatic and dissociative disorders and is co-editor of the forthcoming book, *Dissociative Identity Disorder: Continuum of Care.*

**Christine A. Courtois, Ph.D.**, is a psychologist in private practice in Washington, DC. She is the author of *Healing the Incest Wound: Adult Survivors in Therapy*, the workbook, *Adult Survivors of Sexual Abuse*, and numerous other articles and chapters on related topics. Dr. Courtois lectures nationally on the treatment of post-traumatic and dissociative conditions. She was appointed to the American Psychological Association Working Group on the Investigation of Memories of Childhood Abuse and the APA Presidential Task Force on Family Violence.