CO-290
Rev. 3/88

Notice of Appeal Criminal

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs )           Criminal No.  05-CR-324 (RJL)
)
TRACEY MCGUIRE )
)

## NOTICE OF APPEAL

**FILED**

**JUN 1 8 2007**

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

Name and address of appellant            United States of America

Name and address of appellant's attorney      Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 18 USC 1343

Concise statement of judgment or order, giving date, and any sentence

By Judgment filed on May 15, 2007, entered on the docket on May 17, 2007, defendant
sentenced to 36 months probation with 180 days of home confinement; an assessment of
$100; and restitution in the amount of $221,562.75

Name and institution where now confined, if not on bail: N/A

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

_June 18, 2007_
DATE

_United States_
APPELLANT

_Roy W. McLeese III_
ATTORNEY FOR APPELLANT

CJA, NO FEE  _N/A_
PAID USDC FEE
PAID USCA FEE _Gov't App'l_
Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No

**ORIGINAL**

CO-290
Rev. 3/88

Notice of Appeal Criminal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2007, one copy of the foregoing Government's Notice of Appeal was sent by first-class U.S. Mail to counsel for Tracey McGuire:

James N. Papirmeister, Esq.
Suite 320
8630 Fenton Street
Silver Spring, MD 20910

THOMAS J. TOURISH, JR.
Assistant United States Attorney
555 4th Street, NW, Room 8104
Washington, DC 20530
(202) 514-7090