# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-3069            September Term, 2006

05cr00324-01

Filed On:

United States of America,
    Appellant

v.

Tracey McGuire,
    Appellee



FILED AUG 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED AUG 2 4 2007
CLERK

### ORDER

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

BY: _____
                                              Mark Butler
                                              Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: Sabrina Crisp, Deputy Clerk